UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: _____13-245 M_____

2) Defendant's Name: __BASLAN_____BEBARS_____
   (Last)                (First)              (M.I.)

3) Age: _____

4) Title: _____ Section(s): _____

5) Citizen of: _____ Needs: _____ Interpreter

6) Arrest Warrant Issued: _____ Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: ___Yes _X_ No    Other District: _____

8) Name of Interpreter used today: _____ Language: _____

9) Arraignment on complaint held: _X_ Yes ___ No   Date/Time: ____3/20/13____

10) Detention Hearing Held: ____ Bail set at: _____ ROR Entered: ___ POD Entered: ✓

11) Temporary Order of Detention Entered: ____ Bail Hearing set for: _____

12) (a) Preliminary Hearing set for: _____; or waived: ____✓____

    (b) Removal Hearing set for: _____; or waived: _____

    (c) Status Conference set for: _____

13) ASSISTANT U.S. ATTORNEY: ____TYLER SMITH_____

14) DEFENSE COUNSEL'S NAME: ____RICHARD LIND_____
    Address: _____
    Bar Code: _____ CJA: _X_ FDNY: ____ RET: ____
    Telephone Number: ( ___ ) _____

15) LOG #: _409-417_____ MAG. JUDGE : ROANNE L. MANN

16) ____ Defendant was advised of bond conditions by the Court and signed the bond.
    ____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ____ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings: _____
_____
_____

17) Complaint/Affidavit/Indictment unsealed: ___Yes ___No

         SO ORDERED ON THIS _____ DAY OF _____, 20__
                                _____
                                UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

# INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: _____13-245 M_____

2) Defendant's Name: __HENRY_____KRISTEN_____
   (Last)              (First)              (M.I.)

3) Age: _____

4) Title: _____ Section(s): _____

5) Citizen of: _____ Needs: _____ Interpreter

6) Arrest Warrant Issued: _____ Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: ___Yes _X_ No    Other District: _____

8) Name of Interpreter used today: _____ Language: _____

9) Arraignment on complaint held: _X_ Yes ___ No    Date/Time: ___3/20/13___

10) Detention Hearing Held: ____ Bail set at: _____ ROR Entered: ____ POD Entered: ✓

11) Temporary Order of Detention Entered: ____ Bail Hearing set for: _____

12) (a) Preliminary Hearing set for: _____; or waived: ✓

    (b) Removal Hearing set for: _____; or waived: _____

    (c) Status Conference set for: _____

13) ASSISTANT U.S. ATTORNEY: ___TYLER SMITH___

14) DEFENSE COUNSEL'S NAME: ___HEIDI CESARE___
    Address: _____
    Bar Code: _____ CJA: _ FDNY: _X_ RET: _____
    Telephone Number: (___) _____

15) LOG #: 409-417    MAG. JUDGE: ROANNE L. MANN

16) ____ Defendant was advised of bond conditions by the Court and signed the bond.
    ____ Surety(ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ____ Additional surety(ies) to co-sign bond by _____

Other Comments/Rulings: _____

17) Complaint/Affidavit/Indictment unsealed: ___Yes ___No

SO ORDERED ON THIS _____ DAY OF _____, 20__

_____
UNITED STATES MAGISTRATE JUDGE