04/10/2013 12:32 FAX 2012810075  CHANDLERS  @005/007
Case 1:13-cr-00220-RJD Document 9 Filed 04/10/13 Page 1 of 1 PageID #: 37
Case 1:13-mj-00245-RLM Document 8 Filed 04/10/13 Page 5 of 7 PageID #: 34

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA | ADMISSION TO PRACTICE |
| --against-- | PRO HAC VICE |
| BEBARS BASLAN and | Mag. No. 13MJ245 |
| KRISTEN HENRY | |
| Defendants. | |

-----------------------------------------------------------x

The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney ANTHONY J. CARIDDI is permitted to argue or try this particular case in whole or in part as counsel or advocate for defendant BEBARS BASLAN.

This Order becomes effective upon the Court's receipt of the required $25.00 fee and confirms your appearance as counsel in this case. A notation of your admission pro hac vice in the above listed case will be made on the roll of attorneys.

Dated:

SO ORDERED:
/s/
Roanne L. Mann
U.S. Magistrate Judge
Dated: 4/11/13

United States District Judge

cc: Pro Hac Vice Attorney
Court File