AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

___EASTERN___ District of ___NEW YORK___

| | |
|---|---|
| UNITED STATE OF AMERICA<br>     Plaintiff (s),<br>V.<br>BEBARS BASLAN<br>     Defendant (s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 1:13-MJ-00245-RLM |

Notice is hereby given that, subject to approval by the court, ___BEBARS BASLAN___ substitutes
                              (Party (s) Name)

___ANTHONY J. CARIDDI___, State Bar No. ___AJC0789___ as counsel of record in
 (Name of New Attorney)

place of ___RICHARD B. LIND___.
     (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

  Firm Name:   CARIDDI AND GARCIA ESQS.
  Address:    P.O. BOX 188, HASBROUCK HEIGHTS, NJ 07604
  Telephone:   (201) 288-0217    Facsimile (201) 569-2923
  E-Mail (Optional): CARIDDIANDGARCIA@MSN.COM

I consent to the above substitution.
Date: April 16, 2013               _Bebars Baslan_
                         (Signature of Party (s))

I consent to being substituted.
Date: April 10, 2013               _[signature]_
                         (Signature of Former Attorney (s))

I consent to the above substitution.
Date: April 10, 2013               _[signature]_
                         (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____            _____
                                       Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]