AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____EASTERN_____ District of _____NEW YORK_____

UNITED STATE OF AMERICA

Plaintiff (s),

v.

BEBARS BASLAN

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: __1:13-MJ-00245-RLM__

Notice is hereby given that, subject to approval by the court, __BEBARS BASLAN__ substitutes
                                                                (Party (s) Name)

__ANTHONY J. CARIDDI__, State Bar No. __AJC0789__ as counsel of record in
        (Name of New Attorney)

place of __RICHARD B. LIND__.
              (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | CARIDDI AND GARCIA ESQS. |
| Address: | P.O. BOX 188, HASBROUCK HEIGHTS, NJ 07604 |
| Telephone: | (201) 288-0217      Facsimile (201) 569-2923 |
| E-Mail (Optional): | CARIDDIANDGARCIA@MSN.COM |

I consent to the above substitution.

Date: __April 16, 2013__

                                                                (Signature of Party (s))

I consent to being substituted.

Date: __April 10 2013__

                                                                (Signature of Former Attorney (s))

I consent to the above substitution.

Date: __April 10, 2013__

                                                                (Signature of New Attorney)

**SO ORDERED:**

/s/

*Roanne L. Mann*

*U.S. Magistrate Judge*

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

*Dated:* __4/16/13__

                                                                Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]