## CALENDAR : MAGISTRATE'S PROCEEDING

BEFORE MAG. JUDGE   **Cheryl L. Pollak**            DATE :  **4/29/13**

DOCKET NUMBER :   **13CR220(RJD)**           LOG #  11:26 – 11:32

DEFT NAME :  **Bebars Baslan**            ATTY:  **Anthony Cariddi**
  ✓ Present __ Not Present ✓ Custody __ Bail     __ Federal Defender   _ CJA   ✓ Ret

DEFT NAME :  **Kristen Henry**            ATTY:  **Heidi Cesare**
  ✓ Present __ Not Present ✓ Custody __ Bail     ✓ Federal Defender   _ CJA   __ Ret

DEFT NAME : _____        ATTY: _____
  __ Present __ Not Present __ Custody __ Bail   __ Federal Defender   _ CJA   __ Ret

A.U.S.A. :  **Tyler Smith**              DEPUTY CLERK :   **Felix Chin**

INTERPRETER : _____ (Language)

_____ Hearing held.   _____ Hearing adjourned to _____

____ Defendant was released on _____ PRB with/without some conditions.

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____ Order of Excludable Delay entered.   Code Type ____   Start _____   Stop _____

✓ Order of Speedy Trial entered.   Code Type ____   Start 4/29/13   Stop 5/30/13

____ Defendants' first appearance.   ✓ Defendants arraigned on the indictment.

____ Defendants informed of rights.

✓ All defendants entered NOT GUILTY PLEA to ALL counts of the indictment.

____ Defendant failed to appear, bench warrant issued.

✓ Status conference set for  5/30/13 @ 10:00  before Judge  Dearie

OTHERS : _____