UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES OF AMERICA

    --against--                               ORDER

BEBARS BASLAN                          13-cr-322 (RJD)

    Defendant.

------------------------------------------------------------x

TO:
Warden
Metropolitan Detention Center ("MDC")
80 29th Street
Brooklyn, New York 11232

      Upon the application of Anthony J. Cariddi, Esq. 237b Boulevard, Hasbrouck Heights, New Jersey 07604, IT IS HEREBY ORDERED that:

1. N.G. Berrill, Ph.D. a board certified psychologist, and a technician from his office, Mari Cruz Garcia (both of whom have been previously approved and admitted to MDC) shall be permitted to interview and perform Psychological testing of inmate, BEBARS BASLAN, Registration Number 80637-054, at the Metropolitan Detention Center ("MDC"), for a period of up to five hours, ON JUNE 7 OR at a time to be arranged, such time to be mutually convenient to Dr. Krueger and the staff of the MDC, and shall be further permitted to re-enter the MDC as many additional times as reasonably necessary to complete the examination; and

2. A certified copy of this Order shall be served upon the MDC.

DATED: MAY/JUNE 4, 2013
BROOKLYN, NEW YORK

                                      SO ORDERED:
                                      /s/ Judge Raymond J. Dearie

                                      The Honorable Raymond J. Dearie
                                      UNITED STATES DISTRICT COURT

cc: PSYCH EXAM
Court File