## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE** Robert M. Levy    **DATE :** 7/23/13

**DOCKET NUMBER:** 13CR220(RJD)    **LOG #:** 2:26 – 2:28

**DEFENDANT'S NAME :** Bebars Baslan
✓ Present  ___ Not Present  ✓ Custody  ___ Bail

**DEFENSE COUNSEL :** Anthony Cariddi
___ Federal Defender  ___ CJA  ✓ Retained

**A.U.S.A:** Tyler Smith    **DEPUTY CLERK :** Felix Chin

**INTERPRETER :** _____ (Language) _____

_____ Hearing held.  _____ Hearing adjourned to _____

___ Defendant was released on _____ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.  Code Type___  Start_____  Stop_____

✓ Order of Speedy Trial entered.  Code Type___  Start 7/23/13  Stop 9/13/13

___ Defendant's first appearance.  ___ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

✓ Status conference set for 9/13/13 @ 11:30 am before Judge Dearie

**OTHERS :** _____