AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| United States of America ) | |
| Plaintiff ) | |
| v. ) | Case No. 13 CR 220 (RJD) |
| Bebars Baslan ) | |
| Defendant ) | |

### APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Bebars Baslan

Date: 08/15/2013

/ S /
*Attorney's signature*

Ephraim Savitt, Bar # Es-3596
*Printed name and bar number*

260 Madison Avenue Suite 2200
New York, NY 10016

*Address*

ephraim@savittesq.com
*E-mail address*

(212) 679-4470
*Telephone number*

(212) 679-6770
*FAX number*