BEFORE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

## CRIMINAL CAUSE FOR STATUS CONFERENCE

### SEPTEMBER 13, 2013  FROM 11:30AM TO 11:45AM

DOCKET NUMBER:   CR 13-220 (RJD)

U.S.A. -v-   **BEBARS BASLAN (IN CUSTODY)**
             COUNSEL:   EPHRAIM SAVITT (RETAINED)
U.S.A. -v-   **KRISTEN HENRY (IN CUSTODY)**
             COUNSEL:   ALAN SEIDLER (RETAINED)

**AUSA: TYLER SMITH**

COURT REPORTER:   LISA SCHMID

X   CASE CALLED FOR STATUS CONFERENCE.
    DISCUSSION HELD.
    COUNSEL REQUESTS TIME TO CONTINUE REVIEWING EXTENSIVE DISCOVERY AND INFORMS COURT OF THE POSSIBILITY OF MOTION PRACTICE AFTER REVIEW.
    COURT DESIGNATES THE CASE AS COMPLEX FOR DISCOVERY PURPOSES WITH THE PARTIES CONSENT.
    COURT EXCLUDES TIME IN LIGHT OF DESIGNATION FROM TODAY THROUGH 11/22/13.
    COUNSEL MR. SAVITT WITHDRAWS HIS CLIENT'S PRO SE MOTION, DOCUMENT #34.  COURT INQUIRES OF DEFENDANT IF THAT IS HIS REQUEST; DEFENDANT ACKNOWLEDGES ON RECORD THAT HE IS IN FACT WITHDRAWING HIS MOTION.
    CLERK OF THE COURT IS DIRECTED TO TERMINATE MOTION AS WITHDRAWN.
    CASE ADJOURNED TO 11/22/13 AT 11:00AM.