BEFORE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

CRIMINAL CAUSE FOR STATUS CONFERENCE

OCTOBER 28, 2013 FROM 10:30AM TO 11:00AM

DOCKET NUMBER: CR 13-220 (RJD)

U.S.A. -v- **BEBARS BASLAN (IN CUSTODY)**
COUNSEL: **EPHRAIM SAVITT (RETAINED)**
U.S.A. -v- **KRISTEN HENRY (IN CUSTODY)**
COUNSEL: **ALAN SEIDLER (RETAINED)**

AUSA: **TYLER SMITH**

COURT REPORTER: FRED GUERINO

X     CASE CALLED FOR STATUS CONFERENCE, RE: DEFENSE COUNSEL MR. SEIDLER'S LETTER DATED 10/10/13, RE: REPRESENTATION ISSUE. DISCUSSION HELD.
COURT WILL REVIEW DEFENDANT MS. HENRY'S FINANCIAL AFFIDAVIT, THEREAFTER MR. SEIDLER WILL BE APPOINTED AS CJA COUNSEL.
DEFENSE COUNSEL MR. SAVITT ADVISES COURT OF HIS CLIENT'S MEDICAL ISSUES.
COUNSEL ARE REMINDED THAT THE NEXT STATUS CONFERENCE IS SCHEDULED FOR 11/22/13 AT 11:00AM.