BEFORE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

CRIMINAL CAUSE FOR STATUS CONFERENCE

NOVEMBER 22, 2013  FROM 11:00AM TO 11:15AM

DOCKET NUMBER:  CR 13-220 (RJD)

**U.S.A.  -v-    BEBARS BASLAN (IN CUSTODY)**
**COUNSEL:    EPHRAIM SAVITT (RETAINED)**
**U.S.A.  -v-    KRISTEN HENRY (IN CUSTODY)**
**COUNSEL:  ALAN SEIDLER (RETAINED)**

**AUSA:  TYLER SMITH**

COURT REPORTER: CHARLEANE HEADING

X        CASE CALLED FOR STATUS CONFERENCE.
         DISCUSSION HELD.  DEFENSE COUNSEL ADVISE THAT THEY WILL
         BE FILING A MOTION TO SUPPRESS STATEMENTS AND SEARCH WARRANTS
         COURT SETS FOLLOWING SCHEDULE:
         DEFENSE MOTIONS DUE:                     1/27/14
         GOVERNMENT OPPOSITION DUE:               2/17/14
         REPLY, IF ANY, DUE:                      2/24/14.
         NEXT STATUS CONFERENCE SCHEDULED FOR:           **2/18/14 @12:45PM**
         **COURT SETS JURY SELECTION AND TRIAL FOR JUNE 2, 2014.**
         WITH NO OBJECTION FROM COUNSEL, COURT CONTINUES SPEEDY TRIAL
         EXCLUSION IN LIGHT OF COMPLEX DESIGNATION AND PENDING MOTIONS,