BEFORE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

CRIMINAL CAUSE FOR STATUS CONFERENCE

JANUARY 29, 2014  FROM 10:00AM TO 10:15AM

DOCKET NUMBER:   CR 13-220- 1 & 2 (RJD)

**U.S.A. -v-   BEBARS BASLAN  (IN CUSTODY)**
          **COUNSEL:   EPHRAIM SAVITT (RETAINED)**
**U.S.A. -v-   KRISTEN HENRY (IN CUSTODY)**
          **COUNSEL:   YING STAFFORD (RETAINED)**

**AUSA:   TYLER SMITH**

COURT REPORTER:   RICHARD BARRY

X   CASE CALLED FOR STATUS CONFERENCE, RE: DEFENSE COUNSEL LETTER DATED 1/22/14 REQUESTING REVISED MOTION SCHEDULE AND NEW TRIAL DATE.
  DEFENSE COUNSEL MS. STAFFORD APPEARS AS NEW COUNSEL FOR DEFENDANT HENRY AND ADVISES THAT SHE HAS FILED A NOTICE OF APPEARANCE.  SHE FURTHER ADVISES THAT THERE IS A POTENTIAL CURCIO ISSUE AS TO HER CLIENT.
  COURT WILL APPOINT CJA COUNSEL TO ADDRESS CURCIO ISSUE.
  COURT REVISES MOTION SCHEDULE AS FOLLOWS:
  DEFENSE MOTION(S) DUE:       3/3/14;
  GOVERNMENT RESPONSE DUE:    3/24/14.
  TRIAL DATE WILL NOT BE MOVED.  TRIAL WILL BEGIN AS ORIGINALLY SCHEDULED: JUNE 2, 2014.
  WITH THE CONSENT OF COUNSEL, COURT CONTINUES THE EXCLUSION OF TIME FROM TODAY THROUGH 3/28/14 IN THE INTEREST OF JUSTICE.
  CASE ADJOURNED TO 3/28/14 AT 11:00AM.