UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -                                                  13-CR-220 (RJD)

BEBARS BASLAN and
KRISTIN HENRY,

                  Defendants.

- - - - - - - - - - - - - - - - -X

## NOTICE OF APPEARANCE

       PLEASE TAKE NOTICE that Assistant United States Attorney Tiana A. Demas from this point forward will be added as counsel in the above-captioned matter.

       All future correspondence to the United States in the above-captioned matter should be sent to:

       Assistant U.S. Attorney Tiana A. Demas
       United States Attorney's Office (Criminal Division)
       271 Cadman Plaza East, 5th Floor
       Tel:  (718) 254-6116
       Fax: (718) 254- 6321
       Email:tiana.demas@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Tiana A. Demas at the email address set forth above.

Dated:  Brooklyn, New York
        March 2, 2014

                                        Respectfully submitted,

                                        LORETTA E. LYNCH
                                        United States Attorney

                                By:     /s/
                                        Tiana A. Demas
                                        Assistant U.S. Attorney


cc:     Clerk of the Court (RJD)