BEFORE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

CRIMINAL CAUSE FOR STATUS CONFERENCE

MARCH 6, 2014  FROM 3:00PM TO 3:15PM

DOCKET NUMBER:  CR 13-220 (RJD)

U.S.A. -v-  **BEBARS BASLAN (IN CUSTODY)**
              **COUNSEL:  EPHRAIM SAVITT (RETAINED)**
U.S.A. -v-  **KRISTEN HENRY (IN CUSTODY)**
              **COUNSEL:  YING STAFFORD (RETAINED)**

**AUSA:  TYLER SMITH**

COURT REPORTER:   NICOLE CANALES

X     CASE CALLED FOR STATUS CONFERENCE.
      FOR THE REASONS STATED ON THE RECORD, TRIAL DATE
      PREVIOUSLY SCHEDULED FOR 6/2/14 IS RESCHEDULED AS FOLLOWS:
      JURY SELECTION TO BE HELD ON 7/14/14.
      OPENINGS WILL BEGIN ON 7/15/14 AT 9:30AM.
      MOTION PRACTICE BRIEFING SCHEDULE RECONFIRMED AS FOLLOWS:
      DEFENSE MOTIONS DUE:            3/24/14
      GOVERNMENT RESPONSE DUE:        4/15/14.
      PREVIOUSLY SCHEDULED CONFERENCE OF 3/28/14 IS CANCELED AND
      RESCHEDULED TO 4/23/14 AT 12:00PM.
      ALL PARTIES CONSENT TO AN EXCLUSION OF TIME; COURT EXCLUDES
      TIME FROM TODAY THROUGH 4/23/14 IN THE INTEREST OF JUSTICE.
      EPHRAIM SAVITT IS PROSPECTIVELY APPOINTED AS CJA COUNSEL.
      DEFENDANTS CONTINUE IN CUSTODY.