UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES OF AMERICA

           -vs-

BEBARS BASLAN.

                    Defendant.
------------------------------------------------------X

13 CR 220 (RJD)

**NOTICE OF APPEARANCE**

TO: CLERK OF THE COURT E.D.N.Y.:

      PLEASE TAKE NOTICE that Natasha D. Marosi, Esq., 7500 West Side Avenue, North Bergen, NJ, 07047, Tel. No. (347) 855-2373, Fax. No. (917) 791-8908, Email: natasha@marosiesq.com, a member of the Bar of this Court in good standing, hereby notes her appearance as associate counsel on behalf of defendant Bebars Baslan, appointed by the Court pursuant to the Criminal Justice Act.

Dated: Brooklyn, New York
March 18, 2014

                                                  RESPECTFULLY YOURS,

                                                  NATASHA D. MAROSI