# EPHRAIM SAVITT
*Attorney at Law*

260 Madison Avenue
Suite 2200
New York, NY 10016
www.savittesq.com

(212) 679-4470
Fax (212) 679-6670
Ephraim@savittesq.com

RECEIVED IN CHAMBERS OF
U.S.D.J. DEARIE
ON: 5/15/14

May 14, 2014

By ECF
Honorable Raymond J. Dearie
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, N.Y. 11201

5/15/14
One week extension
approved. So ordered.
/s/ Judge R.J. Dearie

Re: <u>United States v. Bebars Baslan et. al,</u>
Criminal Docket 13 CR 220 (RJD)

Dear Judge Dearie,

On behalf of my client Bebars Baslan, we respectfully request a one week extension of time in which to file a reply to the government's opposition motion. Ms. Marosi and myself have been on trial before Judge Ross, which has only concluded today with the forfeiture phase of the proceedings.

The government filed its response in opposition late Monday evening, but we have only been able to conduct a cursory review it as of late yesterday evening, and the document with exhibits is approximately 150 pages long.

In order to craft an appropriate and thorough reply, we will need additional time to meet with Mr. Baslan at the MDC to review the government's opposition motion, <u>before beginning any drafting</u>. A one week extension of the original filing date of May 19, 2014 would bring the new filing date to May 26, 2014, and would allow us to accomplish all of this work without unduly straining the Court's schedule.

I thank Your Honor for Your courtesy,

/s/
_____
Ephraim Savitt

cc: All counsel (by ECF)