BEFORE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

CRIMINAL CAUSE FOR STATUS CONFERENCE

MAY 29, 2014  FROM 12:30PM TO 1:00PM

DOCKET NUMBER:  CR 13-220-01  (RJD)

**U.S.A.  -v-   BEBARS BASLAN (IN CUSTODY)
          COUNSEL:   EPHRAIM SAVITT (CJA)**

**AUSA: TYLER SMITH & TIANA DEMAS**

COURT REPORTER:   ANTHONY FRISOLONE

X     CASE CALLED FOR CONFERENCE.
      DISCUSSION HELD.
      HEARING SCHEDULED FOR 6/11/14 AT 9:30AM.
      DEFENSE COUNSEL REQUESTS A COPY OF TODAY'S TRANSCRIPT
      PURSUANT TO CJA.  REQUEST GRANTED.