

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

TAD                                          *271 Cadman Plaza East*
F. #2013R0381                                *Brooklyn, New York 11201*

June 27, 2014

By FedEx

Ephraim Savitt, Esq.
260 Madison Avenue
22nd Floor
New York, NY 10016

                    Re:     United States v. Bebars Baslan,
                            Criminal Docket No. 13-220 (RJD)

Dear Mr. Savitt:

          In accordance with Rule 413 of the Federal Rules of Evidence, the government
encloses the statements of two victims who may testify at trial concerning the defendant's
prior sexual assaults on them when the victims were minors.

                                        Very truly yours,

                                        LORETTA E. LYNCH
                                        United States Attorney

                            By:         ___/s/_____
                                        Tiana A. Demas
                                        Tyler J. Smith
                                        Assistant U.S. Attorney
                                        (718) 254-6116/6186

Encls.

cc: Clerk of the Court (RJD) (by ECF & without enclosures)