BEFORE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

CRIMINAL CAUSE FOR SUPPRESSION HEARING

JUNE 24, 2014 FROM 10:00AM TO 12:15PM

DOCKET NUMBER: CR 13-220-01 (RJD)

**U.S.A. -v- BEBARS BASLAN (IN CUSTODY)
COUNSEL: EPHRAIM SAVITT (CJA)**

**AUSA: TYLER SMITH & TIANA DEMAS**

COURT REPORTER: RON TOLKIN

X CASE CALLED FOR SUPPRESSION HEARING.
GOVERNMENT WITNESS AGENT AARON SPIVACK SWORN AND EXAMINED BY AUSA DEMAS. CROSSED BY MR. SAVITT.
HEARING CONCLUDED.
COURT: FOR THE REASONS RECITED ON THE RECORD, DEFENDANT'S MOTION TO SUPPRESS IS DENIED.
GOVERNMENTS 3500 EXHIBITS RECEIVED IN EVIDENCE.
DEFENSE COUNSEL MOTIONS COURT FOR A COPY OF TODAY'S TRANSCRIPT PURSUANT TO CJA FUNDING. GRANTED.