NR

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

                                                  13 CR 220 (RJD)

- against -

KRISTIN HENRY,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE that Assistant United States Attorney Nathan Reilly hereby enters his appearance in the above-captioned matter.  The Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to the email address set forth below.

Dated:     Brooklyn, New York
              July 3, 2014

                                        Respectfully submitted,

                                        LORETTA E. LYNCH
                                        United States Attorney

                By:       /s/
                          Nathan Reilly
                          Assistant United States Attorney
                          Eastern District of New York
                          271 Cadman Plaza East
                          Brooklyn, New York 11201
                          nathan.reilly@usdoj.gov
                          Tel:(718) 254-6196