**Criminal Calendar Status Conference**

*1 hour*

Before: Judge _Dearie_ U.S.D.J.    _7/10/14_

Date: _7/10/14_    Time: _10:00_

DOCKET NUMBER: _CR-13-220_  CASE NAME: _____

DEFENDANT'S NAME: _Behars Baslan_

____ Present ____ Not Present __X__ In Custody ____ Bail

DEFENSE COUNSEL: _Ephraim Savitt_

____ Legal Aid ____ CJA ____ Retained

AUSA: _Tyler Smith / T. Demas_  Deputy Clerk: _G. Batista_

INTERPRETER: _____ (Language) _____

COURT REPORTER: _Nicole Canales_

__✓_ Case called for: _Status Conf._

____ Arraignment:

__ Defendant's first appearance.  __ Defendant arraigned on the indictment.

__ Defendant informed of rights.

__ Defendant entered NOT GUILTY PLEA to ALL counts of the indictment.

____ Status Conference:

___ Order of Speedy Trial entered. Code Type XC Start_____ Stop_____

___ Status conference set for_____ @ ____ Before: Judge _____

__ Pretrial conference set for_____ @ . ____ Before: Judge _____

____ Bail Hearing:

__ Defendant was released on _____ PRB with / without some conditions.

__ Bail application was denied. The Order of Detention previously entered is continued with leave to reapply to a Magistrate Judge, or, to the District Court Judge to whom this case is assigned.

____ Defendant failed to appear, bench warrant issued.

__✓_ OTHERS: _Preparations for Trial discussed._

_✓ Defense request to Adj. trial denied_
_J/s on 7/14 before MJ. Pollak and_
_Trial to begin on 7/15/14 before_
_Judge Dearie @ 9:30_