

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

TAD
F. #2013R0381

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 20, 2014

By FedEx

Ephraim Savitt, Esq.
260 Madison Avenue
22nd Floor
New York, NY 10016

Ying Stafford, Esq.
276 Fifth Avenue
Suite 501
New York, New York 10001

   Re: United States v. Bebars Baslan, et al.
     Criminal Docket No. 13-220 (RJD)

Dear Mr. Savitt and Ms. Stafford:

  Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, please find enclosed with this letter additional discovery in the above-captioned matter. The government again requests reciprocal discovery.

  Enclosed please find the following:

| Document | Bates Range |
| --- | --- |
| Baslan MDC emails | BAS 8705-21338 |
| 3/17/13 Interview of Bebars Baslan | BAS 21339 |
| 9/30/13 Search Warrant Five Computer Hard Drives | BAS 21340-43 |
| 9/30/13 Search Warrant Affidavit for Five Computer Hard Drives | BAS 21344-59 |

| | |
|---|---|
| Baslan Passport, Social Security Card, and Visa | BAS 21360-66 |
| Baslan MDC email and phone contact list | BAS 21367-85 |
| Henry MDC emails | HEN 647-1788 |
| Henry MDC email and phone contact list | HEN 1789-1795 |

                      Very truly yours,

                      LORETTA E. LYNCH
                      United States Attorney

By:   /s/
                      Tiana A. Demas
                      Assistant U.S. Attorney
                      (718) 254-6116

Enclosures

cc: Clerk of the Court (RJD) (by ECF & without enclosures)