

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

TAD
F. #2013R0381

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 9, 2014

<u>By FedEx</u>

Ephraim Savitt, Esq.
260 Madison Avenue
22nd Floor
New York, NY 10016

Ying Stafford, Esq.
276 Fifth Avenue
Suite 501
New York, New York 10001

    Re: United States v. Bebars Baslan, et al.
      <u>Criminal Docket No. 13-220 (RJD)</u>

Dear Mr. Savitt and Ms. Stafford:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, please find enclosed with this letter additional discovery in the above-captioned matter.  The government again requests reciprocal discovery.

    Enclosed please find the following:

| Document | Bates Range |
| --- | --- |
| Baslan MDC emails (6/25/14 to 7/8/14) | BAS 21386-23095 |
| Henry MDC emails(6/25/14 to 7/7/14) | HEN 1796-2463 |
| Search Affidavit Warrant for bbaslan@me.com | USA 223-241 |
| Search Warrant Affidavit for Box | USA 242-278 |

| | |
|---|---|
| Search Warrant Return for bbaslan@me.com | Disc labeled USA-CD-6 |
| Documents from Baslan A-file | BAS 23096-23225 |
| Documents from Byblos Hotel | BYBLOS 1-5 |
| Download from Baslan iPhone (Blacklight) | Disc labeled BAS-CD-2 |
| Download from Henry iPhone (Blacklight) | Disc labeled HEN-CD-2 |
| Baslan FBI Source File | BAS 23226-23248 |
| Affidavits from Baslan Computer | BAS 23249-23264 |
| DEA Reports of Drug Property Collected, Purchased or Seized Reports | USA 279-284 |
| Baslan MDC Call List & Contacts | BAS 23265-23281 |
| Henry MDC Call List & Contacts | HEN 2464-2470 |
| Baslan MDC Calls (8/1/13 to 10/17/13) | Disc labeled BAS-CD-3 through BAS-CD-6 |
| Baslan MDC Calls (5/22/2014 to 6/19/14) | Disc labeled BAS-CD-7 |
| Henry MDC Calls  (5/22/14 to 6/19/14) | Disc labeled HEN-CD-3 |

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By:      /s/
Tiana A. Demas
Assistant U.S. Attorney
(718) 254-6116

Enclosures

cc: Clerk of the Court (RJD) (by ECF & without enclosures)

2