DOCKET NUMBER: 13-cr-220 (rjd)

CRIMINAL CAUSE FOR: Jury selection

Date Received By Docket Clerk: _____  Docket Clerk Initials: _____

BEFORE JUDGE: Pollak    DATE: 7/14/14   TIME IN COURT: 7 HRS 0 MINS

DEFENDANT'S NAME: Bebars Baolan    DEFENDANTS #: _____

- [x] Present
- [ ] Not Present
- [x] Custody
- [ ] Not Custody

DEFENSE COUNSEL: Ephraim Savitt

- [ ] Federal Defender
- [x] CJA
- [ ] Retained

A.U.S.A.: Tyler Smith, Tiana Demao   PRETRIAL/PROBATION OFFICER: _____

COURT REPORTER OR ESR OPERATOR: Victoria Torres-Butler   TAPE LOG: _____

INTERPRETER: _____   LANGUAGE: _____

- [ ] Arraignment
- [ ] Change of Plea Hearing (~Util-Plea Entered)
- [ ] In Chambers Conference
- [ ] Pre Trial Conference
- [ ] Initial Appearance
- [ ] Status Conference
- [ ] Telephone Conference
- [ ] Voir Dire Begun
- [ ] Jury Trial Death Penalty
- [ ] Bench Trial Held
- [ ] Revocation of Probation non contested
- [ ] Revocation of Probation contested
- [ ] Sentencing non-evidentiary
- [ ] Sentencing Contested
- [ ] Revocation of Supervised Release evidentiary
- [ ] Revocation of Supervised Release non-evidentiary
- [ ] Voir Dire Held
- [x] Jury selection
- [ ] Jury trial
- [ ] Sentence enhancement Phase
- [ ] Bench Trial Begun
- [ ] Bench Trial Completed
- [ ] Motion Hearing Non Evidentiary
- [ ] Other Evidentiary Hearing Contested   TYPE OF HEARING: _____

UTILITIES

- [ ] ~Util-Plea Entered
- [ ] ~Util-Exparte Matter
- [ ] ~Util-Set/Reset Deadlines
- [ ] ~Util-Set/Rest Motion and R&R Deadlines/Hearings
- [ ] ~Util-Add terminate Attorneys
- [ ] ~Util-Indictment Un Sealed
- [ ] ~Util-Set/Reset Deadlines/Hearings
- [ ] ~Util-Bond Set/Reset
- [ ] ~Util-Information Unsealed
- [ ] ~Util-Terminate Motions
- [ ] ~Util-Terminate Parties
- [ ] ~Util-Set/Reset Hearings

Speedy Trial Start: _____   Speedy Trial Stop: _____   CODE TYPE: _____

Do these minutes contain ruling(s) on motion(s)? ☐   YES   ☐   NO
TEXT

Jury selected