UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA

         -V-                                                     **ORDER**
                                                               CR 13-220-01 (RJD)

BEBARS BASLAN,

                         Defendant(s).
-------------------------------------------------------X

**DEARIE District Judge.**

      It is hereby ORDERED that the Bureau of Prisons or the Warden of the Brooklyn Metropolitan Detention Center (MDC) accept the following clothing and permit defendant Bebars Baslan, Register Number 80637-053 to wear this clothing for the duration of his jury trial which began on July 14, 2014, with an expected length of two(2) weeks.

      *One(1) Shirt*
      *One(1) Jacket*
      *One(1) Pair of pants*
      *One(1) Tie*

**SO ORDERED.**

DATED: July 16, 2014
BROOKLYN, NEW YORK

                                                     /s/ Judge Raymond J. Dearie

                                                _____
                                                **RAYMOND J. DEARIE**
                                                **UNITED STATES DISTRICT JUDGE**