BEFORE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

DATE: <u>JULY 15, 2014  FROM 9:00AM TO 10:00AM</u>

CRIMINAL CAUSE FOR PLEADING

DOCKET # CR 13-220-01 (RJD)

CASE: U.S.A. -v-   **BEBARS BASLAN (IN CUSTODY)**
                   **COUNSEL: EPHRAIM SAVITT (CJA)**

AUSA: **TYLER SMITH & TIANA DEMAS**

COURTREPORTER:   VICTORIA TORRES BUTLER

X   CASE CALLED FOR PLEADING.
X   DEFENDANT SWORN.

X   DEFENDANT WITHDRAWS PREVIOUSLY ENTERED PLEA OF NOT
    GUILTY TO <u>COUNT FIVE(5) ONLY</u> AND ENTERS A PLEA OF GUILTY
    TO COUNT FIVE(5) OF THE FIVE COUNT INDICTMENT.

X   COURT FINDS THAT THE PLEA WAS MADE KNOWINGLY &
    VOLUNTARILY AND NOT COERCED. COURT FINDS FACTUAL
    BASIS FOR THE PLEA & ACCEPTS THE PLEA OF GUILTY TO COUNT
    FIVE(5).

X   DEFENDANT WILL PROCEED TO JURY TRIAL ON COUNTS 1, 2, 3 AND 4
    FOLLOWING THIS PROCEEDING.