BEFORE JUDGE DEARIE
UNITED STATES DISTRICT JUDGE                    COURTROOM #10-A

CRIMINAL CAUSE FOR JURY TRIAL

DATE:   **JULY 15, 2014  FROM 10:00AM TO  5:00PM**

DOCKET NUMBER:    CR 13-220-01 (RJD)

**U.S.A.  -v-   BEBARS BASLAN (IN CUSTODY)**
**COUNSEL:   EPHRAIM SAVITT (CJA)**

AUSA:    TYLER SMITH & TIANA DEMAS
COURTREPORTER:      NICOLE CANALES

X      CASE CALLED FOR JURY TRIAL.
       TRIAL ORDERED & BEGUN.
       JURORS SWORN.
       PRELIMINARY REMARKS TO JURY.
       OPENING STATEMENTS: AUSA DEMAS; MR. SAVITT.
       FOLLOWING GOVERNMENT **WITNESSES** SWORN & TESTIFIED:
       **DETECTIVE FRANK TORRES** EXAMINED BY AUSA SMITH.
       CROSSED BY MR. SAVITT.
       **DETECTIVE DAMON GERGAR** EXAMINED BY AUSA DEMAS.
       CROSSED BY MR. SAVITT.
       **AGENT AARON SPIVACK** EXAMINED BY AUSA SMITH.
       TRIAL WILL CONTINUE ON 7/16/14 @9:30AM.
       FOLLOWING GOVERNMENT EXHIBITS **RECEIVED** INTO EVIDENCE:
       **1, 2, 3, 6, 45, 46A THROUGH 46G.**