BEFORE JUDGE DEARIE
UNITED STATES DISTRICT JUDGE                           COURTROOM #10-A

CRIMINAL CAUSE FOR JURY TRIAL

DATE:  **JULY 16, 2014  FROM 9:30AM TO  5:10PM**

DOCKET NUMBER:    CR 13-220-01 (RJD)

**U.S.A.  -v-   BEBARS BASLAN (IN CUSTODY)**
**COUNSEL:   EPHRAIM SAVITT (CJA)**

AUSA:   TYLER SMITH & TIANA DEMAS
COURTREPORTER:      NICOLE CANALES

X    CASE CALLED FOR CONTINUATION OF JURY TRIAL.
     DIRECT EXAMINATION OF **AGENT AARON SPIVACK** CONTINUED
     BY AUSA SMITH.   CROSSED BY MR. SAVITT.
     GOVERNMENT **WITNESSES** SWORN & TESTIFIED:
     **RALPH STEVENS** EXAMINED BY AUSA DEMAS.  CROSSED BY MR. SAVITT.
     **IAN GOLDBERG** EXAMINED BY AUSA DEMAS.  NO CROSS.
     **HENRY ENRIGHT** EXAMINED BY AUSA DEMAS. NO CROSS.
     **ELIZABETH ROBLE** EXAMINED BY AUSA DEMAS.  CROSSED BY
     MR. SAVITT.
     **ODESSA SIMMS** EXAMINED BY AUSA SMITH.  NO CROSS.
     **STEPHEN FLATLEY** EXAMINED BY AUSA DEMAS.
     TRIAL WILL CONTINUE ON 7/17/14 @9:30AM.
     DEFENSE COUNSEL APPLIES TO COURT FOR A CLOTHING ORDER FOR
     HIS CLIENT, FOR THE REASONS STATED ON THE RECORD.
     ORDER SIGNED.
     FOLLOWING GOVERNMENT EXHIBITS **RECEIVED** INTO EVIDENCE:
     4, 5, 7, 8,  9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 49, 50, 30, 51, 25X, 28, 36B,
     23A, 23B, 23C, 22A, 22B, 22J, 22I, 22E, 24, 26, 27, 29, 31, 25A THROUGH 25YY,
     42, 42A THROUGH 42L, 44, 44A THROUGH 44H, 43, 43A THROUGH 43M,  47,
     48, 50, 51.