BEFORE JUDGE DEARIE
UNITED STATES DISTRICT JUDGE                    COURTROOM #10-A

CRIMINAL CAUSE FOR JURY TRIAL

DATE:  **JULY 17, 2014 FROM 9:30AM TO 3:00PM**

DOCKET NUMBER:   CR 13-220-01 (RJD)

**U.S.A. -v- BEBARS BASLAN (IN CUSTODY)**
**COUNSEL: EPHRAIM SAVITT (CJA)**

AUSA:   TYLER SMITH & TIANA DEMAS
COURTREPORTER:   NICOLE CANALES

X   CASE CALLED FOR CONTINUATION OF JURY TRIAL.
    DIRECT EXAMINATION OF **STEPHEN FLATLEY** CONTINUED
    BY AUSA DEMAS.  CROSSED BY MR. SAVITT.
    GOVERNMENT **WITNESSES** SWORN & TESTIFIED:
    **JASON ABRAMOWITZ** EXAMINED BY AUSA SMITH.  NO CROSS.
    **CORTNEY** EXAMINED BY AUSA DEMAS.  CROSSED BY MR. SAVITT.
    **DR. MOHAMMED BOUDAOUD** EXAMINED BY AUSA SMITH.. NO CROSS.
    **AGENT LINH PHUNG** EXAMINED BY AUSA SMITH.
    CROSSED BY MR. SAVITT.
    STIPULATIONS MARKED AS GOVERNMENT EXHIBITS 53 & 54 READ
    BY AUSA SMITH.
    THE GOVERNMENT RESTS.
    DEFENSE COUNSEL MOTIONS UNDER FEDERAL RULES OF CRIMINAL
    PROCEDURE 29(A) FOR A DIRECTED VERDICT OF ACQUITTAL.
    COURT: **APPLICATION IS DENIED**.
    TRIAL WILL CONTINUE ON 7/21/14 @10:00AM.
    FOLLOWING GOVERNMENT EXHIBITS **RECEIVED** INTO EVIDENCE:
    **36A, 27A THROUGH 27H, 41, 33, 32,  52A THROUGH 52E,**
    **37A THROUGH 37BB, 39, 53, 54, 35A THROUGH 35I, 41, 52A THROUGH 52E,**
    **53, 54.**