BEFORE JUDGE DEARIE
UNITED STATES DISTRICT JUDGE                    COURTROOM #10-A

CRIMINAL CAUSE FOR JURY TRIAL

DATE:  **JULY 23, 2014 FROM 9:30AM TO 5:00PM**

DOCKET NUMBER:   CR 13-220-01 (RJD)

**U.S.A.  -v-  BEBARS BASLAN (IN CUSTODY)**
**COUNSEL:  EPHRAIM SAVITT (CJA)**

AUSA:   TYLER SMITH & TIANA DEMAS
COURTREPORTER:    VICTORIA BUTLER

X   CASE CALLED FOR CONTINUATION OF JURY TRIAL.
    DEFENSE CASE.
    FOLLOWING DEFENSE **WITNESSES** SWORN & TESTIFIED:
    **BEBARS BASLAN** EXAMINED BY MR. SAVITT.
     CROSSED BY AUSA DEMAS.
    **MARYANA KOWAL** EXAMINED BY MR. SAVITT. CROSSED BY AUSA SMITH.
    DEFENSE RESTS.
    GOVERNMENT REBUTTAL **WITNESS**:
    **AGENT SPIVACK.** WITNESS IS REMINDED HE IS STILL UNDER OATH.
    EXAMINED BY AUSA SMITH. CROSSED BY MR. SAVITT.
    GOVERNMENT RESTS.
    COURT HOLDS CHARGING CONFERENCE OUTSIDE PRESENCE OF JURY.
    SUMMATIONS AS FOLLOWS:
    AUSA SMITH; MR. SAVITT.
     REBUTTAL: AUSA SMITH.
    TRIAL WILL CONTINUE ON 7/24/2014 AT 9:30AM.