BEFORE JUDGE DEARIE
UNITED STATES DISTRICT JUDGE                         COURTROOM #10-A

CRIMINAL CAUSE FOR JURY TRIAL

DATE: __JULY 24, 2014  FROM 9:30AM TO 5:00PM__

DOCKET NUMBER:   CR 13-220-01 (RJD)

**U.S.A. -v-  BEBARS BASLAN (IN CUSTODY)**
**COUNSEL:  EPHRAIM SAVITT (CJA)**

AUSA:   TYLER SMITH & TIANA DEMAS
COURTREPORTER:    SHERRY BRYANT

X    CASE CALLED FOR CONTINUATION OF JURY TRIAL.
     COURT CHARGES JURY.
     JURY RETIRES TO DELIBERATE.
     JURY RETURNS WITH A VERDICT AS FOLLOWS:
     AS TO DEFENDANT BEBARS BASLAN:
     **GUILTY AS TO COUNTS 1, 2, 3, 4.**
     JURY POLLED.
     JURY EXCUSED WITH THE THANKS OF THE COURT.
     DEFENSE COUNSEL REQUESTS AN EXTENSION OF TIME TO FILE HIS
     RULE 29( c ) & RULE 33 MOTIONS.
     COURT: DEFENSE HAS THIRTY(30) DAYS TO FILE MOTIONS.
     FOLLOWING **COURT EXHIBITS MARKED**:
     **1, 2, 3, 4, 5, 6, 7, 8, 8A, 9, 10.**