U.S.A. -v- BEBARS BASLAN
CR 13-220-01 (RJD)

## COURT EXHIBIT LIST

| EXHIBIT NUMBER | DESCRIPTION | DATE |
|---|---|---|
| 1 | Jury Charge | 7/24/14 |
| 2 | Jury Note | 7/24/14 |
| 3 | Jury Note | 7/24/14 |
| 4 | Jury Note | 7/24/14 |
| 5 | Jury Note | 7/24/14 |
| 6 | Jury Note | 7/24/14 |
| 7 | Jury Note | 7/24/14 |
| 8 | Jury Note | 7/24/14 |
| 8A | Court response to note #8 | 7/24/14 |
| 9 | Jury Note | 7/24/14 |
| 10 | Verdict Form | 7/24/14 |

***Exhibits 2, 3, 4, 5, 6, 7, 8, 8A, 9   attached to Exhibit List.
   **Exhibits 1 and 10 docketed separately.**