UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
U.S.A.,

        Plaintiff(s)

    -v-                                        **ORDER OF SUSTENANCE**
                                                            CR 13-220 (RJD)

BEBARS BASLAN,

        Defendant(s)
------------------------------------------------------X
DEARIE, JUDGE

    ORDERED that the Marshal supply proper

(  )  LODGING
(X)  SUSTENANCE
(  )  TRANSPORTATION

to the **( 12 ) jurors** empaneled in the above entitled case.

DATED: JULY 24, 2014
Brooklyn, New York

(  )    DURING TRIAL
(X)    DELIBERATING
(  )    SEQUESTERED
(  )    BREAKFAST
(X)    LUNCH
(  )    OTHER SNACK

                                              _/S/Raymond J. Dearie_
                                              RAYMOND J. DEARIE
                                              UNITED STATES DISTRICT JUDGE

**A TRUE COPY ATTEST**
Dated:  7/24/14
**DOUGLAS C. PALMER(CLERK)**
**BY:** _E. Mulqueen_ **(Deputy Clerk)**