# EPHRAIM SAVITT
*Attorney at Law*

TRINITY BUILDING  
111 BROADWAY · SUITE 701  
NEW YORK, NEW YORK 10006

(212) 679-4470  
FAX: (212) 679-6770  
EPHRAIM@SAVITTESQ.COM

July 29, 2014

**BY ECF**

HONORABLE RAYMOND J. DEARIE  
U. S. District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

        Re:    <u>United States v. Bebars Baslan  
                  Docket No. 13 CR 220 (RJD)</u>

Dear Judge Dearie:

       This letter is respectfully submitted as my application, with the agreement and consent of defendant Bebars Baslan, to be relieved as his counsel. Because Mr. Baslan has no access to funds, I also respectfully request that a competent attorney be appointed to represent him, pursuant to CJA, for the post-trial motions and sentencing proceedings. Mr. Baslan's approach to the issues to be raised in his Rule 29(c)/33 motion is at odds with my contemplated approach, particularly as it relates to the question of my pretrial and trial representation of him. He has been a complete gentleman and very respectful during the pretrial and trial processes, despite our often pronounced differences in strategic approaches to the formulation of pretrial motions and to the conduct of the trial defense.

       After several hours of civil discussions with Mr. Baslan in two meetings following the verdict, it is evident to me that I cannot effectively represent him any longer. Were I to adopt his approach, I would be putting myself in the unenviable position of having to attack my own performance as his trial counsel. I am confident that some of my colleagues on the CJA panel would be better suited to this task than I, and that a few I can think of, but who shall remain unnamed to avoid any unfair prejudice to Mr. Baslan, would be likely to embrace that challenge gladly.

       If Your Honor grants my application, I will assist newly appointed counsel to achieve a smooth and expeditious transition, and will make all my files on the case immediately available to him/her.

       I thank Your Honor for your courtesy and consideration.

                                         Respectfully submitted,

                                         *Ephraim Savitt /TD*  
                                         Ephraim Savitt, Esq.

Cc: Clerk of the Court (RJD)  
    All counsel (By ECF and email)