UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
UNITED STATES OF AMERICA

         -v-                              **NOTICE OF SENTENCING AND
                                            BRIEFING SCHEDULE**
                                    DOCKET # CR-13-220-01 (RJD)

BEBARS BASLAN,
                Defendant(s).
-----------------------------------------------------X
DEARIE, DISTRICT JUDGE.

       Please note that **SENTENCE** for the above named defendant is scheduled for
**JANUARY 23, 2015 AT 10:00AM**  to be held in Courtroom 10A-S before the undersigned.

    \*\*\* **Counsel are directed to be prepared to address in specific terms, the issue of
personal  property, if appropriate.** \*\*\*
              **THE COURT SETS THE FOLLOWING BRIEFING SCHEDULE:**

**Defense Motion(s) due on or before:**                           **8/25/14**

**The Pre Sentence Report shall be disclosed on or before:**        **11/12/14**

**Objections to the Pre Sentence Report due on or before:**       **12/01/14**
  **(Please note that the original Objection Submission to be submitted
   to the assigned Probation Officer by hand or mail  and a hard copy  to chambers)**

**Sentence submission of defense due on or before:**           **12/19/14**
  **(A hard copy of sentence submission to be submitted to the  undersigned
    and the assigned Probation Officer)**

**Sentence submission of government due on or before:**        **1/09/15**
  **(A hard copy of sentence submission to be submitted to the undersigned
    and the assigned Probation Officer)**

       Should counsel have any questions, they are directed to call Ms. Mulqueen
at 718 613-2435.

      **SO ORDERED.**
Dated:  Brooklyn, New York
         July 28, 2014

                                   */s/Raymond J. Dearie*
                                   **RAYMOND J. DEARIE**
                                   **UNITED STATES DISTRICT JUDGE**