BEFORE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

## CRIMINAL CAUSE FOR STATUS CONFERENCE

### AUGUST 7, 2014  FROM 11:00AM TO 11:15AMAM

DOCKET NUMBER:   CR 13-220-01  (RJD)

**U.S.A.  -v-    BEBARS BASLAN  (IN CUSTODY)**
**COUNSEL: EPHRAIM SAVITT (CJA)**

**AUSA:    TYLER SMITH**

COURT REPORTER:    GENE RUDOLPH

X    CASE CALLED FOR STATUS CONFERENCE, RE:
DEFENSE COUNSEL'S APPLICATION TO BE RELIEVED AS COUNSEL (DOCUMENT #139)
DEFENSE COUNSEL REPORTS TO COURT THAT HE AND HIS CLIENT HAVE RESOLVED THEIR DIFFERENCES AND  WITHDRAWS HIS APPLICATION TO BE RELIEVED.
DEFENDANT STATES ON RECORD THAT HE DESIRES TO GO FORWARD WITH MR. SAVITT AS HIS COUNSEL.
COURT: CLERK OF COURT DIRECTED TO MARK APPLICATION AS WITHDRAWN.
DEFENSE MOTION(S) DUE 8/25/14; GOVERNMENT OPPOSITION DUE: 9/15/14.