360

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

```
UNITED STATES OF AMERICA,      )
                 Plaintiff,    )   13cr00220
                               )
                               )
V.                             )   United States Courthouse
                               )   Brooklyn, New York
                               )
BEBARS BASLAN,                 )   THURSDAY, JULY 17, 2014
                               )   9:30 a.m.
                 Defendant.    )
_____ )
```

TRANSCRIPT OF CRIMINAL CAUSE FOR TRIAL
BEFORE THE HONORABLE RAYMOND DEARIE
UNITED STATES DISTRICT JUDGE

<u>APPEARANCES</u>:
FOR THE GOVERNMENT:  LORETTA LYNCH
                     United States Attorney
                     BY:  TYLER JOSEPH SMITH
                     BY:  TIANA A. DEMAS
                     Assistant United States Attorneys
                     Eastern District of New York
                     271 Cadman Plaza East
                     Brooklyn, New York 11201


FOR THE DEFENDANT:   EPHRAIM SAVITT
                     Attorney At Law
                     260 Madison Avenue, 22nd Floor
                     New York, New York 10016


THE COURT REPORTER:  NICOLE CANALES, RPR, CSR
                     225 Cadman Plaza East
                     Brooklyn, New York 11201
                     cnlsnic@aol.com


Proceedings recorded by mechanical stenography, transcript
produced by Computer-Assisted Transcript.

361

1                    (Outside the presence of the Jury.)

2              THE COURT:  Counsel, you have something you want to

3    broach?

4              MS. DEMAS:  You want the defendant here?

5              MR. SAVITT:  I'll waive the defendant's presence.

6              THE COURT:  Let's see what it is, and if we need to

7    repeat it, we will.

8              MS. DEMAS:  Pursuant to Giglio, the United States is

9    disclosing that for victim two, the witness who goes by the

10   first name Cortney, she is unemployed; in order for her to

11   meet with the government, there were times when the government

12   had to give Cortney money for either a taxi fair, a train

13   fair, or -- on one occasion, her mother came with her and we

14   gave money for the mom's taxi fair to JFK.  We expect to be

15   reimbursed for any cash that's been given to this witness, and

16   that should happen today, when the witness gets reimbursed out

17   of the funds all witnesses get reimbursed out of.

18            But in an abundance of caution, because she is not

19   reimbursed yet, I'm putting on the record, on June 26th,

20   myself and AUSA Smith gave a total of $60 to Cortney's mother,

21   Kelly Peace.  That was for taxi fair to JFK Airport.  On

22   6/24/2014, Special Agent Ademchich (phonetic) gave $50 to

23   Cortney and her mother for train fair.  Yesterday I and

24   Special Agent Ademchich gave $20 each to Cortney so she had

25   money for dinner and other incidentals.  And in July, we

362

1  purchased a potbelly sandwich, a Red Bull soda and chips for

2  Cortney.  That was $10.  And also in July, we paid $4 for a

3  sandwich for Cortney.

4          THE COURT:  Thank you very much.

5          MR. SAVITT:  Thank you.  I will advise my client.

6          THE COURT:  Mr. Savitt, your client is now in the

7  courtroom.

8          MR. SAVITT:  Thank you, your Honor.

9              (In the presence of the Jury.)

10         THE COURT:  Good morning, folks.  Please be seated.

11 We resume the direct testimony of Mr. Flatley.

12         Sir, you were placed under oath and you remain under

13 oath.  Do you understand that?

14         THE WITNESS:  Yes, sir.

15                 STEPHEN FLATLY,

16 having been previously duly sworn, was examined, and testified

17 further as follows:

18         THE COURT:  Ms. Demas.

19         MS. DEMAS:  May I have the document camera up for

20 the jury, please?

21         THE CLERK:  Certainly.

22 DIRECT EXAMINATION (CONTINUED)

23 By MS. DEMAS:

24 Q   Mr. Flatley -- and I apologize if I called you agent

25 yesterday.  You are not an agent, are you?

1  A    Correct.

2  Q    When we left off yesterday, we were looking at Government

3  Exhibit 43K, which was on the screen, and I was can asking you

4  questions about the timestamps.  Now, is it correct that the

5  message with the photograph of the Benadryl and NyQuil --

6  excuse me -- NyQuil was sent at 5:42 p.m., once one does the

7  conversion from universal time to Eastern Time?

8  A    Yes, that is correct.

9  Q    And the next message that reads, "Sorry.  Meant to send

10 that pic to my sister," is the timestamp on that 5:49 p.m.

11 Eastern Time?

12 A    Yes, ma'am, it is.

13 Q    And, then, the final text that says, "Okay," from the

14 defendant to Kristen Henry, am I correct that the time for

15 that is 5:50 p.m. Eastern Time?

16 A    Yes, ma'am.

17 Q    Okay.  So I'd like to switch to the lantern report for

18 the Baslan phone.  And if you don't mind just reminding the

19 jury of the difference between the Lantern Report and the

20 Blacklight Report that we were just looking at.  Can you just

21 explain to the jury the difference between these two?

22 A    Yes.  They're just run by two different tools, so they

23 appear a little different; they might pull some different

24 things, some additional things, but it's the same phone that

25 they're looking at.

Flately - Direct - Demas                                364

1  Q    Okay.  And so now looking at this first page of the

2  Lantern Report, which has been marked Government Exhibit 42A,

3  can you explain to the jury what this captures?

4  A    This is just the front page of the report when you open

5  it.

6  Q    And we're going to the second page, which has been marked

7  as 42B.  Can you explain what this shows?

8  A    This is specific information about the device, so it

9  has -- it was an Apple 5, the model number, serial number,

10 things of that nature.

11 Q    And does the phone number for this phone appear in the

12 Lantern Report as well?

13 A    Yes, it does.

14 Q    Based on that phone number, is it the same phone seized

15 from Mr. Baslan?

16 A    Yes, it is.

17 Q    Now, the Lantern Report, when it pulls times, is it in

18 universal time or Eastern Time?

19 A    You'd have to put the report up again for me to be a

20 hundred percent correct.

21 Q    Sure.

22 A    Lantern makes the correction and turns it into Eastern

23 Time.

24 Q    I'm putting up on the screen what's been marked as

25 Government Exhibit 42D.  Call history.  Can you explain to the

NICOLE CANALES, CSR, RPR

Flately - Direct - Demas                                365

1   jury what we're looking at here?  And I'm going to zoom out a

2   little bit so you can see the whole thing.

3   A    This is a history of the calls -- the last calls that the

4   phone made.  Generally the iPhone will save the last 100 calls

5   that it made, and it depicts them with an icon, along the side

6   as to if it was a missed call, an incoming call or an outgoing

7   call.

8   Q    I'm pointing with my pen to a little signal that looks

9   like a green phone with an arrow.  Can you explain to the jury

10  what that is?

11  A    That is that green phone with the arrow, is a signal for

12  the icon, for an incoming call.

13  Q    What about the red phone with the arrow?

14  A    The red phone with the arrow indicates an outgoing call.

15  Q    And what does an exclamation point mean?

16  A    That is a missed call.

17  Q    Focussing your attention on the entries towards the

18  bottom, can you explain to the jury what the entry that I'm

19  pointing to at 3:19:17:32 Eastern Daylight Time means, in

20  terms of who made the call, who received it and what time?

21  A    It is an outgoing -- I'm sorry.  Can you make it a little

22  bit bigger?

23  Q    Sure.

24  A    That is an outgoing call to Kristen Henry on March 19th

25  at 5:32 p.m. Eastern Time.

Flately - Direct - Demas                                366

1    Q    And I'm going to point to one more with my pen.  Could

2    you tell the jury what that one is?

3    A    That is an incoming call from Kristen Henry at 5:48

4    Eastern Time, p.m.

5    Q    Now, following along -- zoom out for a second.  If you're

6    to follow along that last call at 5:48 p.m., does it indicate

7    whether the call was actually picked up?

8    A    Yes, says the call duration, I believe, 29 seconds.

9    Q    And what about that earlier call at 5:32 p.m., was that

10   call actually picked up as well?

11   A    Yes, it was.  The duration looks like 38 seconds.

12   Q    Now, going back to -- I'm sorry.  I want you to remember

13   the timestamp on this last call 17:48:47.  Do you see that?

14   A    Yes, ma'am.

15   Q    That's 5:48:47 Eastern Daylight time?

16   A    Correct.

17   Q    Going back to Exhibit 43K.  When did this call take place

18   in relation to the text messages?

19   A    I'm sorry.  Said it was 5:45.

20   Q    5:48 and 7 seconds.

21   A    So it takes place between the picture being sent and the

22   other picture -- the other text.  It says, "Sorry.  I meant to

23   send that pic to my sister."

24   Q    Now, were you able to pull off of the Lantern an enlarged

25   version of that photograph that was actually sent between

Flately - Direct - Demas                              367

1   Kristen Henry and the defendant?

2   A    Yes, I was.

3            MS. DEMAS:  Putting on the screen Government

4   Exhibit 42C.

5   Q    Can you tell the jury what this is?

6   A    That's a picture that I got off of Kristen Henry's phone.

7   Q    Were you able to get an enlarged version of the

8   photograph off the defendant's phone as well?

9   A    I don't recall.  I would have to see my report to be a

10  hundred percent sure.

11  Q    Now, I'm going to put up on the screen what's been marked

12  as Government Exhibit 22F from the Lantern Report of the

13  defendant's phone.  Do you see this?

14  A    Yes, I do.

15  Q    Can you explain for the jury what we're looking at here?

16  A    We are looking at a -- it's difficult to tell with it

17  being so chopped down, but it's a picture that was received.

18  Q    Picture that was sent or received.  Do you see the green

19  arrow?

20  A    Can you make it a little bit bigger?  It was sent.  I'm

21  sorry.

22  Q    When was this picture sent?

23  A    It was sent on March 13th, 2013, at 12:52 p.m. Eastern

24  Time.

25  Q    Zoom in a little more.  Can you see what this picture is

Flately - Direct - Demas                          368

1   of?

2   A    It is of an Apricorn external hard drive.

3   Q    I'm putting on the document camera what's in evidence as

4   Government Exhibit 42G.  Is this an enlarged photograph of

5   that same one we were just looking at?

6   A    Yes, it is.

7   Q    And what does it show?

8   A    It shows -- actually, what this is, is a screen shot of

9   this from a web page that was browsed on the phone.

10  Q    Does it show the Apricorn hard drive?

11  A    Yes, ma'am.

12  Q    I'm now putting on the screen what's been marked as

13  Government Exhibit 42H and is in evidence.  Can you tell the

14  jury what we're looking at here?

15  A    This is that file that's saved on the phone.

16  Q    The same file of the Apricorn?

17  A    Yes, ma'am.

18  Q    And 42L, what is this?

19  A    It's another picture of an Apricorn drive.

20  Q    Were there multiple pictures of Apricorn drives on the

21  defendant's phone?

22  A    Yes.  Yes, there was.

23  Q    Putting on the document camera, Government Exhibit 42J in

24  evidence.  I'm just going to zoom in a little bit.  Can you

25  tell the jury what we're looking at here?

Flately - Direct - Demas                               369

1   A    It was a Google search for Apricorn encrypted hard drive.

2   Q    What's the date of that search, those searches?

3   A    March 13th, 2013, at 12:53 p.m. Eastern Time.

4   Q    Were there two searches?

5   A    Generally, when they're that close, you ran one search

6   and then clicked on one of the returns.  So it could have been

7   one search, but then subsequent going through that, there

8   were --

9   Q    Do you see a difference in the spelling of Apricorn

10  between the bottom one and the top one?

11  A    Yes.  Yes, there is.

12  Q    What's the difference?

13  A    The bottom one has no "N" on it.  It's -- c-o-r.  There's

14  no "N".  And the top one has the "N" on it.

15  Q    I'm showing you Government Exhibit 42K from the iPhone.

16  Can you tell the jury where this photograph came from?

17  A    That was from the contacts.  You have a -- you can use a

18  picture of a person in a particular contact to remind you who

19  it is, and this is out of that.

20  Q    Thank you.  And just so the record is clear, the last

21  name of this person is redacted out on 42K?

22  A    Yes, it is.

23  Q    Now, did you also go through the cellular phone that had

24  been seized from Kristen Henry?  Did you do a report on that?

25  A    Yes, I did.

Flately - Direct - Demas                                370

1    Q    Did you do both a Lantern and a Blacklight Report?

2    A    Yes, I did.

3    Q    I'm showing you what's in evidence as Government

4    Exhibit 44A.  It's the screen shot from the Lantern Report.

5    Can you explain to the jury what this is?

6    A    This is the page which depicts the device information.

7    It has --

8    Q    Does that page include the number for the telephone?

9    A    Yes, it includes the model of being an iPhone 4-S.  It

10   includes the phone number.  It says "anonymous."

11   Q    Is it possible to set the phone so the phone number is

12   anonymous?

13   A    Yes, with cell phones in general, the number on the phone

14   doesn't necessarily identify the phone to the network.

15   There's a different number down, if you scroll down a little

16   bit, that says IMSI.  That is what the cellular network refers

17   to it as, so that is the true, in the system's term, phone

18   number.  But the phone number that we use -- since you can

19   change phone numbers on cell phones, the phone number that --

20   it's called the MZ.  The MZ is what the system refers to it

21   as.

22   Q    Directing your attention to what's been marked as

23   Government Exhibit 44C.  Do you see that on the screen?

24   A    Yes, ma'am.

25   Q    Can you tell the jury what we're looking at here?

Flately - Direct - Demas                     371

1   A    This is a Lantern Report of the text message conversation

2   back and forth that was viewed on the other phone as a

3   Blacklight Report.

4   Q    Okay.  And so this is -- what we're looking at now comes

5   from Kristen Henry's phone; is that right?

6   A    Correct.

7   Q    And is the timestamp on that bottom photograph with the

8   Benadryl consistent with the timestamp that was on the report

9   for Mr. Baslan's phone, apart from the time code difference?

10  A    Yes, it is.

11  Q    And is there anything to indicate that this photograph

12  was sent to anybody else on March 19th, 2013?

13  A    No, there is not.

14  Q    If it had been sent to someone else, would you expect to

15  see that picture in the text portion elsewhere in this report?

16  A    Yes, ma'am.

17  Q    Now, did you make an effort to see if you could find GPS

18  information from this photograph that was on Kristen Henry's

19  phone?

20  A    Yes, I did.

21  Q    And were you able to find such information from this

22  photograph?

23  A    Yes, I was.

24  Q    And can you explain for the jury just what that means,

25  GPS information from a photograph?

Flately - Direct - Demas                     372

1   A    Sure.  When you take a picture with an iPhone and a lot

2   of different smart phones, they have a GPS built into them,

3   and they will tag that picture with that GPS information.  So

4   the GPS information you'll find is where that person or where

5   the phone was when the picture was taken.  It does that as

6   part of the functionality of a program that Apple has called

7   iPhoto, where it likes to remind you where you were when you

8   took a particular picture.  You can turn that functionality

9   off, but it's on by default when they give you the phone.

10  Q    Now, Mr. Flatley, I've put on the screen what's in

11  evidence as Government Exhibit 44E.  Can you explain for the

12  jury where the GPS information appears on this section of the

13  Lantern Report?

14  A    If you can make it a tiny bit bigger.

15  Q    Sure.  Is that big enough?

16  A    Yes, that's fine.  So going down from the top, it has the

17  file name, and that's the name of the file as the phone named

18  it, then the time it was taken; the camera that took it, which

19  is an apple iPhone 4-S.  Underneath it says "where," so it

20  tries to tell you what town it was.  It says Gravesend, New

21  York.  I can't really -- it's a little sketchy.  But then

22  underneath that is -- Gravesend, New York.  Then underneath

23  that, it has the actual longitude and latitude coordinates,

24  and it gives you the source of the actual file.

25  Q    And what were those latitude and longitude coordinates?

Flately - Direct - Demas                    373

1    A    40.6070 north by negative 73.9623 west.

2    Q    Now, Agent -- excuse me.  Mr. Flatley, did you then enter

3    these geographical coordinates into a computer to see what

4    came up?

5    A    Yes, we entered it into Google Maps.

6    Q    Putting -- excuse me.  Sorry.  And when you put it into

7    Google Maps, did Google Maps generate a street map?

8    A    Yes, it did.

9              MS. DEMAS:  I'm showing the witness what's been

10   marked as Government Exhibit 36A for identification.

11   Q    Mr. Flatley, do you recognize this document?

12   A    Yes, I do.

13   Q    What is it?

14   A    This is the Google Maps rendering with the coordinates

15   from the picture in it.

16   Q    And did you participate in doing this search?

17   A    Yes, I did.

18             MS. DEMAS:  The government moves Exhibit 36A into

19   evidence.

20             MR. SAVITT:  No objection.

21             THE COURT:  Proceed.  36A in evidence.

22             (Government's Exhibit 36A  was received in

23   evidence.)

24   Q    Now, Mr. Flatley, on Google Maps, can you -- can you tell

25   the jury what we're looking at in 36A?

Flately - Direct - Demas                                    374

1   A    Sure.  This is the rendering of the map that Google Maps

2   made when we put the coordinates in at the top.

3   Q    And is this a street view or a map view?

4   A    This is the map view.

5   Q    Is it possible in Google to then switch to a street view?

6   A    Yes, you just -- there's a little place you -- I don't

7   see it to this screen, but there's a link that you hit, and it

8   will turn it to the street view and will put you basically

9   exactly on that point on the street.

10  Q    Did you do that?  Did you switch to the street view?

11  A    Yes.

12  Q    Putting what's in evidence as -- excuse me.  36B, do you

13  see what we're looking at?

14  A    Yes.  It's a Walgreens drugstore.

15  Q    Is that what came up when you put in those geographical

16  coordinates from the photograph?

17  A    Yes, ma'am.

18  Q    Thank you.  Now, does the Lantern Report pull up Internet

19  history that a user of an iPhone has performed?

20  A    Yes, it does.

21  Q    And I'm going to put on the screen what's in evidence as

22  Government Exhibit 44F, which is a section of the Lantern

23  Report from Kristen Henry's iPhone.  I'm going to zoom out for

24  a second.  Did it show that any Internet searches had been

25  done by Ms. Henry?

Flately - Direct - Demas                              375

1   A    Yes, it does.

2   Q    Okay.  And I'm going to zoom in a little so you can see.

3   Can you read for the jury what was searched and at what time?

4   A    Sure.  There were three searches, one for the Hyatt

5   Hotel, Jersey City; another was a maps search for the same

6   hotel, and the third is for the Hyatt Hotel in Jersey City.

7   Q    And what was the date and time -- what were the dates and

8   times of those searches?

9   A    Make it a tiny bit bigger.

10  Q    Sure.

11  A    Thank you.  March 19th, 2013, at 8:34 p.m. Eastern Time.

12  Q    So were there three separate searches by the second sign

13  different on the searches?

14  A    They were three different searches.

15  Q    Approximately ten seconds apart?

16  A    Correct.

17  Q    And did you click on any of the links for these searches

18  to see what came up?

19  A    Yes, I did.

20  Q    I'm putting Government Exhibit 44G in evidence.  Or,

21  excuse me, it's in evidence.  I'm putting it on the screen.

22       Could you tell the jury what we're looking at now?

23  A    This is a Google Maps rendering of the location of the

24  Hyatt Regency, Jersey City.

25  Q    And Exhibit 44H.  What is this?

1  A    That is the screen -- that is the screen rendering of the

2  return from Google.

3  Q    And does that show what actually came up on Ms. Henry's

4  phone when she did that search?

5  A    Yes.

6  Q    That was the search that was at 8:34 p.m., on

7  March 19th, 2013; is that right?

8  A    Yes, ma'am.

9  Q    Now, switching back to the Blacklight Report, for a

10 second, from the defendant's phone, putting on the screen

11 what's been marked as Government Exhibit 43L, could you tell

12 the jury what we're looking at here?

13 A    It is the contact information for the defendant.

14 Q    And 43M.  Could you tell the jury what we're looking at

15 here?

16 A    It is a rendering of an iMessage chat.

17 Q    Does it show who sent the two messages and who received

18 them?

19 A    Yes, it says the sender was self, and the participants

20 were Jack, Ms. Henry and self.

21 Q    And in these texts, who was the -- what time did these

22 texts occur?

23 A    These texts were sent at 2853 UTC, which would be 16:53,

24 which is 4:00 o'clock, 453.

25 Q    On the second one?

Flately - Direct - Demas                377

1   A    Is 2105 UTC, which is 5:05 in the afternoon.

2   Q    Now, as part of the work that you did in connection with

3   this case, did you examine a Mac Tower?

4   A    Yes, I did.

5   Q    Showing you what's in evidence as Government Exhibit 27,

6   do you see this?

7   A    Yes, I do.

8   Q    Do you recognize this Mac Tower?

9   A    Yes, I do.

10  Q    Did you examine the hard drives on that Mac Tower?

11  A    Yes, I did.

12  Q    Mr. Flatley, do you recognize how many hard drives were

13  on the Mac Tower that you examined?

14  A    There were four, three-terabyte drives installed in the

15  Mac Tower.

16        THE COURT:  We're using all this terminology, and I

17  know there's a lot of people in this room that know exactly

18  what that is, but there may be some folks who, like me, aren't

19  quite certain.  Could you very briefly tell us what you mean

20  by a hard drive.

21        THE WITNESS:  Sure.  A hard drive is the component

22  inside a computer that actually holds things persistently.  It

23  holds on to them as long as you want.  It is a permanent

24  storage device, is what it is.

25  Q    Is it the guts of the computer, sort of?

Flately - Direct - Demas                              378

1  A    The guts, you'd really call is the other -- you know, the

2  actual circuits and everything like that.  This is just the

3  memory, the persistent memory.

4  Q    And what is the tower itself?  I mean, without the hard

5  drives, what does the tower do?

6  A    Pretty much nothing.

7  Q    Is it just a holding device for the hard drives?

8  A    Yeah, it's an interfaced device between the person and

9  the hard drive, basically.

10 Q    And in the old days, like, of Macs -- like the square

11 Macs with the hard drive inside the physical computer?

12        THE COURT:  You're calling that the old days?  I can

13 give you the old days.  Go ahead.

14        THE WITNESS:  Generally, the hard drive has always

15 been inside the computer.

16 Q    But now sometimes you have a screen that can be on a

17 desk, and the hard drive is in this tower; isn't that right?

18 A    Correct.

19 Q    Showing you what's been marked as Government Exhibit 27A,

20 27B, 27C, and 27D.  Do you see these?

21 A    Yes, I do.

22 Q    Can you hold them up for the jury?  Can you explain for

23 the jury what these are?

24 A    Let me flip them over real quick.  These are the hard

25 drives that are -- that I removed from that tower.

Flately - Direct - Demas                                    379

1   Q    I'm sorry.  Mr. Flatley, did you -- I'm sorry.  What are

2   these that you're looking at?

3   A    These are the hard drives that I removed from that tower.

4        MS. DEMAS:  Okay.  The government moves Exhibits 27A

5   through D into evidence.

6        MR. SAVITT:  No objection, your Honor.

7        THE COURT:  For some reason I have it in evidence.

8   They're received.  27A through D, correct?

9        MS. DEMAS:  Yes, sir.

10       (Government's Exhibit 27A through D  were received

11   in evidence.)

12       THE COURT:  Thank you.

13  Q    Did you have to take these hard drives physically out of

14  this Mac Tower?

15  A    Yes.

16  Q    What did you do with the hard drives once you had taken

17  them out of the Mac Tower?

18  A    What I do with every piece of evidence I get, I put two

19  stickers on it, one of which is the bar code number, the

20  unique number that we put on it, then the sticker with the

21  case number, my initials and the date.  On these particular

22  drives, I also placed another sticker which indicates which

23  drive they were in the machine.  So the Mac has the ability of

24  having four drives inside of it, so I labeled each one drive

25  1, drive 2, drive 3, drive 4.

Flately - Direct - Demas                           380

1   Q    And what did you do with these drives once you labeled

2   them and took them out?

3   A    Once I labeled them, I put them into a forensic cloning

4   machine, and I made an exact duplicate copy of them onto

5   another hard drive.

6   Q    Why did you do that?

7   A    With the Mac, you can, what they call, "RAID" drives

8   together, which is you can have more hard drives up -- in this

9   case, up to three hard drives that act as one.  So you can

10  take them all, and instead of you seeing it on your computer

11  as being one three-terabyte hard drive, you'll see it as one,

12  almost nine, terabyte hard drive; you won't see the individual

13  drives.  And it takes that information and it spreads them

14  across those three drives, and the reason for that is in case

15  one of them fails -- because they are physical devices, and

16  they will eventually fail.  So if one of them fails, you can

17  stick in a new drive and it will rebuild that information, and

18  you won't lose that information.

19  Q    But more generally, what was the purpose of creating

20  clones of these drives?

21  A    So in order for me to get the information off that, I

22  have to be able too rebuild that RAID, and I don't want to do

23  it with the original evidence, in case something should

24  accidentally get destroyed or one of the drives should fail.

25  So we try to touch the original evidence as little as

NICOLE CANALES, CSR, RPR

1  possible, so we make a clone or a copy of the first time, and

2  then we leave them alone after that.

3  Q    And then do you work from the clone?

4  A    Yes.

5  Q    I'm showing you what's been marked for identification as

6  Government Exhibits 27E, F, G and H.  Do you recognize these?

7  A    Yes, these are the clones that I made.

8  Q    And did you create those clones using some sort of

9  software?

10  A    No, they were created with a Tableau TD3 Forensic Drive

11  Duplicator.  It's an actual piece of hardware.  It's a small

12  device which copies from one drive to another.

13  Q    Is that duplicator accurate?

14  A    Yes, it is.

15        MS. DEMAS:  The government moves exhibits 27E

16  through H into evidence.

17        MR. SAVITT:  No objection.

18        THE COURT:  Received.

19        (Government's Exhibit 27E through H  were received

20  in evidence.)

21  Q    What does RAID stand for?

22  A    RAID, yes, it stands for Redundant Array of Independent

23  Discs.

24  Q    And you also mentioned terabytes.  What are terabytes?

25  A    An terabyte is a very large amount of storage.  To put it

Flately - Direct - Demas                                    382

1  in a term you could understand, if you were to print out

2  what's on a 1-terabyte drive on 8-and-a-half-by-11 sheets of

3  paper and stacked those papers next to each other, it would

4  create a stack that was approximately 22 miles long.

5          THE COURT:  Wait a second.  One terabyte, if you put

6  individual -- one sheet, is that what you're saying?

7          THE WITNESS:  Yes, sir.

8          THE COURT:  Each sheet next to each other?

9          THE WITNESS:  No, as in on edge.  So if you stack

10 them up and push them together, it would stretch approximately

11 22 miles.

12         THE COURT:  Okay.

13 Q    That's just one terabyte?

14 A    Yes, ma'am.

15 Q    And what's a gigabyte?

16 A    A gigabyte is when -- in terms, a gigabyte is 1,024

17 megabytes.

18 Q    What's a megabyte?

19 A    A thousand and 24 kilobytes.

20 Q    What's a kilobyte?

21 A    A thousand and twenty-four byte.

22 Q    What's a byte?

23 A    A byte is eight-fifths.  A bit is a digital -- a binary

24 digit.

25 Q    What is a binary digit?

Flately - Direct - Demas                          383

1   A    A one or a zero.

2   Q    Is that how computers are coded, at the very fundamental

3   level?

4   A    At the very, very base, yes.

5            MS. DEMAS:  Can I just have it for the witness only?

6            THE CLERK:  Certainly.

7   Q    Mr. Flatley, I put on the screen what's been marked as

8   Government Exhibit 41.  Do you see this?

9   A    Yes, I do.

10  Q    Do you recognize this photograph?

11  A    Yes, I do.

12  Q    What is it?

13  A    It is a picture that I took of the closed files facility

14  that we have in New Jersey.

15  Q    And will using this photograph enable you to explain to

16  the jury the size of the terabyte?

17  A    Yes, it will.

18           MS. DEMAS:  The government moves Exhibit 41 into

19  evidence.

20           MR. SAVITT:  No objection, your Honor.

21           THE COURT:  Twenty-one?

22           MS. DEMAS:  Forty-one.

23           THE COURT:  Forty-one now in evidence.

24           (Government's Exhibit 41  was received in evidence.)

25           MS. DEMAS:  Can we maybe turn the lights down?  I

Flately - Direct - Demas                    384

1   think it's a little dark.

2            THE CLERK:  I'm having a problem.  I cannot dim the

3   lights at the moment.

4            THE COURT:  Let me see if I can dim the lights.

5   Lord knows anything could happen now.  What?  Do I press video

6   conference?

7            THE CLERK:  Yes.

8            THE COURT:  Neither can I dim the lights.

9            MS. DEMAS:  I've looked; I think the jurors can see

10  it all right.

11           THE COURT:  You have your individual monitors.  Do

12  the best you can.

13  Q    Now, Mr. Flatley, can you explain what we're looking at?

14  A    This is the FBI's closed files facility for the New York

15  office, which is out of New Jersey.

16  Q    Did you take the measurements of that closed file office?

17  A    Yes.  The approximate size of the warehouse is two

18  football fields sitting next to each other.  For demonstration

19  purposes, I measured one of the shelves and the -- got out my

20  calculator and figured out that this is approximately

21  nine-and-a-half miles' worth of shelving.

22  Q    So in terms of a terabyte, if you took that whole

23  warehouse, how much would you have?

24  A    You would have two of these warehouses.

25  Q    Two of the warehouses and one terabyte of data?

1   A    Yes, ma'am, approximately.

2   Q    And did you say how big these warehouses are?

3   A    Yes, this warehouse is the size of two football fields

4   next to each other.

5   Q    Now, once you've cloned the drives from that McIntosh

6   hard drive -- excuse me -- from the McIntosh tower, what did

7   you do with the clone drives, to be able to examine what was

8   on the computer?

9   A    I had to place them back into the tower, and boot the

10  tower up into what we call "target fire wire mode," which is a

11  Mac invention, where when you start the computer, you just

12  hold down the "T" key, and that, in essence, turns the

13  computer into just a big hard drive, and you can subsequently

14  connect to it through various connections and use it as if it

15  was just a hard drive.

16  Q    Once you put the clone drives into the Mac Tower, what

17  did you do next?

18  A    Then both -- I was able to see -- take a step back.  Mac

19  only let's you -- since there are four drives available, it

20  has one drive, which is for the operating system, you cannot

21  add that drive to the RAID, you can only add the other three

22  dives.  So, in essence, even though you have four drives in

23  the machine, the machine will tell you that you have two

24  drives in it; one of which was three terabytes in size and the

25  other which was approximately nine terabytes in size.

Flately - Direct - Demas                           386

1   Q    Is that because three of the drives were RAIDed together

2   and acted as one?

3   A    Yes, ma'am.

4   Q    So once those two things popped up on whatever system you

5   were looking at, what did you do with the 3 terabyte drive and

6   the 9-terabyte RAID?

7   A    Imaging something that large is very difficult, just for

8   sheer size reasons.  So having brought the tower up in "target

9   fire wire mode," I connected my TD3 Forensic Drive Duplicator

10  to it, and I created an image of the -- of whatever volume I

11  can see at that point.  Unfortunately, the TD3 doesn't really

12  report too well what you're looking at, especially since there

13  were two different volumes in there.  So it gave me access to

14  the 3-terabyte drive, but it did not give me access to the

15  9-terabyte drive.

16  Q    Did you get access to the 9-terabyte drive eventually?

17  A    Yes, eventually.  Then we had the same setup, where the

18  tower was brought up in "target fire wire mode" and connected

19  to another Mac computer, and a program called "Macquisition"

20  was used to make an image of the 9-terabyte RAID.

21  Q    Were you able to make an image of both of 3-terabyte

22  drive and the 9-terabyte RAID?

23  A    Yes, ma'am.

24  Q    Did you create some sort of report?

25  A    Yes, I did.

Flately - Direct - Demas                    387

1  Q    What is that called?

2  A    Oh, when after we process the -- are you talking about

3  after the entire thing is processed?

4  Q    What's an FTK Report?

5  A    Yes.  FTK, Forensic Tool Kit, is still what we call it,

6  even though it's technically accessed at a lab.  After we

7  process all the information and we choose what is relevant, we

8  export that to whatever it will fit on, a CD, DVD, external

9  hard drive or whatever.  And that is kind of like the

10 Blacklight and Lantern Reports, it's an HGML Report.  It looks

11 like a web page.

12 Q    Once you had generated this FTK Report, what did you do

13 with it?

14 A    It was checked into evidence.

15 Q    Did you examine the contents of the 3-terabyte drive and

16 the 9-terabyte drive using the FTK Report?

17 A    Yes, I did.

18 Q    And does the FTK Report change the data that you pulled

19 off in any way, other than making it viewable?

20 A    No, when accessed at a lab, processes, a piece of

21 evidence, what it does is it looks at that evidence, it looks

22 at the image file of that evidence, and it creates a database

23 where it stores all of the properties and things of that

24 nature in that database.  And any changes you make, as far as,

25 okay, these are all my documents, these are all my pictures,

NICOLE CANALES, CSR, RPR

Flately - Direct - Demas                          388

1    these are all that, it does in that database and never

2    actually touches the evidence, it just looks at it, so to

3    speak.

4    Q    And did you load that FTK Report -- the FTK Report of

5    both the 3-terabyte hard drive and the 9-terabyte hard drive

6    onto its own hard drive?

7    A    Yes, I did.

8    Q    What was the reason for doing that?  Did it fit on a DVD?

9    A    No, it was too large.

10   Q    I'm showing you what's been marked as Government

11   Exhibit 33.  Mr. Flatley, what is on that hard drive?

12   A    On this hard drive is the FTK Reports that I generated

13   for this.

14   Q    For the 9-terabyte RAID on the 3-terabyte hard drive?

15   A    Yes, ma'am.

16        MS. DEMAS:  The government moves Exhibit 33 into

17   evidence.

18        THE COURT:  Thirty-three.

19        MR. SAVITT:  No objection.

20        THE COURT:  Thirty-three is now in evidence.

21        (Government's Exhibit 33  was received in evidence.)

22   Q    Now, I'm going to ask you some questions about specific

23   things on that FTK Report for the 3-terabyte drive.  Okay.

24   A    All right.

25   Q    Showing you what's been marked as Government Exhibit, and

NICOLE CANALES, CSR, RPR

Flately - Direct - Demas                        389

1   is in evidence as Government Exhibit 35I, which is a subpart

2   of the -- why don't you explain to the jury what it's a

3   subpart of?

4   A    This is a what we call a "bookmark," which is when we

5   find something, you make a bookmark of it so you can find it

6   again, and we generate the report off of those bookmarks.

7   This particular file here is a thumbnail, which is a small

8   representation of a picture; and it has the name of it, the

9   size, when it was created and where it was located on the

10  drive.

11  Q    What is the creation date for this -- first of all,

12  please tell the jury what it is that this thumbnail is of.  Is

13  it an image --

14  A    It's a thumbnail of a picture of a woman.

15  Q    And what's the creation date on this thumbnail?

16  A    The created date is November 28th, 2005.

17  Q    Now, can you explain for the jury what a creation date

18  means?  Does it mean that that's when this photograph was

19  taken, or does it mean that that's when this photograph first

20  appeared on this particular computer?

21  A    It's when the photograph came on -- came into existence

22  on this particular volume, this particular drive.

23  Q    Okay.  So if I took a picture a month ago and connected

24  up my iPhone to my computer today, what would the creation

25  date be?

NICOLE CANALES, CSR, RPR

Flately - Direct - Demas                    390

1   A    The creation date on would be the date that you loaded it

2   onto that system.

3   Q    So it would be today?

4   A    Correct.

5   Q    And what, if anything, can you tell from this photograph,

6   based on the creation date, is it possible that it was taken

7   after the creation date?

8   A    If the clock on the computer is correct, then, no.

9   Q    And, I'm sorry, just to be clear, even though this

10  exhibit is marked 35, I just want to be clear that this came

11  from what's in evidence as Exhibit 33.  It's just a marking

12  mechanism.

13          Now, Mr. Flatley, was it possible to click on that

14  thumbnail and get an enlarged version of the photograph?

15  A    Yes.

16          MS. DEMAS:  I'm putting on the screen Government

17  Exhibit 35B, which is a subsection of what's in evidence as

18  Government Exhibit 33.

19  Q    What is this?

20  A    It's an enlarged version of that picture.

21  Q    I'm sorry.  And which hard drive -- was it the 3-terabyte

22  hard drive or the 9-terabyte RAID that this photograph came

23  from?

24  A    This actually came off of the 3-terabyte operating system

25  hard drive.  When I created the actual image, I wasn't sure

NICOLE CANALES, CSR, RPR

1    which volume I was looking at, and I mislabeled it as being

2    the 9 terabyte when it should have been the 3.

3    Q    Is that what appears in the file?

4    A    Yes, ma'am.  If you start at the very beginning, it says

5    9 TD RAID, but what tells me that it was off of the operating

6    system drive is because it has the user's path on it.

7    Q    So that error, that naming error, does that appear

8    throughout this report?

9    A    Yes, it does.

10   Q    But does that error effect your ability to tell what

11   you're actually looking at all?

12   A    No, it does not.

13   Q    What reason, if any -- why did you not then go and rename

14   this entire thing, the 3-terabyte RAID once you realized you'd

15   made that error?

16   A    Because when it makes that particular image, it breaks it

17   down into 2-gigabyte chunks, so there was 1500 2-gigabyte

18   chunks.  So instead of renaming all those 1500 2-gigabyte

19   chunks, just knew that -- you know, made the note that, yes,

20   this is, in fact, just the wrong name on it and moved on from

21   there.

22   Q    Would it be fair to say to rename all of these files

23   would have taken a very long time?

24   A    Yes.

25   Q    Showing you what's in evidence as Government Exhibit 35C,

Flately - Direct - Demas                                      392

1   which is a snippet taken from Government Exhibit 33.  Do you

2   see this?

3   A    Yes, I do.

4   Q    And can you explain to the jury what we're looking at?

5   A    It is a thumbnail image of the defendant's driver's

6   license.

7   Q    Was that saved so this -- and which hard drive was this

8   driver's license saved to, the 3 terabyte or the 9?

9   A    The 3.

10  Q    35D.  Could you explain what this is?

11  A    It's an enlarged version of that thumbnail.

12  Q    Now, when you were going through the 3-terabyte drive and

13  the 9-terabyte RAID, did you find any indications of

14  encryption?

15  A    I did find that the program PGP had been installed.

16  Q    What is PGP?

17  A    PGP stands for Pretty Good Privacy.  It is a program that

18  is designed to encrypt things, which is to -- to make them so

19  you can't view them unless you know the password, or have a

20  key or something along those lines.

21  Q    I'm putting up 35B, which comes from Government

22  Exhibit 33.  Would you explain to the jury what we're looking

23  at?

24  A    This is the PGP private keyring files and the backup.

25  It's three keyrings.

NICOLE CANALES, CSR, RPR

Flately - Direct - Demas                                393

1    Q    And what does it mean that the physical size and logical

2    size are zero of what we're looking at?

3    A    That means that we have -- where the -- for lack -- I

4    like to describe hard drives as if they were a library, so you

5    have the card catalog and you have the books sitting on the

6    shelf.  This would be the card catalog entry for those files,

7    and there's no book on the shelf for that, the file size is

8    zero.

9    Q    Does that mean that PGP was at some point on the

10   3-terabyte drive?

11   A    Yes, it was.

12   Q    But no longer?

13   A    This is -- these are just the keyrings.  I couldn't make

14   that plain without seeing more of the filepath.

15   Q    Showing you Government Exhibit 35F, which also comes from

16   what's in evidence as Government Exhibit 33, could you explain

17   what this is?

18   A    These are more of the keyrings for PGP.

19   Q    Government Exhibit 35G, what is this?

20   A    It is a PDF file of the instructions on how to use PGP.

21   Q    Did you find this on the 3-terabyte drive?

22   A    Yes, we did.

23   Q    And I'm showing you Government Exhibit 35H.  What is

24   that?  Which also comes from, I'm sorry, Government

25   Exhibit 33, which is in evidence?

Flately - Direct - Demas                    394

1   A    It is a folder entitled "contents" from the 3-terabyte

2   drive for a program called Log Me In, The installer.

3   Q    What is Log Me In Installer allow you to do?

4   A    Log Me In is a program that allows you to remotely access

5   computers from another site.

6   Q    For example, if one has a laptop and it's at a location

7   far away, it would enable you to access your home computer

8   through that laptop?

9   A    Yes, it would.

10  Q    Now, when you were examining the 3-terabyte drive and the

11  9-terabyte RAID, did you find encrypted DMG files?

12  A    Yes, I did.

13  Q    Could you explain for the jury what a DMG file is?

14  A    Sure.  A DMG file is a construct in the Mac operating

15  system, which is -- DMG stands for dis image, so it's a file

16  that behaves as if it were an actual disc.  So you go to the

17  disc utility program, and you create a disc image file, and

18  you tell it how big you want it to be or how big you want it

19  to grow to be.  You can also, at that point, encrypt it and

20  protect it with a password.  Then after it creates that file,

21  you can use it just like a disc; you can move files in and

22  out, delete stuff, you can put stuff in.  And that is

23  generally how they do software installs on the Mac platform.

24  They'll give you DMG file.  You click on it twice.  It comes

25  up as a little disc, and then you can take files in and out as

NICOLE CANALES, CSR, RPR

Flately - Direct - Demas                          395

1   you need them.

2   Q    Did you find DMG files on the 3-terabyte hard drive?

3   A    Yes, I did.

4   Q    Were you able to open these DMG files?

5   A    No, I was not.

6   Q    Do you have any idea of what was on these DMG files?

7   A    None at all.

8   Q    Could photographs be on the DMG files?

9   A    Yes.

10  Q    Could videos be on the DMG files?

11  A    Yes.

12  Q    And did you even find these DMG files right away?

13  A    No, I did not.

14  Q    Why is that?

15  A    Generally, that's not something we look for.  Being that

16  it's how programs are transported back and forth, they're

17  generally pretty innocuous.

18  Q    What is an Internet cash?

19  A    When your computer or your browser goes out to the

20  Internet, it doesn't let you view the files directly off the

21  Internet, it downloads those files from the Internet onto your

22  hard drive and then it creates the page off of your hard

23  drive.  The cash is that area of the hard drive where those

24  files are saved.

25  Q    And does the cash -- can the cash show you an image of

NICOLE CANALES, CSR, RPR

Flately - Direct - Demas                          396

1   what you actually looked at on the Internet?

2   A    Yes, it does.

3   Q    Were there also DMG files on the 9-terabyte RAID?

4   A    I don't recall, but I believe there were.  I'm not a

5   hundred percent sure.

6   Q    Did you also examine an Apricorn external hard drive?

7   A    Very briefly.

8   Q    Showing you what's in evidence as Government Exhibit 26.

9   Do you recognize this?  You can open it, if you need to.

10  A    Yes, I do.

11  Q    What is it?

12  A    It is the Apricorn hard drive that was seized from the

13  defendant.

14  Q    Now, did you receive this Apricorn hard drive from the

15  case agent?

16  A    Yes, I did.

17  Q    What did you do with it?

18  A    I pretty much gave it right back to him and told him to

19  send it back to headquarters.

20  Q    Why is that?

21  A    This kind of hardware, there often can be, in essence,

22  boobie traps, destructive programs that might activate if you

23  start examining it and don't know what you're doing.  I am not

24  an expert on encryption or anything like that, so the safest

25  bet was to give it to headquarters.

Flately - Direct - Demas                            397

1   Q    Now, did you receive a decrypted version of this Apricorn

2   hard drive back at any point in time?

3   A    Yes, I did.

4   Q    What did you do with the decrypted Apricorn?

5   A    I handled it just like I handle all of the other evidence

6   I get, marked it, and copied that image off and ran it through

7   FTK.

8   Q    Did you personally review any of the contents of that --

9   excuse me -- any of the contents from the Apricorn drive that

10  you received back just to spot-check it?

11  A    Yes, I did.

12  Q    And did you see any child pornography inside?

13  A    Yes, I did.

14       MS. DEMAS:  Can I take a moment, your Honor?  I have

15  no further questions.

16       THE COURT:  Mr. Savitt, do you have questions of

17  this witness?

18       MR. SAVITT:  Yes, but not too many.

19  CROSS-EXAMINATION

20  BY MR. SAVITT:

21  Q    Mr. Flatley, good morning.

22  A    Good morning.

23  Q    Now, I remember the good ol' days, and I try to keep up

24  with the new days and the not-so-good new days.

25       You told us that one terabyte is essentially enough

1  digital memory to produce 8-and-a-half-by-11 hard copy paper

2  that could fill up two FBI warehouses?

3  A    Yes, sir.

4  Q    Okay.  And when you say that filling up FBI warehouses,

5  as we saw in that photograph when we couldn't dim the lights,

6  are you talking about across the floor or from floor to

7  ceiling?

8  A    Just stacked as you normally would stack on a file

9  cabinet or a shelf.

10 Q    So in other words, from floor to ceiling and all across?

11 A    I think I'm not making myself clear.  It's not all the

12 way to the ceiling or all the way to the floor, it's just what

13 would be usable for a regular person.

14 Q    All right.  So assuming that, and this is a large

15 assumption that I'm a regular person, are you talking about

16 something around five-foot-ten across?

17 A    Yeah, something along those lines.

18 Q    And that's a lot of documents, right?

19 A    It is.

20 Q    And, in fact, you told us that one warehouse of all of

21 these stacked documents would be enough to fill up two

22 football fields of the five-foot-ten across stacked documents;

23 am I right?

24 A    Yes, that's correct.

25 Q    You also told us that if you put papers edge to edge,

1    sort of like I'm holding up two papers, margin to margin, that

2    one terabyte would produce 22 miles of 8-and-a-half-by-11

3    papers, right?

4    A    No, sir.  If they're face-to-face.

5    Q    Face-to-face?

6    A    Yes, sir.

7    Q    So has even much --

8    A    As they're stacked in that photograph, as you would

9    normally --

10   Q    So actually -- you're talking about if it were stacked

11   like this?

12   A    Yes, sir.

13   Q    So eventually we're talking about vertically?

14   A    Correct.

15   Q    Each 8-and-a-half-by-11 stacked right next to each other

16   22 miles' worth in one terabyte; am I correct?

17   A    Approximately, yes, sir.

18   Q    Now, you found in the tower that there was a 3-terabyte

19   operating drive and a 9-terabyte RAID?

20   A    Yes, sir, approximately 9 terabytes.

21   Q    When you say approximately 9 terabytes -- well, what's a

22   RAID?

23   A    A RAID is one disc that acts -- I'm sorry.  Many discs

24   that act as one, so it, in essence, can cap something together

25   so it looks like a larger volume than it is.

Flately - Cross - Savitt                          400

1    Q    So if I can understand -- if I can follow you -- you're

2    probably making yourself clear, but I can't totally follow

3    you.  Does that mean that we have the equivalent of 12

4    terabytes in that tower?

5    A    Yes, sir.

6    Q    And were they -- did you find out that ultimately that

7    they were full of digital images or videos?

8    A    There was a lot of videos and images on there, yes, there

9    was.

10   Q    Of the 12 terabytes, approximately, that were found in

11   the tower, how much of that, percentage wise, were these

12   videos and images, approximately?  I know that you didn't

13   quite analyze it in that fashion.

14   A    I would say predominantly.

15   Q    So predominantly, in the 12 terabytes, we have digital

16   images, we have digital videos, correct?

17   A    Yes, sir.

18   Q    Not too many empty shelves; am I right?

19   A    As far as I can remember, yes, sir.

20   Q    Now, 12 terabytes -- let's just say it's 12 terabytes

21   because it's predominantly, as you recall, full of images and

22   videos, that would be 48 football fields, right?

23   A    Yes, sir.

24   Q    Twelve terabytes would be 264 miles of 8-and-a-half-by-11

25   hard papers, vertically stacked right next to each other as if

1    they were standing like dominos, right?

2    A    Correct.

3    Q    And that's 264 miles; am I correct?

4    A    I didn't do the math, but I'd agree with you.

5    Q    Did you ever analyze how long it would take a human being

6    to look through 248 miles of 8-and-a-half-by-11 hard pages of

7    images?

8    A    The program that we use allows us to categorize things so

9    that you don't have to look through everything, so to speak.

10   So if you are looking for images, for instance, it will boil

11   down, okay, here are your images; if you're looking for

12   videos, here are your videos.  So you can eliminate a lot of

13   items that are not of interest to us.  We also have a thing

14   called the KFF, which is the Known File Filter.  So we have

15   identifying numbers called hash values for a certain programs,

16   for instance.  Like if we have Microsoft Word, for instance,

17   we know for that program what that hash value is.  We have a

18   list of that.  So we can say, you know, this is Microsoft

19   Word, we don't need to look at that; that's just a program, we

20   can exclude that.

21   Q    Understood.  So what percentage of the 264 miles would be

22   digital images or videos?

23   A    I wouldn't really be able to answer that.  That's not a

24   determination that I made.

25   Q    So the answer is you don't know?

Flately - Cross - Savitt                                      402

1   A    Correct.

2   Q    Would is be predominantly?

3   A    Then that's speculation on my part, but I would say there

4   was a lot of pictures and videos.

5   Q    So, in other words, you can't quantify it and you can't

6   tell us how long it would take a person to look through all

7   the digital images and videos?

8              MR. SAVITT:  No further questions.

9              THE COURT:  Anything else?

10             MS. DEMAS:  Just quickly, your Honor.

11  REDIRECT EXAMINATION

12  BY MS. DEMAS:

13  Q    In terms of the videos and images that you were able to

14  review, that means you could get into them, correct?

15  A    Correct.

16  Q    And you don't know how many DMG files were on this

17  computer that you could not get into?

18  A    I could not give you a number, no.

19  Q    There were multiple; is that right?

20  A    Yes.

21  Q    And just to clarify for the jury, what is a hash value?

22  A    A hash value is -- it's an algorithm.  It's a math

23  problem.  So every file on a computer is basically ones and

24  zeros.  What we do to identify that file uniquely is to run it

25  through this math problem, and it generates a very large

NICOLE CANALES, CSR, RPR

1  number that uniquely identifies whatever set of data you're

2  pointing at.  You can point it at one file.  You can point it

3  at a folder.  You can point it at an entire hard drive, and it

4  will generate a number that represents that data uniquely for

5  that set.

6          MS. DEMAS:  Thank you.

7          MR. SAVITT:  Nothing further.  Thank you.

8          THE COURT:  Thank you Mr. Flatley.  Please step

9  down.

10          THE WITNESS:  Thank you.

11          THE COURT:  Let's see.  Next witness, please.

12          MS. DEMAS:  Government calls Jason Abramowitz.

13          THE COURT:  Can I have the name of that witness,

14  please.

15          THE CLERK:  Good morning.

16          THE WITNESS:  Good morning.

17          THE CLERK:  Ask you, sir, to please take the stand

18  and raise your right hand.  Do you swear or affirm that the

19  testimony you shall give in this case, now on trial before

20  this Court and Jury, will be the truth, the whole truth and

21  nothing but the truth, so help you God?

22          THE WITNESS:  Yes.

23          THE CLERK:  Thank you.  Please have a seat.  State

24  and spell your name for the record.

25          THE WITNESS:  Jason Abramowitz, J-a-s-o-n,

1    A-b-r-a-m-o-w-i-t-z.

2                    JASON ABRAMOWITZ,

3    called as a witness, by and on behalf of the government,

4    having been first duly sworn, was examined and testified as

5    follows:

6    DIRECT EXAMINATION

7    BY MR. SMITH:

8    Q    Good morning, Mr. Abramowitz.

9    A    Good morning.

10   Q    Who do you work for?

11   A    Federal Bureau of Investigation.

12   Q    How long have you been with the FBI?

13   A    Twelve years.

14   Q    What's your current title?

15   A    I'm a computer scientist.

16   Q    How long have you been a computer scientist?

17   A    Approximately one month.

18   Q    Before you were a computer scientist, what was your title

19   with the FBI?

20   A    Electronics Engineer.

21   Q    How long were you an Electronics Engineer?

22   A    When I first started with the Bureau, approximately

23   12 years.

24   Q    When you were in your position as Electronics Engineer,

25   were you assigned to a particular unit?

Abramowitz - Direct - Smith                    405

1   A    Yes, I was assigned to CEAU or Crypto Logic Electronics

2   Analysis Unit.

3   Q    What is the function of the Crypto Logic Electronics

4   Analysis Unit?

5   A    We support the field offices with evidence or devices

6   that come in from cases that are -- they're wanting to extract

7   data off these devices, any kind of electronic device,

8   answering machines, hard drives that the field office can't

9   access that data, because of -- it's either encrypted or it

10  has password locks; has some level of functionality that the

11  field office cannot access the data, so they send it up to us

12  in Quantico, which is considered headquarters, to work on

13  these type of devices that the field is not capable of working

14  on.

15  Q    What were your particular duties in that unit?

16  A    I was a forensic examiner.

17  Q    What was your educational background before the FBI?

18  A    Bachelor of Science in Electronics and Electrical

19  Engineer.

20  Q    Did you at some point receive evidence connected to the

21  investigation of Bebars Baslan?

22  A    Yes.

23  Q    Approximately when was that?

24  A    April 5th, around.  I received evidence in our Evidence

25  Control Center that needed to be examined to extract data off.

Abramowitz - Direct - Smith                              406

1    Q     April 5th of 2013?

2    A     That is correct.

3    Q     What type of evidence did you receive at that point?

4    A     I received external hard drive.  It's a USB-connected

5    hard drive, and it had "Keypad" on the front for Internet

6    code, but it was produced by Apricorn.

7    Q     Up at the witness stand is Government Exhibit 26, which

8    is in evidence.  Can you take a look at that?

9    A     Yes.

10   Q     Do you recognize that?

11   A     Yes, I do.

12   Q     What do you see it as?

13   A     This was specimen that was sent in and around that date.

14   I can see my lab number that's written on it, and the cue

15   specimen I wrote on the back of the device and then the hard

16   drive itself is the sub cue number.

17   Q     That device is in several pieces now.  Was it in the same

18   condition when you got it?

19   A     No, when we received it, it was sealed up.  It appeared

20   that it was never opened before, as if it was a new from the

21   factory.

22   Q     Can I take that back from you?

23   A     Yes.  Would you like it in the bag?

24   Q     No.  Doesn't matter.

25          MR. SMITH:  Could you turn on the document camera.

Abramowitz - Direct - Smith                    407

1           THE CLERK:  Certainly.

2    Q    Mr. Abramowitz, after you received this particular piece

3    of evidence, what did you do?

4    A    We went out, and in our group, we had funding.  We

5    purchased a couple of these devices off the market so we could

6    test how the device works.

7    Q    Did you become familiar with the way the device

8    functioned?

9    A    Yes.

10   Q    Can you just explain to us what the pieces of this device

11   are?  I'm going to put up the top piece first.

12   A    That's the external plastic that houses the electronic

13   board and the hard drive itself.  That is the keypad which

14   would display through, on the last plastic piece you showed.

15   So the key pad is a source for the user to enter a code or a

16   password to unlock the device.  And then hanging off the

17   bottom is your standard USB port, and that is what the user

18   would use to plug into the computer to access the data.  If

19   you flip the device over, that is where the hard drive would

20   plug into it, so it has a standard hard drive connection, a

21   sata connection, where the two-and-a-half inch hard drive

22   would connect in.  And then once it's unlocked or a key

23   combination's applied correctly, then the data would transfer

24   through the USB to the computer.

25           And that is the hard drive that contains the data.

Abramowitz - Direct - Smith                    408

1   The data on that hard drive, when it's set up and placed with

2   a code, the data is encrypted or scrambled.  If you looked at

3   it -- if you unplugged this hard drive in the state that it is

4   and plugged it into a computer directly without going through

5   that last board that we were shown, that data would not

6   display.  That data would look like -- we call it garbage data

7   because it is encrypted.  So the device has to be decrypted

8   before viewing.  And in the manufacturer, when it goes through

9   that last board and the correct password is placed in, then

10  the data would be viewable.

11  Q    Can you describe how somebody would use this hard drive

12  just in normal use?

13  A    They would plug it into the computer, either Mac or

14  Windows personal computer.  And the device itself wouldn't

15  display or mount itself like a traditional external hard

16  drive; you wouldn't see all your files.  You put in your key

17  combination, which was configured when you first bought it.

18  Once you actively, on the keypad, place the correct

19  combination in, then the device would mount itself to the

20  desktop and show its files.  But before that, you wouldn't be

21  able to access any of the data.  It's encrypted drive.

22  Q    What are the purposes of encryption?

23  A    It's for security for protection of your data.  So just

24  like if you would put -- if you had a file, an old-standard

25  files cabinet and you put all your data in it, any kind of

NICOLE CANALES, CSR, RPR

1   folders, important folders, then you would turn the key and

2   make sure no one else could get into that file cabinet.

3   Q     Are there different types of encryption?

4   A     Yes.  There's software encryption, and that is where the

5   encryption is being done in the operating system.  Some of the

6   operating systems, like Windows and Mac have.  They're a

7   built-in bit locker, where it encrypts and decrypts on the

8   system.  There's hardware encryption, like this device, so all

9   the encryption and decryption is not done in the operating

10  system or on the Windows PC.  It is done on the device.  There

11  are little chips on there that are processors, and it has

12  memory, and that is what is doing the encryption and

13  decryption.  And the operating system doesn't recognize or

14  really see a difference, because once something is keyed in on

15  the device itself, it just accesses it as normal.

16  Q     Just putting the device back up, does -- black spots on

17  the right side, are those where the chips are located that

18  actually have the technology that would decrypt and encrypt

19  the data on this hard drive?

20  A     That is correct.  The manufacturer -- everyone, when they

21  make a product like that, for sensitivity and security, they

22  usually put -- this had as an Epoxy coding over the chips, so

23  one of the chips would be the processor, the other one would

24  be a ram chip.  So it limits the amount of tampering so

25  someone can get into the device and probe it.

Abramowitz - Direct - Smith                    410

1   Q    So the Epoxy is to prevent someone from looking at the

2   chips themselves?

3   A    That is correct.

4   Q    Now, after you received this device, in connection with

5   this case, and then got those other devices, what did you do?

6   A    Well, that drive itself that I talked about earlier,

7   about having garbage data or unrecognizable data if you didn't

8   have the combination, that is still the original evidence.  So

9   to preserve that evidence, I made a clone of that drive, so

10  that entails a copying safe sectors from the beginning of the

11  drive sector zero, to the end of the drive onto another drive

12  so I could preserve it.  So any of the work we're doing on

13  that hard drive would have been done on this other hard drive.

14  That other hard drive I labeled or gave it a label of working

15  copy of Q1.1, because the original was Q1.1.

16  Q    Just for clarity, you took this device that we just

17  looked at out of the Apricorn hard drive and copied that over

18  to another one?

19  A    That is correct, and it was, like I stated, in a clone or

20  bit, sector-to-sector copy.

21  Q    What did you do with that cloned copy?

22  A    I transferred that copy to another person in our unit,

23  and his name is Dr. Boudaoud, and I also, at the same time,

24  gave him another hard drive, which I labeled -- which was

25  called a "wipe drive."  So I took another hard drive and then

Abramowitz - Direct - Smith                    411

1   cleared out the data, to make sure there's no remnants on

2   there.  And I gave that also to Dr. Boudaoud.

3   Q    Did you ultimately receive anything back from

4   Dr. Boudaoud?

5   A    Yes, I received the working copy of Q1.1 back.  Then I

6   also received that white copy back, but he had added data on

7   onto it.  He decrypted the Q -- working copy of Q1.1 and

8   placed that data -- or decrypted that data onto that other

9   drive I gave him that was previously wiped.  I then when I

10  received that drive, I labeled that one working copy of

11  decrypted data Q1.1.

12  Q    What did you do after you had the working copy of the

13  decrypted data?

14  A    I then -- I imaged that drive.  Imaging is somewhat

15  differently than cloning.  It allows me to make exact

16  duplicate of that drive but as an imaged file.  So instead of

17  sector-to-sector copy, it is a sector to file copy, which

18  allows me to put verification or hashing to preserve the data.

19  So this drive was now imaged up to another drive, which I call

20  "Derivative Evidence 1" or DE1.  This drive contains images,

21  files of that decrypted data.  The purpose of making this is

22  it gives me a hash set or a verification, so anyone else who

23  works on this drive later can verify that my data has not

24  changed, because once data is changed, just one little of bit

25  data change, one bit out of billions of bites will change that

1    hash tag, so it's a process that we call "verification."

2    Q    Let me show you Government Exhibit 32 for identification.

3    You can take a look?  You can take it out of the box?

4    A    Okay.

5    Q    Do you recognize Government Exhibit 32?

6    A    Yes.  It has my lab number, case ID, and states DE1, all

7    written by myself.

8    Q    Is that the DE1 you were talking about a moment ago?

9    A    Yes.  This is the hard drive that contains imaged files

10   of the encrypted data from that original Q1.

11        MS. DEMAS:  The government offers Government

12   Exhibit 32.

13        THE COURT:  Any objection?

14        MR. SAVITT:  No.

15        THE COURT:  Thirty-two in evidence.

16        (Government's Exhibit 32  was received in evidence.)

17   Q    Mr. Abramowitz, after you received the decrypted data

18   back, did you take any further steps regarding that data?

19   A    I was asked to look at a few files, I guess, for a

20   hearing that was coming up at that point in time.

21   Q    And what was the nature of those files?

22   A    I looked at all the data on it, the file system and the

23   file names.  But all the files had conformed to child

24   pornography file names, stating a sex of, say, a year, like,

25   say the file looked at was 8 YO, so eight year old.  And then

Abramowitz - Direct - Smith                    413

1   it had, like, female, a description of what the file would be

2   inside, so --

3   Q    Did you ultimately look at a couple of files?

4   A    I was told to look at and verify two files for this

5   special hearing, to verify that, indeed, this derivative

6   evidence contained child pornography.

7   Q    Were the files you looked at child pornography?

8   A    Yes.

9   Q    What did you ultimately do with this drive Government

10  Exhibit 32?

11  A    It was only put back into our evidence control in

12  Quantico with the original Q1 evidence and then sent back to

13  the New York field office.

14          MS. DEMAS:  No further questions.

15          THE COURT:  Mr. Savitt, any questions?

16          MR. SAVITT:  No, your Honor.

17          THE COURT:  Thank you, sir.  You may step down,

18  Mr. Abramowitz.

19          THE WITNESS:  Thank you.

20          THE COURT:  Next witness.

21          MS. DEMAS:  Your Honor, our next witness is in

22  route.  We ask -- she will be here in about five minutes.  We

23  suggest that in light of that fact, maybe right now would be a

24  good time for the morning break.

25          THE COURT:  And if I don't adopt your suggestion?

1          MS. DEMAS:  I suppose we can all wait.

2          THE COURT:  Let's hope she's in route and close by.

3          We'll take a morning break, folks.  Don't discuss

4    the case.

5               (Outside the presence of the jury.)

6          THE COURT:  All right.  Do you have a fix on him?

7          MS. DEMAS:  She's on her way with the agent right

8    now.

9          THE COURT:  From Omaha or --

10         MS. DEMAS:  No, from Downtown Brooklyn.

11         MR. SMITH:  Just to note, we sent an agent to

12   collect her approximately an hour-and-a-half ago, so it's a

13   bit of a process.

14         THE COURT:  And who is this, now?

15         MR. SMITH:  Cortney.

16         MS. DEMAS:  Your Honor, our final witness is

17   arriving at noon on a train from Pen Station.  We don't expect

18   him to be here until 1:00.  We made him move his schedule

19   around to get here.  That was the earliest we could.  Once

20   we're finished with this witness, in order to avoid delaying

21   the jury further, we suggest an early lunch today and that way

22   the witness will be the stand by the time they get back, and

23   that will be the rest of the government's case.

24         THE COURT:  We have to stop at 4:00 today, so I hope

25   we can get it all in.

1          MR. SMITH:  We can get him done by 4:00.

2          THE COURT:  All right.

3          MR. SMITH:  Thank you.

4                         (Recess.)

5          (Proceedings continued on the following page.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PROCEEDINGS                                    416

1           THE COURT:  Where is Ms. Demas?                    01:45

2           MR. SMITH:  She was E-mailing the agent with the   01:45

3   witness and they indicated she pulled in, so she went to get  01:45

4   the agent with the witness to try to get her up here as   01:45

5   quickly as possible.                                        01:45

6           THE COURT:  Where is Mr. Savitt?                    01:45

7           COURTROOM DEPUTY:  Is Mr. Savitt in the back with   01:45

8   his client?                                                 01:45

9           THE COURT:  No.  The client is right there.         01:45

10          COURTROOM DEPUTY:  Okay.                             01:45

11          (Mr. Savitt entered the courtroom.)                 01:46

12          THE COURT:  All right.  Gentleman, why we wait for  01:46

13  the witness, I think Ms. Mulqueen has already alerted you to  01:46

14  our concern about these exhibits that are coming in,        01:46

15  multiple-part exhibits.  For example, 33 is one -- it's got  01:46

16  all these subparts.  No, not 33, 25.  When you are offering  01:47

17  an exhibit, 25, and it has multiple subparts going all the  01:47

18  way up to YY -- yesterday, it seemed to me that all of that  01:47

19  was admitted because during the examination, the attorney   01:47

20  either you or Ms. Demas dealt with specific subparts of 25   01:47

21  such as YY, for example.  So -- and yet, on another         01:47

22  instance, 35-A through I.  Are they all now in evidence?    01:47

23  Usually when we --                                          01:48

24          MR. SMITH:  I think Ms. Demas meant to move them    01:48

25  into evidence.  Exhibits 35-A through I are all a subset of  01:48

PROCEEDINGS                417

1   Exhibit 33, which was a numbering error.  Normally, we would          01:48
2   number them 33-A through I. So we'll look over our list and           01:48
3   clarify, but we can offer those subparts.                             01:48
4            THE COURT:  I want to make sure our record is                01:48
5   clear.  Your colleague here as an opportunity to weigh in if          01:48
6   we disagrees.  Are we ready to go, Ms. Demas?                         01:48
7            (Ms. Demas entered the courtroom.)                           01:48
8            MS. DEMAS:  I'm sorry, the witness is in the                 01:48
9   bathroom, she'll be here as soon as she's out of the                  01:48
10  bathroom.                                                             01:48
11           THE COURT:  That could be another half hour.                 01:48
12           MS. DEMAS:  No, I don't anticipate that.                     01:48
13  Understandably, your Honor, the witness is very nervous.              01:48
14           THE COURT:  Okay.  I can understand.                         01:48
15           I take it that you don't request a clarifying                01:49
16  limited instruction of any sort regarding this woman's                01:49
17  testimony?                                                            01:49
18           MR. SAVITT:  No.  Thank you.  I just wanted to               01:49
19  clarify with my colleagues from the prosecution what                  01:49
20  exhibits we're talking about, just to remind me.                      01:49
21           MS. DEMAS:  That were just used?                             01:49
22           MR. SAVITT:  The 35-A through E, I believe.                  01:49
23           MS. DEMAS:  It was 35-A through I, they were all             01:49
24  saved that were pulled off of the three terabyte Mac drive.           01:49
25           MR. SAVITT:  So it was 35-A through I?                       01:49

PROCEEDINGS                              418

1        MS. DEMAS:  Yes.  Let me just double check.                01:49

2        THE COURT:  I have them in evidence.                       01:49

3        MS. DEMAS:  I'm sorry?                                     01:49

4        THE COURT:  I have them in evidence.                       01:49

5        MS. DEMAS:  Right.  Because I said on the record           01:49

6   they were all subparts of Exhibit 33, which was in evidence.   01:49

7        THE COURT:  In that instance you did.                      01:49

8        MR. SAVITT:  And I have no objection to there -- I         01:49

9   mean, they're all already received, but I didn't have an       01:49

10  objection to it.                                                01:50

11       THE COURT:  I want to make sure that we're all on          01:50

12  the same page, so go through them all with Ellie.               01:50

13       MS. DEMAS:  All right.                                     01:50

14       THE COURT:  All right.  You still expect that it           01:50

15  may be necessary to take an early lunch?                        01:50

16       MR. SMITH:  Your Honor, we've actually got two             01:50

17  witnesses after this one.  We have the computer science         01:50

18  technician who encrypted the hard drive, and we have an         01:50

19  agent who will testify about its contents.  We asked the        01:50

20  agents to come now so we can take them out of order.  And       01:50

21  essentially, all of her testimony, or at least a substantial    01:50

22  portion, relates to things that, you know, his testimony is     01:50

23  necessary for, but we can ask that it be admitted subject to    01:50

24  that connection.                                                01:50

25       THE COURT:  I don't mind taking an early lunch, I          01:50

CORTNEY - DIRECT/MS. DEMAS                    419

1   just want to know what I'm doing.  You tell me, when we                01:50

2   finish with this witness.  It's only ten after 11 now.                01:50

3           MR. SMITH:  I think if we make it past the noon               01:51

4   hour, then I think we would ask that we just take an early            01:51

5   lunch, and then we'll line up our witnesses and we'll be              01:51

6   done well in advance of four.                                         01:51

7           THE COURT:  All right.                                        01:51

8           (Jury is in the courtroom at 11:17 a.m.)                      01:55

9           (Witness takes the stand.)                                    01:55

10          THE COURT:  All right.  Please be seated everyone.            01:55

11  Will you announce your witness, please, Ms. Demas.                    01:55

12          MS. DEMAS:  The government calls Cortney to the               01:56

13  stand.                                                                01:56

14                                                                        01:56

15  **CORTNEY**, called by the Government, having been first duly

16  sworn, was examined and testified as follows:

17                                                                        01:56

18          COURTROOM DEPUTY:  Thank you.  Please have a seat.            01:56

19          THE COURT:  All right.  Ms. Demas?                            01:56

20  DIRECT EXAMINATION

21  BY MS. DEMAS:

22  Q    Good morning.                                                    01:56

23  A    Morning.                                                         01:56

24  Q    Can you say your first name for the jury, please.                01:56

25  A    Yes, it's Cortney.                                               01:56

CORTNEY - DIRECT/MS. DEMAS                    420

1   Q    How do you spell that?                                    01:56

2   A    C-o-r-t-n-e-y.                                            01:56

3   Q    How old are you?                                          01:56

4   A    24 years old.                                             01:56

5   Q    Where did you live when you were 14 to 16 years old?     01:56

6   A    I lived in the Buffalo area.                             01:56

7   Q    Do you know the defendant, Bebars Baslan?                01:56

8   A    Yes, I do.                                                01:56

9   Q    Do you see him in the courtroom?                          01:56

10  A    Yes.                                                      01:56

11  Q    Could you please indicate who the defendant is based on  01:56

12  where he's sitting and what he's wearing?                     01:56

13  A    He's wearing a suit and he's right there (indicating).   01:57

14        MS. DEMAS:  For the record, the witness has            01:57

15  indicated the defendant.                                      01:57

16        THE COURT:  All right.                                  01:57

17  Q    When did you first meet the defendant?                   01:57

18  A    When I was 15 years old.                                 01:57

19  Q    And what year was that, do you remember?                 01:57

20  A    2005.                                                     01:57

21  Q    And in what context did you first meet the defendant?    01:57

22  A    Through a photo shoot.                                    01:57

23  Q    And could you just explain for the jury how that photo   01:57

24  shoot came about?                                             01:57

25  A    There was a Hunter's Hope Beauty Pageant in 2005, the    01:57

CORTNEY - DIRECT/MS. DEMAS                    421

1    summer of, in Buffalo, New York, and my best friend at the          01:57
2    time had won the prize and it was a professional photo shoot        01:57
3    with Mr. Baslan.                                                    01:57
4    Q    Without saying the last name, what is the first name of        01:57
5    this friend of yours who won the beauty pageant?                    01:57
6    A    Andrea.                                                        01:57
7    Q    And did you go with Andrea to any photo shoots?                01:57
8    A    Yes.                                                           01:58
9    Q    Either photo shoot or photo shoots that the defendant         01:58
10   did?                                                                01:58
11   A    Yes, I did.                                                    01:58
12   Q    And by the way, did you also complete in the Hunter's         01:58
13   Hope Beauty Pageant?                                                01:58
14   A    Yes, I did.                                                    01:58
15   Q    How old was Andrea at the time of the Hunter's Hope           01:58
16   Beauty Pageant?                                                     01:58
17   A    She was 14.                                                    01:58
18   Q    And when did Andrea turn 15?  Just give me the month of       01:58
19   that year, 2005.                                                    01:58
20   A    You know, I honestly don't even -- can't even think of        01:58
21   the actual month of her birthday right now.                        01:58
22   Q    Now, can you explain for the jury how it is that you          01:58
23   came to go to a photo shoot with Andrea that involved the          01:58
24   defendant?                                                          01:58
25   A    Andrea called me and invited me, because she also knew        01:58

CORTNEY - DIRECT/MS. DEMAS                422

1    that modeling was something I was very, very interested in          01:58

2    and passionate about.          01:59

3    Q    Where did the photo shoot take place?          01:59

4    A    Downtown Buffalo, on Main and Tupper, which are          01:59

5    streets.          01:59

6    Q    Main Street and Tupper Street?          01:59

7    A    Yes.          01:59

8    Q    What kind of space did the photo shoot take place in?          01:59

9    A    In a spacious photography studio.          01:59

10    Q    Do you know what the studio belonged to?          01:59

11    A    Mr. Baslan.          01:59

12    Q    How do you know that?          01:59

13    A    It was his.  His name was also on the door.          01:59

14    Q    Who was there for the photo shoot?          01:59

15    A    Andrea, myself and Mr. Baslan.          01:59

16    Q    How old were you at the time?          01:59

17    A    15 years old.          01:59

18    Q    How old was Andrea?          01:59

19    A    14.          01:59

20    Q    And at what time of year did the photo shoot take          01:59

21    place; summer, fall, winter?          01:59

22    A    Summer.          01:59

23    Q    Can you explain to the jury what happened at this photo          01:59

24    shoot?          01:59

25    A    Yes.  I arrived at the photo shoot with two suitcases          01:59

CORTNEY - DIRECT/MS. DEMAS                 423

1    with clothes, like, wardrobe you bring to photo shoots, it's       02:00
2    common, and as I was changing into different outfits, at the      02:00
3    time I walked over to the far side of the studio where there      02:00
4    was a backdrop and a couch, where then I witnessed               02:00
5    Mr. Baslan being sexually intimate with Andrea.                  02:00
6    Q    What did you do mean by that?                                02:00
7    A    By being sexually intimate?                                  02:00
8    Q    Yes.                                                          02:00
9    A    I mean fondling, touching, kissing with tongue,              02:00
10   caressing.                                                        02:00
11   Q    Fondling which parts of her body?  I'm sorry it's            02:00
12   specific, it's just so the jury can understand.                   02:00
13   A    Private parts; breasts, you know, maybe groping and          02:00
14   caressing her vagina.                                             02:00
15   Q    What happened during the actual photo shoot?                 02:01
16   A    Mr. Baslan had an idea for a shoot, and in this shoot        02:01
17   he suggested and dressed us in cutoff beaters, which is an       02:01
18   -- it's an undergarment, tank top, but now, it's cut shorter     02:01
19   and it's white.  And then, also, little white underwear,         02:01
20   they were not thongs, but they were a little bit shear.  And     02:01
21   at this point we were instructed to go into the bathroom,        02:01
22   which is also on the far end opposite the door that you walk     02:01
23   in to enter, and the bathroom is also facing -- you're in        02:01
24   the back room with the door opened, standing there you could     02:01
25   see the backdrop where the couch is.  So he dumped water on      02:01

CORTNEY - DIRECT/MS. DEMAS                    424

1    us which made our garments see-through, completely, and          02:01
2    directed us in which ways to pose.                               02:02
3    Q    How did he direct you to pose?                              02:02
4    A    Sexually explicit content.                                  02:02
5    Q    Explain for the jury what you mean by that.                 02:02
6    A    Okay.  One pose that stuck in my head specifically is       02:02
7    one where Andrea was sitting propped up on the counter, we       02:02
8    were both wet, mind you, and barely anything, and her legs       02:02
9    are opened, I'm on my knees, and my face is between her legs     02:02
10   implying oral sex.                                               02:02
11   Q    But you were both fully clothed?                            02:02
12   A    Well, underwear.  We had underwear on, yes.                 02:02
13   Q    Did the defendant take photographs while you were doing     02:02
14   those poses?                                                     02:02
15   A    Yes.                                                        02:02
16   Q    Had you done any modeling shoots or anything like that      02:02
17   before this?                                                     02:02
18   A    No, this was my first.                                      02:02
19   Q    Did you know what to expect?                                02:02
20   A    Not at all.  I was just a young woman with a dream.         02:02
21   Q    Any other poses that you did with your friend Andrea,       02:03
22   did you come up with those ideas on your own?                    02:03
23   A    I'm sure we were, you know, playing a little bit, but       02:03
24   playing -- I'm sorry, I should probably make that a little       02:03
25   more clear, I apologize.  You know, we would chitchat a          02:03

CORTNEY - DIRECT/MS. DEMAS                    425

1    little bit in between, but no, as far as poses, we were          02:03
2    instructed on how to pose by Mr. Baslan.                        02:03
3    Q    Did you ever see photos from this particular shoot?        02:03
4    A    Not all of them, but I did see some.                       02:03
5    Q    When did you see them for the first time?                  02:03
6    A    For the first time, it was actually after the events      02:03
7    that I just discussed in the studio, that first shoot,         02:03
8    before we left.  He pulled them up on his computer, one of     02:03
9    many, and showed us a few pictures, just raw ones from the     02:04
10   camera, and also photoshopped one at that time in front of     02:04
11   us, too.                                                       02:04
12   Q    Can you explain for the jury how the defendant            02:04
13   photoshopped those pictures or the one you saw?                02:04
14   A    Yes, of course.  I -- it came off after it was           02:04
15   photoshopped, it was a head shot of me.  Now, my head is      02:04
16   wet, and it's also from the same shoot where they were        02:04
17   wearing the cutoff see-through tank and the little undies     02:04
18   and -- I'm sorry, can you -- I'm sorry, can you?              02:04
19   Q    Sure.  Can you explain for the jury what the defendant   02:04
20   did to photoshop the picture that you're talking about?       02:04
21   A    Yes.  Yes.  Sorry.  Okay.  Yes.  He -- okay.  In the     02:04
22   picture it was me, okay, and, you know, my hair is wet, and   02:04
23   Andrea was actually biting my neck, her lips were right       02:04
24   here.  Now, to show the pictures -- obviously, he didn't      02:05
25   want her parents to see or mine, because -- for obvious       02:05

CORTNEY - DIRECT/MS. DEMAS                      426

1  reasons, obviously, he must have known it was inappropriate,      02:05

2  and I was afraid to, but he photoshopped her mouth right          02:05

3  out, so it looks like it's just a picture of me.                  02:05

4  Q    Is there anything about that particular photograph that      02:05

5  you also remember?                                                02:05

6  A    Yes.                                                         02:05

7  Q    What?                                                        02:05

8  A    Ms. Baslan is in my eyes.                                    02:05

9  Q    Can you please explain that for the jury.                    02:05

10  A    If you look into my eyes in the picture, you can see        02:05

11  Ms. Baslan's silhouette and tripod right in front of me.        02:05

12  Q    On the day of this photo shoot, did you do anything         02:05

13  else with the defendant that you remember?  What happened        02:05

14  afterwards?                                                       02:05

15  A    He took me to get my first falafel.                         02:05

16  Q    What's a falafel?                                           02:05

17  A    It's chickpeas ground up in a wrap with other yummy         02:05

18  stuff.  I'm sorry, I don't know what makes one, but it's        02:05

19  just delicious.                                                  02:06

20  Q    Now, and how did you get home that day?                     02:06

21  A    Mr. Baslan dropped Andrea and I back off at her house,      02:06

22  and my mother picked me up from her house.                       02:06

23  Q    Were there times when you were 15 when you spent the        02:06

24  night at Andrea's house?                                         02:06

25  A    Yes.                                                         02:06

CORTNEY - DIRECT/MS. DEMAS                427

1    Q    Did there ever come a time when the defendant came over

2    to Andrea's house when you were guys were having a

3    sleepover?

4    A    Yes.

5    Q    When approximately did that happen?

6    A    That happened not far after, I would like to say maybe

7    a month or two out of -- out of the first initial shoot.

8         Andrea and I were having a sleepover, being kids,

9    you know what I mean, giggling, laying in her bed, just

10   goofing off, we didn't have the lights off, we were

11   laughing.  You know how you laugh with somebody, it feels --

12   that's what we were doing.

13        And her parents were both downstairs, because her

14   bedroom is upstairs in her house, okay, upstairs on the far

15   side.  Her parents were downstairs, and Mr. Baslan came

16   over.  I heard him greeting her parents downstairs, that's

17   how I knew he was there, from upstairs.  And he came

18   upstairs and he knelt down on the bed in the dark with the

19   door open where we're still both laying and penetrated both

20   of us at the same time with his fingers.  It lasted less

21   than a minute, and then he was gone.

22   Q    Did you -- and did the defendant say anything to you

23   while that was happening?

24   A    Shhhh.

25   Q    Did you and Andrea discuss what had happened when he

CORTNEY - DIRECT/MS. DEMAS                    428

1   left?

2   A    You know, she looked to me like she felt like it was

3   normal almost, but I was in shock.

4          Something else that might strike some relevance is

5   I was in love with Andrea at the time, she was my first girl

6   crush, like, she was the coolest person I had ever met.  I

7   wanted to almost go along with anything she would do,

8   because I wanted to impress her, and it's not something that

9   we discussed after that happened.  I think we were both just

10  confused and more afraid of getting in trouble ourselves

11  somehow.

12  Q    How old were you at the time of this sleepover?

13  A    I was 15.

14  Q    How old was Andrea, do you remember?

15  A    She may have just turned 15.

16  Q    Now, did you continue to see Mr. Baslan, the defendant,

17  when you were 15 years old?

18  A    Yes, I did.

19  Q    And how come?

20  A    He made promises to me.  I really wanted nothing more

21  than to make my family proud and fulfill my passion and my

22  dream of being a model, you know, and he did take these

23  beautiful pictures, and he did introduce me to other people

24  and -- I mean, I didn't get any lucrative work from

25  Mr. Baslan, but, you know, at the time, in my age and -- I

02:07
02:07
02:07
02:08
02:08
02:08
02:08
02:08
02:08
02:08
02:08
02:08
02:08
02:08
02:08
02:08
02:08
02:08
02:08
02:08
02:09
02:09
02:09
02:09
02:09

CORTNEY - DIRECT/MS. DEMAS                          429

1    mean, I would know better now, but then I didn't, and it was          02:09

2    promises.  And I really just wanted to just -- I felt like           02:09

3    if I just grinned and beared it, then, you know, I could             02:09

4    finally make it and make my dream come true and...                   02:09

5    Q    Could you describe -- did you do more photo shoots with         02:09

6    the defendant during this time?                                      02:09

7    A    Yes, I did.                                                      02:09

8    Q    Can you just describe generally the types of photo             02:09

9    shoots you did with him?                                             02:09

10   A    Yes, I can.  Some of the types of photo shoots -- I            02:09

11   mean, we did all sorts of different kinds of photo shoots.           02:09

12   A lot of them were, you know, you know, some implied nudes,          02:09

13   I was topless, covering my nipples, but obviously, if -- I'm         02:10

14   sorry, may I just?                                                   02:10

15   Q    Sure.  Take a drink of water.                                   02:10

16   A    Okay.  Okay.  Can you just?                                     02:10

17   Q    Sure.  Can you describe for the jury generally the type        02:10

18   of photo shoots you did with the defendant?                         02:10

19   A    Yes, I can.  The types of photo shoots that I did with         02:10

20   the defendant were what he would consider high fashion.              02:10

21   Now, high fashion is usually -- I mean, it could be                  02:10

22   anything, really, these days, but, you know, wearing things,        02:10

23   but usually, like, wearing clothes, right, and the lighting,        02:10

24   it's all about, like, how the lighting is, and the wardrobe         02:10

25   and whatnot, that's kind of what deciphers, you know,               02:10

1   photography.                                                          02:10

2          So we did a lot of implied nudes, a lot of, you               02:10

3   know, stuff just in my undies and bras, and he told me they          02:11

4   were artistic.                                                       02:11

5          At one point we did a photo shoot where I was                 02:11

6   wearing a black -- I was topless.  I had little itty bitty           02:11

7   bottoms on, like thongs, to make it look like I had nothing          02:11

8   on, and he wanted to call this one sadness.  That's what he          02:11

9   actually named that series.  He told me that he wanted to            02:11

10  get it into an art gallery, which is obviously something             02:11

11  that if I heard at my age would excite me to have my photos          02:11

12  in a gallery somewhere in New York, you know, that's what I          02:11

13  thought.  That's what I thought.                                     02:11

14  Q    Did you ever go to a bar with the defendant?                    02:11

15  A    Yes, I did.                                                     02:11

16  Q    Did you go to a bar called Faherty's in downtown               02:11

17  Buffalo?                                                             02:11

18  A    Yes, on Elmwood.                                                02:11

19  Q    Do you remember how old you were at that time?                  02:11

20  A    Yes, I would be getting ready to turn 16 in a couple of         02:11

21  months, so it was like the fall.                                     02:12

22  Q    Now, before you went to this bar with the defendant,           02:12

23  had you had any conversations with him about your childhood?         02:12

24  A    Yes.                                                            02:12

25  Q    What did you tell the defendant about your childhood            02:12

CORTNEY - DIRECT/MS. DEMAS                431

1   and explain why you told him this?                          02:12

2   A    I feel I should explain why first, so you understand   02:12

3   why I felt I could open up.                                 02:12

4        Mr. Baslan had told my mom, who at the time was a      02:12

5   single mother struggling, you know, and I was a young,      02:12

6   growing up, blossoming young woman, you know, a young lady, 02:12

7   I was a kid, but complicated, you know, like all girls go   02:12

8   through that phase, I'm sure.  And Mr. Baslan told my mom   02:12

9   that he and his father both had experience in child         02:12

10  psychiatry.                                                 02:12

11       So my mom thought it would be suitable and safe to     02:13

12  talk to him about things, that I wouldn't talk to her about, 02:13

13  so I opened up about some of my darkest, hardest things to  02:13

14  talk about and -- would you like me to share?               02:13

15  Q    Sure, please.                                          02:13

16  A    When I was seven years old up until age ten I was      02:13

17  molested by my aunt's husband, which would have been my     02:13

18  uncle, and it went on for years.  I talked to him about     02:13

19  that.                                                       02:13

20  Q    You told the defendant about that?                     02:13

21  A    Yeah.                                                   02:13

22  Q    Did he give you any advice?                            02:13

23  A    He said that some people are just sick.  It didn't make 02:13

24  me feel better to hear that, but, I mean, that's the answer 02:13

25  I got.                                                      02:13

CORTNEY - DIRECT/MS. DEMAS                    432

1   Q    And when had you told the defendant about your past          02:13

2   abuse in relation to the time that you went to this bar           02:14

3   Faherty's?                                                        02:14

4   A    Beforehand.  Not the same exact night, but definitely       02:14

5   within a couple of days before we had a sit down talk.            02:14

6   Q    And what was the purpose of going to this bar with the       02:14

7   defendant?                                                        02:14

8   A    He knew I was stressed out, you know, under a lot of         02:14

9   pressure.  I had also had to dump my boyfriend, he told me        02:14

10  to, and I was a little upset about that, too.  He felt it         02:14

11  would be a way for me to unwind, I guess, you know, and I         02:14

12  had never been to a bar before, you know, maybe sipped            02:14

13  champagne a couple of times in my life when I was younger,        02:14

14  New Year's with my mom or something, but I wasn't a drinker,      02:14

15  I wasn't into any of that, you know.                             02:14

16  Q    What happened when you got to Faherty's, can you walk        02:14

17  the jury through it step-by-step?                                 02:14

18  A    Sure, yes.  Well, Faherty's is a bar, bar/restaurant,        02:14

19  but mainly a bar, people mainly just go there to drink, and       02:15

20  it's on Elmwood, which is a busy, popular -- it's like a          02:15

21  little village town in Buffalo, New York.  And so we're           02:15

22  walking up to the door -- now, mind you, I'm clearly not of       02:15

23  age, I'm not even 18, I'm not even 17, you know what I mean,      02:15

24  I'm 15 going on 16.  They're going to card.  Bebars --           02:15

25  sorry, Mr. Baslan instructed me to go to the lavatory while       02:15

CORTNEY - DIRECT/MS. DEMAS                    433

1  he ordered the drinks so there wouldn't be any problems, and    02:15

2  I walked back to the bathroom, he was at the last booth    02:15

3  closest to the door that I walked in at, and there were two    02:15

4  fuzzy navels on the table; one in front of him and one in    02:15

5  front of me.    02:15

6  Q    What's a fuzzy navel?    02:15

7  A    A fuzzy navel is gross, it's peach schnapps, maybe    02:15

8  orange juice --    02:16

9         THE COURT:  So, it's a drink?    02:16

10        THE WITNESS:  Yes.  Sorry.  Okay, yes.  I was --    02:16

11  okay.  Yeah, it's an alcoholic beverage.    02:16

12  Q    Did you drink either of those drinks?    02:16

13  A    I drank the one in front of me, yes.    02:16

14  Q    Do you remember drinking a second one?    02:16

15  A    No, I do not.    02:16

16  Q    What's the next thing you remember about that night?    02:16

17  A    Being back at his studio, coming to with Mr. Baslan on    02:16

18  top of me on the futon closest to the door when you first    02:16

19  walk in to the studio.    02:16

20  Q    On top of you doing what?    02:16

21  A    Penetrating me with his penis.    02:16

22  Q    How old was the defendant at that time?    02:16

23  A    The defendant instructed me he was 28 years old.    02:16

24  Q    Had you ever had sex with a man before at that time?    02:16

25  A    No, I had not, and it hurt a lot.    02:16

CORTNEY - DIRECT/MS. DEMAS                434

1    Q    What happened when you came to?                    02:17

2    A    He stopped.                                        02:17

3    Q    Did you stay awake?                                02:17

4    A    I drifted back, too.  I think I was in shock and   02:17

5    ashamed, and I just didn't even want to exist at that  02:17

6    moment, honestly.  I wish I could have just had it be a 02:17

7    nightmare.  I'm sorry.  Can I please have a Kleenex?    02:17

8              THE COURT:  Sure.                             02:17

9              THE WITNESS:  Thank you.  All right.  I'm okay 02:17

10   now.  Sorry about that.                                02:17

11   Q    Do you remember having -- where were you when you woke  02:17

12   up?                                                    02:17

13   A    I was still in Mr. Baslan's studio.               02:17

14   Q    Do you have any idea how you got from Faherty's to the  02:17

15   studio?                                                02:17

16   A    Not at all.                                       02:17

17   Q    How did you get home the next morning?            02:17

18   A    Mr. Baslan.                                       02:17

19   Q    Did he drive you?                                 02:17

20   A    Yes, but not the next morning, it wasn't right after he  02:17

21   took me somewhere.                                     02:18

22   Q    Where did he take you?                            02:18

23   A    He took me to Quest Diagnostics.                  02:18

24   Q    For what?                                         02:18

25   A    Well, when he was doing it -- this is embarrassing, but  02:18

CORTNEY - DIRECT/MS. DEMAS                435

1    I know it's relevant, so I'm going to have to tell you.                02:18

2          While he was doing that, he said that his -- it                 02:18

3    hurt me a lot, and I was in pain.  Like after, when I came            02:18

4    to, I was like, oh, my, God, ough, it's burning, it's                 02:18

5    burning, okay.  And he said that his penis was burning, so            02:18

6    he wanted to make sure I didn't have any STD's.                       02:18

7    Q    So he took you where?                                            02:18

8    A    To Quest Diagnostics, which is a testing center.                 02:18

9    Q    Did you get tested?                                              02:18

10   A    Yes, I did.                                                      02:18

11   Q    Now, did you continue to see the defendant --                    02:18

12   A    I didn't have STD's, I had a yeast infection.                    02:18

13   Q    Did you continue to see the defendant after the night            02:19

14   at Faherty's?                                                         02:19

15   A    I did.  I did.                                                   02:19

16   Q    Did there ever come a time when you were at the                  02:19

17   defendant's studio in Buffalo and there was model chocolate           02:19

18   there?                                                                02:19

19   A    Yeah.  He used to photograph chocolate.  He used to              02:19

20   photograph chocolate.  He did a lot of photography for                02:19

21   different things to make money, I'm guessing.  But, yes,              02:19

22   there was a lot of chocolate.                                         02:19

23          There was this night, one of my long-time, best                02:19

24   friends ever since, like, elementary -- no, not even since           02:19

25   elementary school, her name is Rachel, we were BFF's                  02:19

CORTNEY - DIRECT/MS. DEMAS                    436

1    forever, like, you don't understand, all right, so I wanted        02:19
2    to hang out with her.  And she also, you know, young girls,        02:20
3    a lot of them want to be a model and get to see what that          02:20
4    life feels like being a grown up when you're not, you know         02:20
5    what I mean.  And Rachel came along, we picked Rachel up,          02:20
6    Bebars and I.  He picked me up from my house in Lancaster,         02:20
7    New York, which is a city outside of Buffalo, okay, a              02:20
8    suburb, rather.  And then we picked Rachel up.  And on the         02:20
9    way to the studio, Mr. Baslan told us to wait in the car.         02:20
10   He pulled into a driveway of a house, like, I wish I could         02:20
11   remember where, but I don't, I'm so sorry, and he came out         02:20
12   with a bag of marijuana, like, this big, (indicating), a          02:20
13   lot.  It looked like a lot.                                        02:20
14        And of course I had tried smoking, like, once or             02:20
15   twice as a kid.  I mean, you know what I mean, I think            02:20
16   everyone might try once in their life, but it wasn't              02:21
17   necessarily quite for me.  But, yes, Rachel was there.           02:21
18   Rachel really wasn't into smoking, and I think he asked if       02:21
19   she was into any drugs or anything.  Yeah, she smokes pot,       02:21
20   and that's all that she did, so he bought the pot I'm            02:21
21   thinking to impress her, but then again, that's what I'm         02:21
22   thinking, you know.                                               02:21
23        And we were smoking.  And he also had a bottle,             02:21
24   and he was making more -- they were either fuzzy navels or      02:21
25   sex on the beach, which are both alcoholic beverages, we         02:21

CORTNEY - DIRECT/MS. DEMAS                    437

1  were drinking.  Now, the combination for somebody that          02:21

2  doesn't drink of -- especially being that young and smoked      02:21

3  marijuana that way, I ended up getting the spins and in the     02:21

4  bathroom throwing up, which is at the far end of where the      02:21

5  chocolate is and everything else on the other side of the       02:21

6  studio.                                                          02:22

7          I come out of the bathroom after, you know, blah,       02:22

8  and I notice -- I see Bebars walk out, he had another           02:22

9  backroom where there was a keyboard, and I think maybe a        02:22

10 couple of cubicles, it was like an extra little office space    02:22

11 inside the studio.  Rachel walked out after almost, like,       02:22

12 with her head down, about shame almost, topless, too, but       02:22

13 she didn't say anything to me.                                  02:22

14         So while she was topless, Bebars was taking             02:22

15 pictures of her with candlelight, there were candles lit,       02:22

16 pictures.  I can see two in my head that will never leave of    02:22

17 her.                                                            02:22

18         After that night, Rachel never talked to me again,     02:22

19 and I just wish I knew what happened that I didn't see.  I'm    02:22

20 sorry.                                                          02:23

21 Q    Did you have a friend named Danielle?                      02:23

22 A    She's my best friend.                                      02:23

23 Q    Did you ever go to the defendant's studio with your       02:23

24 friend Danielle?                                                02:23

25 A    Yes.                                                       02:23

1  Q    What happened now -- I'm sorry, how old were you at the                    02:23

2  time?                    02:23

3  A    16.                    02:23

4  Q    How old was Danielle?                    02:23

5  A    15.  She's a bit younger than I am.                    02:23

6  Q    Sorry.  Can you tell the jury what happened that night?                    02:23

7  A    Yes.  My -- it's important that I share a little bit of                    02:23

8  the history of Danielle for you to understand.                    02:23

9       My BFF at the time, Danielle, beautiful, beautiful                    02:23

10 girl, she had a little, you know, she was a little bit                    02:23

11 overweight and a little bit uncomfortable with herself,                    02:23

12 because I always thought she was absolutely beautiful, but                    02:23

13 she was insecure.  I said you can model, you are gorgeous,                    02:23

14 you know what I mean.  I wanted to help her feel pretty, you                    02:23

15 know, because she is.                    02:23

16      So Mr. Baslan invited us to the studio, and he                    02:23

17 picked us up.  I was already at Danielle's when he picked me                    02:24

18 up and took us both to the studio.                    02:24

19      Now, there is a lot of alcohol.  There weren't any                    02:24

20 drugs going on, at least that I know of, but there was                    02:24

21 alcohol.  We were drinking.  Once again, I ended up throwing                    02:24

22 up.  I mean, you would think I would learn by now, I'm not a                    02:24

23 drinker; by then rather.  And as I got out of the bathroom,                    02:24

24 it's that gosh darn back room -- I'm sorry.  I need a                    02:24

25 second.  Just one second.  This is just -- this is really                    02:24

CORTNEY - DIRECT/MS. DEMAS                 439

1   difficult.                                                    02:24

2           He walked out causally and sat at his desk,           02:25

3   Danielle walked out, pulled me to the side and said, he       02:25

4   tried to stick it in her ass.  Those are her words.  I don't  02:25

5   like to speak that way, but I will verify what that meant     02:25

6   for you; his penis in her bottom hole.  And she said it hurt  02:25

7   really, really bad and she stopped him.                       02:25

8   Q    Do you know a girl name Christie whose last name starts  02:25

9   with a "C"?                                                   02:25

10  A    Yes, I do.                                               02:25

11  Q    Did you ever hang out with Christie last initial C with 02:25

12  the defendant?                                                02:25

13  A    Yes, I have.                                             02:25

14  Q    And could you -- did there ever come a time around your 02:25

15  17th birthday that you were hanging out with Christy C and   02:25

16  the defendant?                                                02:25

17  A    Yes.  I had -- Bebars offered my mom, who was           02:25

18  struggling financially at the time.  My Sweet 16 that I had  02:25

19  didn't work out very well, and so she wanted to make up for  02:26

20  my 17th birthday.  So Bebars offered to host it at his       02:26

21  studio, so I couldn't tell my mom, it was too late, everyone 02:26

22  was already coming, you know.  I was hoping if my mom is     02:26

23  there and there is lots of people there, that he wouldn't    02:26

24  pull anything.  And so there is a group of girls, probably   02:26

25  about ten to 12 of us in the studio just getting dolled up,  02:26

CORTNEY - DIRECT/MS. DEMAS                    440

1    goofing around, getting ready to go out.  Chrsitie C wasn't          02:26

2    there yet, she wasn't at my party in the studio, we left the         02:26

3    studio to go to a club called Marchella's, it's a gay night          02:26

4    club, it's 18 and up, but I had my 17th birthday, but Bebars         02:26

5    got me in anyways -- Mr. Baslan got me in any way.                   02:26

6          So we were inside just dancing and having fun, you             02:26

7    know.  I'm getting pooped out at this point, so I walk out,          02:26

8    Mr. Baslan follows me out, you know, because my mom had              02:27

9    already went home by this point, she's like, keep an eye on          02:27

10   my daughter, to him -- if she only knew.  I'm sorry.                 02:27

11         We ran into Christie C, and we had found cocaine.              02:27

12   Mr. Baslan was holding cocaine a bag.  We went to Chocolate          02:27

13   Bar with Christie, and then from Chocolate Bar, which is a           02:27

14   bar where most of the liquores are made out of the real             02:27

15   chocolate.  It sounds good, right?  So after Chocolate Bar           02:27

16   we went to Mr. Baslan's apartment, which was no more than --         02:27

17   because I was still quite coherent, no more than maybe eight         02:27

18   to ten minutes to get there from -- so I know it had to had          02:27

19   to have been in the Buffalo area, the best that I can                02:28

20   remember at least.                                                  02:28

21   Q    What happened when you got there?                               02:28

22   A    We -- I tried cocaine for the first time.  Christie had         02:28

23   already been experienced with it.  Mr. Baslan did a line.  I         02:28

24   only saw him do one.  But Christie was doing lines and I did         02:28

25   a line.  And he bought -- he brought a bottle out.  We were          02:28

CORTNEY - DIRECT/MS. DEMAS                    441

1  drinking out of the bottle, and it was liquor, I don't          02:28
2  remember what one it was, I'm sorry, I wish I did, but I        02:28
3  just don't.  It was booze, so liquor though definitely.  We     02:28
4  were getting tipsy and sloshy at this point.                    02:28
5          I had also had a crush on Christie since high           02:28
6  school.  Is this making any sense?  Are you guys getting        02:28
7  confused?                                                       02:28
8  Q    Keep going.                                                02:28
9  A    So I wanted to kiss her.  And, like, when you're a         02:28
10 teenager and you like a boy, it was just like that for me,      02:29
11 but I liked a girl.  And we were kissing and, you know,         02:29
12 hooking up, you know, we weren't engaged in full sex.           02:29
13 Q    You and Christie?                                          02:29
14 A    Christie and I, yes, and that's when Mr. Baslan stepped    02:29
15 in with his camera, which he did have on a tripod.              02:29
16 Q    What did he do with the camera?                            02:29
17 A    He videotaped what was going on between Christie and I.    02:29
18 And then also videotaped her performing fellatio.              02:29
19 Q    Do you know how old Christie was at that time?            02:29
20 A    She maybe was almost 18.                                   02:29
21 Q    18?                                                        02:29
22 A    But I'm not 100 percent sure.  She's little bit older      02:29
23 than I am.                                                      02:29
24 Q    Did the defendant ever take you to a hotel called         02:29
25 either the Pink Flamingo or Pink Fountain?                      02:30

CORTNEY - DIRECT/MS. DEMAS                    442

1   A    One time.

2   Q    Do you remember when that was?  Are we still in '05 or

3   in '06?

4   A    We're in '06.

5   Q    And for the majority of '06, how old are you?

6   A    16.

7   Q    I'm sorry?

8   A    16.

9   Q    I couldn't hear you.

10  A    16.  Sorry.  I should sit a little bit closer.

11  Q    And what happened the night of the Pink Flamingo Hotel

12  or Pink Fountain, whichever one it is?

13  A    It was late and Bebars had taken me out again, to

14  Nectar this time.  Nectar is a very nice lounge in Buffalo.

15  So before that -- before he took me to the Pink Flamingo, on

16  the way home, that's when I lived in Lancaster, so now Pink

17  Flamingo is literally, like, ten minutes from home from

18  where I was living with my mom.

19          So we went to Nectar, we had shots, and all this

20  fancy stuff.  I had never been to a fancy, lavish place

21  before and I felt so special, you know, and -- like I got my

22  buzz on, I'm not going to lie, I was, I was buzzed.  And we

23  then proceeded -- I got into his vehicle.  At this point I'm

24  sort of like head against the window on the way, out of it

25  feeling now at this point, the alcohol and being tired on

CORTNEY - DIRECT/MS. DEMAS                        443

1   top of it.  And Mr. Baslan pulled us into a motel and wanted          02:31

2   me to -- he told me he wanted me to nap it off for a little,          02:31

3   just rest for a minute before he takes me home, so my mom            02:31

4   doesn't see me this way, because he got me all drunk, you            02:32

5   know, and he didn't want to bring me back to my mom like             02:32

6   that.  So he -- the intent -- or at least what he told me            02:32

7   what the intentions were of going there was somewhere for me         02:32

8   almost home, but to lay down and just, like, sober up.  But          02:32

9   that's not what happened.                                            02:32

10  Q    What happened?                                                  02:32

11  A    Mr. Baslan forced himself on me.                               02:32

12  Q    In what way?                                                    02:32

13  A    Sexually.  He -- it didn't last long.  Once again, it          02:32

14  was always this -- I just never understood.  It was almost          02:32

15  like it was an itch to scratch.  And then that -- it's just         02:32

16  like.  Sorry, it was just.                                          02:32

17         THE COURT:  May I see counsel at sidebar, please.            02:32

18         (Continued on the next page for sidebar                      02:32

19  conference.)

20

21

22

23

24

25

```
                          SIDEBAR                    444
```

1         (Sidebar conference begins.)                          02:33

2         THE COURT:  This strikes me going beyond the scope    02:33

3    of the proffer and apart from that, I've heard enough.     02:33

4         MS. DEMAS:  Okay.                                     02:33

5         THE COURT:  I don't know if she's getting her buzz    02:33

6    on or hurting herself, but I've heard enough.             02:33

7         MS. DEMAS:  Okay.                                     02:33

8         (End of sidebar conference.)                          02:33

9         (Continued on the next page.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CORTNEY - DIRECT/MS. DEMAS                    445

1   DIRECT EXAMINATION (Continued) BY MS. DEMAS:                    02:33

2   Q    I'm showing you photographs that have been marked for     02:33

3   identification as Government Exhibits 52-A through 52-E.        02:33

4   Just take a look at these and tell me if you recognize them.   02:34

5   A    Oh, yes.  In fact, these were the ones that -- these      02:34

6   were the ones in a portfolio of mine.  These were the same     02:34

7   pictures.                                                      02:34

8   Q    Do you recognize the person in all these photographs?     02:34

9   A    This is me in all of them.  This is the one I was         02:34

10  talking about, the sadness.                                    02:34

11  Q    Don't --                                                  02:34

12  A    Okay.  Sorry.  But, yes, these are all me.                02:34

13  Q    Who took all of these photographs of you?                 02:34

14  A    Mr. Baslan, as you can see his name at the bottom.        02:34

15       MS. DEMAS:  Okay.  The government moves 52-A             02:34

16  through 52-E into evidence.                                    02:34

17       THE COURT:  May see them, please?                        02:34

18       (Handed.)                                                02:34

19       THE COURT:  Any objection?                               02:34

20       MR. SAVITT:  I don't believe so.  If I could just        02:35

21  take a look at them myself.                                    02:35

22       THE COURT:  Show them to Mr. Savitt, if you would.       02:35

23       (Handed.)                                                02:35

24       MR. SAVITT:  No objection.                               02:35

25       THE COURT:  52-A -- the markings again?                  02:35

CORTNEY - DIRECT/MS. DEMAS                    446

1        MS. DEMAS:  52-A through 52 "E" as in elephant.                02:35

2        THE COURT:  A through E now in evidence.                       02:35

3        (Government Exhibits 52-A to E were admitted into              02:35

4   evidence.)                                                          02:35

5   Q    For the record is this Government Exhibit --                   02:35

6        THE COURT:  I can't hear you.

7   Q    I'm sorry.  For the record, this is Government                 02:35

8   Exhibit 52 "D" as in dog.                                           02:35

9        Cortney, can you read at the bottom what it says              02:35

10  on the far, right corner?                                           02:36

11  A    Bebars Baslan Baslan.com copyright 2006.                      02:36

12  Q    Is this you in the photograph?                                02:36

13  A    Yes, it is.                                                    02:36

14  Q    52-E, is there also a copyright indication on this one?       02:36

15  A    Yes.                                                           02:36

16  Q    What is it?                                                   02:36

17  A    Bebars Baslan.  Wait.  I can't -- it looks like there         02:36

18  is one more thing in the middle.  Bebars Baslan, Bebars            02:36

19  Baslan.com copyright, it's the same thing on every one.            02:36

20  Q    2006?                                                         02:36

21  A    Yes, 2006.                                                    02:36

22  Q    Showing you 52-A, is this also you in the two                 02:37

23  photographs?                                                       02:37

24  A    Yes, it is.                                                   02:37

25  Q    52-B, is this also you?                                       02:37

CORTNEY - DIRECT/MS. DEMAS                    447

1    A    Yes, it is.                                        02:37

2    Q    And 52-C, is this also you?                        02:37

3    A    Yes, it is.                                        02:37

4    Q    And how old were you at the time all the photographs    02:37

5    were taken?                                             02:37

6    A    15.   That one was taken when I was 15.            02:37

7    Q    Now, did there ever come a time where the defendant    02:37

8    showed up at a place called SPoT Coffee?               02:37

9    A    Yes.                                               02:37

10   Q    How old were you at that time approximately?      02:37

11   A    I just turned 18.                                  02:38

12   Q    And at that point in time were you still in contact    02:38

13   with the defendant?                                     02:38

14   A    No, I had lost contact with him.                   02:38

15   Q    And what happened at SPoT Coffee?                  02:38

16   A    I was dating a woman who worked there, and I was in    02:38

17   SPoT Coffee.  It's a coffee shop in Buffalo, in Elmwood,    02:38

18   it's a cute little spot that everyone knows.  I was in SPoT    02:38

19   Coffee by the expediting station, which is like the area    02:38

20   where you get the beverages from, it's like, you know,    02:38

21   Starbucks, the same thing.  So I'm standing there.  So I do    02:38

22   have -- I had a view of the entrance door from where I'm    02:38

23   standing.                                              02:38

24            Mr. Baslan comes in looking extremely distressed,    02:38

25   stiff body language, he looked panicked in a way I've never    02:38

CORTNEY - DIRECT/MS. DEMAS                448

1   seen him before.                                          02:38

2           Now, he said to me quietly, he got closer and bent   02:39

3   down almost a bit closer to my height and said, Andrea's   02:39

4   parents found out.  You cannot say anything.  If anybody   02:39

5   asks you anything, you cannot say that I touched her or you   02:39

6   or anything.                                             02:39

7           And before anything else, he was fumbling through   02:39

8   some paperwork.  Before anything that he could pull out and   02:39

9   ask me to sign something, I didn't sign anything.  My      02:39

10  girlfriend at the time knew what was going on with him at   02:39

11  the time and --                                          02:39

12  Q    Just explain what your girlfriend did.  Sorry.       02:39

13  A    She came out and she literally almost pushed him right   02:39

14  out of the shop, get out of my store now, get out, get away   02:39

15  from her.                                                02:39

16  Q    Okay.  Cortney, I'm going to show you three documents;   02:39

17  Government Exhibit 37-AA, 37-BB and 37-Z.  I just want you   02:39

18  read these to yourself.  Don't say what they contain.     02:40

19  A    Okay.                                                02:40

20  Q    So starting with 37-Z.                               02:40

21          THE COURT:  "Z" as in zebra?                       02:40

22          MS. DEMAS:  "Z" as in zebra.                       02:40

23  Q    Now, do you recognize the first name on the first line   02:40

24  of that?                                                 02:40

25  A    Yes.                                                 02:40

CORTNEY - DIRECT/MS. DEMAS                    449

1    Q    Who is it?                                          02:40

2    A    Me.                                                 02:40

3         MR. SAVITT:  You're -- oh, I'm sorry.  Go ahead.    02:40

4    Q    Have you ever seen this document before?           02:40

5    A    No.                                                 02:40

6    Q    Okay.                                               02:40

7    A    Ever.                                               02:40

8    Q    37-AA, just tell me if you recognize the name on the    02:40

9    first line of that document.                            02:40

10   A    I recognize.                                        02:40

11   Q    Don't say who it is.                                02:40

12   A    I won't.  I recognize the name.  I've never seen of any    02:40

13   these before though.                                    02:40

14   Q    Okay.  37-BB.  Tell me if you recognize the first name    02:40

15   on there, on the first line?                            02:40

16   A    Yes, I do.  Wow.  Sorry.                            02:40

17   Q    When's the last time you ever talked to the defendant?    02:41

18   A    It would have been the time at SPoT.                02:41

19   Q    Now, since the time that all this happened, have there    02:41

20   been periods in your life where you used drugs?         02:41

21   A    Since that happened?                                02:41

22   Q    Yes.                                                02:41

23   A    Definitely not prior, I was a good kid.             02:41

24   Q    After?                                              02:41

25   A    I dabble after, yes.                                02:41

CORTNEY - CROSS/MR. SAVITT                    450

1   Q    Did you have to go to -- was there ever a time that you                02:41

2   went to rehab?                                                              02:41

3   A    Yes.                                                                   02:41

4   Q    Was there a time that you got addicted to heroin?                     02:41

5   A    Yes.                                                                   02:41

6   Q    Was there a time when you were using cocaine regularly                02:41

7   over the course of about a year?                                           02:41

8   A    Yes.                                                                   02:41

9   Q    Have you been getting mental health treatment?                        02:42

10  A    Yes.                                                                   02:42

11  Q    Are you currently on any kind of medication?                          02:42

12  A    Yes.                                                                   02:42

13  Q    Which medications?                                                    02:42

14  A    Cymbalta.                                                             02:42

15  Q    What's that for?                                                      02:42

16  A    Anxiety, panic.                                                       02:42

17  Q    And do you still smoke marijuana occasionally?                        02:42

18  A    Once in awhile.                                                       02:42

19       MS. DEMAS:  Okay.  I have no further questions.                        02:42

20       THE COURT:  All right.  Thank you.  Mr. Savitt?                        02:42

21       MR. SAVITT:  Yes, sir.                                                 02:42

22  CROSS-EXAMINATION

23  BY MR. SAVITT:                                                             02:42

24  Q    Good afternoon, Cortney.                                             02:42

25  A    Good afternoon.                                                       02:42

CORTNEY - CROSS/MR. SAVITT                    451

1    Q    My name is Ephraim Savitt, I represent Mr. Baslan.  And          02:42

2    I have to ask you a couple of questions.                             02:42

3    A    Okay.                                                           02:42

4    Q    All right.                                                      02:42

5         Before you testified here today, had you met with              02:42

6    the prosecutor?                                                      02:43

7    A    Excuse me, can you?                                             02:43

8    Q    Had you met with the prosecutor before testifying here         02:43

9    today?                                                              02:43

10   A    The prosecutor meaning who?                                     02:43

11   Q    The person who just asked you the questions.                    02:43

12   A    Yes.                                                            02:43

13   Q    How many times did you meet with her?                          02:43

14   A    Like, maybe three, three times.                                02:43

15   Q    All right.  When you say maybe three; more or less             02:43

16   three times, right?                                                  02:43

17   A    Right.  Maybe.                                                  02:43

18   Q    I'm sorry.  Go ahead.                                           02:43

19   A    Maybe, perhaps.  It might be, you know, give or take.          02:43

20   It's been -- this has been really stressful for me and I've          02:43

21   been quite traumatized for doing with all of this, and I            02:43

22   apologize if my timeframe isn't suitable.                           02:43

23        THE COURT:  Do the best you can.  Next question.               02:43

24   Q    When was the last time you met with the prosecutor             02:43

25   before testifying?                                                   02:44

CORTNEY - CROSS/MR. SAVITT                    452

1   A    Like met with, met with?  Over a week ago.                    02:44

2   Q    Met with in order to get an idea of what the subject          02:44

3   matter was that you were going to be asked about?                  02:44

4   A    I'm just going to tell the truth.  I didn't --                02:44

5   actually, I wasn't told at all what I would be questioned          02:44

6   from you, so we didn't go over that part last.                     02:44

7   Q    Well, were you told what you were going to be                 02:44

8   questioned by the prosecutor about?  And forgive my frog in        02:44

9   the throat, because --                                             02:44

10  A    Actually, I need a minute.  I need -- Tiana, I?  Just         02:44

11  to start -- just start asking me or -- I'm just going to          02:45

12  tell the truth, it's easy.  Go ahead.                              02:45

13  Q    All right.  Did the prosecutor give you an idea of what      02:45

14  she was going to ask you?  That's the question.                    02:45

15  A    No, not really.                                               02:45

16  Q    So you had no idea what you were going to testify           02:45

17  about?                                                             02:45

18  A    No.  Of course I knew what I was going to testify           02:45

19  about, but, yes, we went over things, of course we did.           02:45

20  Q    And you did that on three different occasions or more?      02:45

21  A    Not full, not from beginning to end of everything that      02:45

22  I've been through with Mr. Baslan, no.  My wellbeing has          02:45

23  been something of a concern.                                       02:45

24         THE COURT:  Now, just wait a second.  This is how         02:45

25  we're going to do this:  Mr. Savitt is going to ask you a          02:45

1  question, take a breath, relax, just answer the question and    02:45

2  we'll move on to the next question.    02:45

3        Go ahead, Mr. Savitt.    02:45

4  BY MR. SAVITT:

5  Q    Did you go through the entire series of episodes about    02:45

6  which you testified here today with the prosecutor before    02:46

7  you testified?    02:46

8  A    Yes, I did, because unfortunately, it never leaves my    02:46

9  head.    02:46

10  Q    And so you're haunted by all of this?    02:46

11  A    Yes, I am.    02:46

12  Q    Now, let's go back to the time when you first entered    02:46

13  this modeling contest?    02:46

14  A    Uh-huh.    02:46

15  Q    And you were 15 years old at the time?    02:46

16  A    Yes.    02:46

17  Q    And the name of the contest?    02:46

18  A    Hunter's Hope.    02:46

19  Q    And do you know who sponsored Hunter's Hope?    02:46

20  A    Jim Kelly of the Buffalo Bills.    02:46

21  Q    Jim Kelly of the Buffalo Bills.  Now, the Buffalo Bills    02:46

22  is a professional football team, right?    02:46

23  A    Yes.    02:46

24  Q    And Jim Kelly, what was he with the Buffalo Bills at    02:46

25  the time, if you know?    02:46

CORTNEY - CROSS/MR. SAVITT                454

1   A    I'm not a sports fanatic.  Jim Kelly, he owns the Ralph    | 02:46

2   Wilson Stadium and his son was sick, and his son's name is    | 02:47

3   Hunter, and therefore, he wanted a benefit to help treatment    | 02:47

4   for his son and any other child that might have the same    | 02:47

5   illness.  And, no, I don't remember what illness he had.    | 02:47

6   Q    And the prize for entering or winning that contest    | 02:47

7   would be a photo shoot with Mr. Baslan?    | 02:47

8   A    Yes.    | 02:47

9   Q    And did your mother enter you into the contest?    | 02:47

10  A    Sort of.  It wasn't -- my mom had to sign, obviously,    | 02:47

11  because I was underage to be involved in a contest.  Just --    | 02:47

12  she signed for the Hunter's Hope pageant only.  And besides    | 02:47

13  that, I found out about it through Andrea actually, because    | 02:47

14  she's the one who won, so she's the one that found out    | 02:47

15  first.    | 02:47

16  Q    All right.  So first, she found out about the contest,    | 02:47

17  Andrea did, she told you about it and then ultimately she    | 02:48

18  won.  Is that how it went?    | 02:48

19  A    Yes, that's how it went.    | 02:48

20  Q    And of course you didn't go kicking and screaming into    | 02:48

21  the contest, you wanted to be a model, right?    | 02:48

22  A    Yeah, right.    | 02:48

23  Q    And that's pretty normal for a 15-year old girl as you    | 02:48

24  told us on direct examination, right?    | 02:48

25  A    Yes, correct.    | 02:48

1  Q    And after that point Andrea went, so she gets this      | 02:48

2  photo shoot opportunity with Mr. Baslan, am I correct?      | 02:48

3  A    Correct.      | 02:48

4  Q    You were a runner-up, you also got, like, a second      | 02:48

5  prize, you could be a part of the photo shoot?      | 02:48

6  A    Yes.      | 02:48

7  Q    And you came with two suitcases of clothing?      | 02:48

8  A    Yes.  It was my first shoot, I didn't know how much I      | 02:48

9  needed to bring.      | 02:48

10 Q    I understand.  Did you carry those suitcases along or      | 02:48

11 did your mother help you at the time?      | 02:48

12 A    I believe Mr. Baslan came out when my mom pulled out in      | 02:48

13 front of the studio and carried them up the stairs.      | 02:48

14 Q    What did your mom do after that?      | 02:49

15 A    Went home.      | 02:49

16 Q    And then you told us that you saw some inappropriate      | 02:49

17 conduct between Andrea and Mr. Baslan; is that right?      | 02:49

18 A    That is correct.      | 02:49

19 Q    Was there a photo shoot that day where you were      | 02:49

20 involved as the model?      | 02:49

21 A    Yes.      | 02:49

22 Q    And you told us about that with the skimpy underwear      | 02:49

23 and the wet clothing?      | 02:49

24 A    He dumped water on us, yeah.      | 02:49

25 Q    And he showed you the photo at some point?      | 02:49

CORTNEY - CROSS/MR. SAVITT                    456

1   A    Just a couple.                                          02:49

2   Q    And actually, when you came home, you told your mother  02:49

3   about all this, right?                                       02:49

4   A    I told her -- well, obviously, I mean, I wasn't         02:49

5   supposed to tell her all of that, just that we had a photo   02:49

6   shoot.                                                       02:49

7   Q    You didn't tell her about the inappropriate sexual --   02:49

8   A    Told my Bebars that my mom wanted to see a picture, so  02:49

9   he photoshopped that one, out of her lips, he printed that   02:49

10  one out and showed that to show.  That way, she didn't -- I  02:50

11  didn't want to get in trouble either.                        02:50

12       THE COURT:  All right.  Hold on a second.  Let's        02:50

13  get back to the script.  Next question.                      02:50

14  Q    So the answer is you didn't tell your mom?              02:50

15  A    I did not tell my mother about the inappropriate        02:50

16  conduct that happened at the photo shoot, no.                02:50

17  Q    Okay.                                                   02:50

18  A    I did not.                                              02:50

19  Q    And you certainly didn't tell anybody else, right, of  02:50

20  authority?                                                   02:50

21  A    Certainly not.                                          02:50

22  Q    And of course you must have been threatened not to tell 02:50

23  anybody, right?                                              02:50

24  A    I wouldn't put words in my mouth.                       02:50

25  Q    Well, were you threatened by anybody not to tell?       02:50

CORTNEY - CROSS/MR. SAVITT                    457

1    A    He told us we could all get into a lot of trouble.                02:50

2    Q    I'm sorry?                                                        02:50

3    A    That we could get into trouble.  And then it will ruin           02:50

4    my modeling career, I'll never get be a model if I tell, my           02:50

5    mom will pull me away from him, he's going to get in

6    trouble, and won't be able to help me with career anymore.            02:50

7    Q    And your life would be over as far as a prospective              02:51

8    model, right, and you didn't want that to happen?                     02:51

9    A    Right.  I did not want that to happen.  I don't like to          02:51

10   give up on something.                                                 02:51

11   Q    So you continue to come back to the studio.  You                 02:51

12   continue to have photo shoots, am I correct?                          02:51

13   A    Correct.                                                         02:51

14   Q    And your mom of course knew that you were going back to          02:51

15   the studio to have photo shoots, am I right?                          02:51

16   A    Right.                                                           02:51

17   Q    And your mom came up to the studio from time-to-time,            02:51

18   didn't she?                                                           02:51

19   A    Yes.                                                             02:51

20   Q    And from time-to-time your mother actually was there            02:51

21   while the photo shoots were occurring, am I correct?                  02:51

22   A    Not much, no.                                                    02:51

23   Q    She just --                                                      02:51

24   A    She was there for one shoot.  And it was the one -- one          02:51

25   of the photos, the one with the red draped around where I            02:51

CORTNEY - CROSS/MR. SAVITT                    458

1   look Indian almost, that's the one she was there for.                      02:51

2   Q    And then she decided not to come back at all, right?                  02:51

3   A    Right.                                                                 02:51

4   Q    And you told her everything was okay, I'm in good                     02:51

5   hands?                                                                     02:52

6   A    He told her everything is okay and I'm in good hands.                 02:52

7   Q    Okay.  And she believed him, no questions asked?                      02:52

8   A    She believed him.  Everybody did.                                     02:52

9   Q    Everybody believed Mr. Baslan, right?                                 02:52

10  A    Yeah.                                                                  02:52

11  Q    As time progressed, you continued to go back and                      02:52

12  continued to have photo shoots, am I correct?                             02:52

13  A    Excuse me, can you repeat that?                                        02:52

14  Q    As time progressed, you continue to go back, right?                   02:52

15  A    Yes, I did.                                                            02:52

16  Q    And you continued to go back because you trusted                      02:52

17  Mr. Baslan, correct?                                                       02:52

18  A    Not the same way I did before.                                        02:52

19  Q    Well, what was the difference in trust, can you explain               02:52

20  it to us?                                                                  02:52

21  A    Now I didn't have to drink anything or do anything that               02:52

22  might intoxicate me, so the same things don't happen again.                02:52

23  Q    My question is:  What was the difference in trust?                    02:52

24  A    I just told you.  I know won't trust myself around him                02:52

25  -- or trust him around me.  I will not go to bars.  I will                 02:53

1  not drink or do any anything like that, that could put me in          02:53

2  danger now that I was realizing, you know, something's off            02:53

3  with him.                                                             02:53

4  Q    When did you come to that realization, how old were you         02:53

5  at that time?                                                         02:53

6  A    You know, when I finally realized that something was            02:53

7  off -- I'm glad you asked me that, it's -- actually, it was          02:53

8  that night Andrea and I were having a sleepover upstairs,            02:53

9  when he came up and he fingered us both really fast and just         02:53

10  left.  That was -- to me, that was like shocking almost,            02:53

11  like, he needed a fix.  It seemed like it was --                    02:53

12            THE COURT:  Next question, please.                        02:53

13  Q    Well, and certainly once you realized that this was a          02:53

14  terrible thing and that Mr. Baslan could not be trusted, you        02:53

15  told your mother about it, right?                                   02:53

16  A    No.                                                            02:53

17  Q    You told the police about it, didn't you?                      02:53

18  A    No.                                                            02:54

19  Q    You didn't tell anybody about it?                             02:54

20  A    No, I was terrified.                                           02:54

21  Q    You were terrified because you were afraid that he was         02:54

22  going to hurt you?                                                  02:54

23  A    (No answer was given.)                                         02:54

24  Q    Why were you terrified?  I'm asking the why?                   02:54

25  A    Because I didn't know what he was capable of.  I don't         02:54

CORTNEY - CROSS/MR. SAVITT                    460

1   know what he's capable of; he could be nowhere and          02:54

2   everywhere at the same time.                                02:54

3   Q    Almost God-like, huh?                                  02:54

4   A    In a sense.                                            02:54

5   Q    But despite your fear, you continued to go to photo    02:54

6   shoots, right?                                              02:54

7   A    Right.                                                 02:54

8   Q    With Mr. Baslan?                                       02:54

9   A    Yeah.                                                  02:54

10  Q    And you continued to go to bars with him, right?       02:54

11  A    I did not continue to go to bars with him.  I went to  02:54

12  one bar with Mr. Baslan.                                    02:54

13  Q    Where you had kind of a drink, right?                  02:54

14  A    Yes.                                                   02:54

15  Q    And what was that drink again?                         02:54

16  A    It was a fuzzy navel.                                  02:54

17  Q    A fuzzy navel.  And what does a fuzzy navel consist of, 02:54

18  if you know?                                                02:55

19  A    It's an alcoholic beverage with peach schnapps, orange 02:55

20  juice.  I don't know what else goes into it.  I never had to 02:55

21  make it.  I don't make drinks and stuff.                    02:55

22       THE COURT:  Next question, please.                     02:55

23  A    Seriously.                                             02:55

24  Q    You told us something about Faraday's?                 02:55

25  A    Faherty's.                                             02:55

CORTNEY - CROSS/MR. SAVITT                    461

1   Q    Faherty's.  Is that a bar?                                    02:55

2   A    Yes, it is a bar.                                             02:55

3   Q    It's a real fancy bar?                                        02:55

4   A    No, it is not a real fancy bar.                               02:55

5   Q    It's what, just a plain Jane kind of bar?                     02:55

6   A    It's a sports bar.                                            02:55

7   Q    Who did you go with to Faherty's?                             02:55

8   A    Mr. Baslan.                                                   02:55

9   Q    So that was another occasion at another bar, wasn't it?      02:55

10  A    That was the first time I went to the bar with him.          02:55

11            THE COURT:  Just relax.  Just relax and --              02:55

12            THE WITNESS:  Sorry.  I feel like I'm being             02:55

13  attacked here and I shouldn't be.                                  02:55

14            THE COURT:  No, you're not being attacked.  Just        02:55

15  listen to the question.                                           02:55

16            THE WITNESS:  I just answered these.                    02:55

17            THE COURT:  Answer them the best you can and we'll      02:55

18  have you out of here, okay.  Just relax.                          02:55

19            Go ahead, Mr. Savitt.                                   02:55

20            THE WITNESS:  Go ahead, please.                         02:55

21  BY MR. SAVITT:                                                     02:56

22  Q    Are you okay?  Can we continue?                               02:56

23            THE COURT:  Yes.  Go ahead.  Next question.             02:56

24  A    Continue to get this over with, please, this is              02:56

25  traumatizing, I want to get this done.                             02:56

CORTNEY - CROSS/MR. SAVITT                462

1   Q    You told us about somebody by the name of Andrea who is          02:56
2   your best friend?                                                     02:56
3   A    Yes.                                                             02:56
4   Q    And when's the last time you spoke to Andrea?                    02:56
5   A    Over last summer, for her wedding.                               02:56
6   Q    You were invited to her wedding?                                 02:56
7   A    I was invited to her wedding.                                    02:56
8   Q    And you spoke with her?                                          02:56
9   A    And I spoke with her.  We never talked about him, ever.          02:56
10          THE COURT:  You weren't asked that.                           02:56
11          THE WITNESS:  Okay, but I knew that was coming                02:56
12   next.                                                                02:56
13          THE COURT:  He asked, did you speak to her, you               02:56
14   spoke to her.  Next question.                                        02:56
15   Q    What about your friend Christie?                                02:56
16   A    I haven't spoken to her in years; years and years.              02:56
17   Q    Your friend Rachel?                                             02:56
18   A    I haven't spoken to her in years and years.                     02:56
19   Q    Danielle?                                                       02:56
20   A    I still talk to Danielle.                                       02:56
21   Q    When's the last time you spoke to her?                          02:56
22   A    Last week.                                                      02:57
23   Q    You spoke to her about the case?                                02:57
24   A    No, not about the case.  I was congratulating her for           02:57
25   getting into law school and planning the next trip to get to        02:57

CORTNEY - CROSS/MR. SAVITT                                     463

1   visit.                                                              02:57

2   Q    Apart from the prosecutors involved in this case and          02:57

3   the special agents at the FBI, who else did you speak to           02:57

4   about this case?                                                   02:57

5   A    Nobody.  My mom, of course.                                   02:57

6   Q    And the first time you told --                                02:57

7   A    And who I live with.                                          02:57

8   Q    I'm sorry?                                                    02:57

9   A    My significant -- my roommate.  My best friend of years      02:57

10  and years.  And he knows what's going on.  But he's like my       02:57

11  safe person right now, somebody there for support, which I        02:57

12  need.  So, yeah, but that's it.                                   02:57

13  Q    Let me ask you this:  Have you ever worked in a -- in        02:57

14  Chicago?                                                          02:57

15  A    Yes, I did.                                                  02:57

16  Q    And did you work in the entertainment industry?             02:58

17  A    Yes, I did.                                                  02:58

18  Q    And did you work in a topless bar for instance?             02:58

19  A    It was not a topless bar, it was a gentleman's              02:58

20  establishment where you don't have to be topless.               02:58

21  Q    Do have you to be clothed or completely unclothed?          02:58

22  A    The same material you wear as a bathing suit out in the     02:58

23  public.                                                          02:58

24  Q    And what was your role?  What was your job in that          02:58

25  particular establishment in Chicago?                             02:58

CORTNEY - CROSS/MR. SAVITT                    464

1    A    I was a dancer.                                      02:58

2    Q    A pole dancer?                                      02:58

3    A    Yes.                                                02:58

4    Q    How long did you do that?                           02:58

5    A    For three months.  Because when I moved to Chicago --  02:58

6              THE COURT:  No.  No.                            02:58

7              THE WITNESS:  This is important.  This is what --  02:58

8              THE COURT:  But it's not responsive, you see.  02:58

9    That's the way we do it.                                 02:58

10             THE WITNESS:  But it's screwed up though.  This is  02:58

11   wrong.                                                   02:58

12             THE COURT:  We have two lawyers in the case.  If  02:58

13   the government's lawyer --                               02:59

14             THE WITNESS:  Well, just carry on, please, I'm  02:59

15   done.                                                    02:59

16             THE COURT:  Now, listen to me, you'll answer the  02:59

17   questions and only the questions.                        02:59

18             THE WITNESS:  Yes, ask away.                    02:59

19             THE COURT:  So just relax.  Go ahead, Mr. Savitt.  02:59

20   BY MR. SAVITT:                                           02:59

21   Q    Was that the last job you had?                      02:59

22   A    What?                                               02:59

23   Q    Was that last job you had?                          02:59

24   A    Yes.                                                02:59

25   Q    How long ago was that?                              02:59

CORTNEY - CROSS/MR. SAVITT                 465

1   A    Years ago.  I was 19.                                    02:59

2   Q    So you've been unemployed for now what, six years?      02:59

3   A    No, I've not been unemployed for six years, that was    02:59

4   the last job I had in that entertainment; first and last in  02:59

5   that industry.                                               02:59

6   Q    You've had jobs since then?                             02:59

7   A    Yes, I have.                                            02:59

8   Q    And in different industries?                            02:59

9   A    Absolutely different Industries.                        02:59

10  Q    What kind of industries?                                02:59

11  A    Retail, food, I do hair and makeup, okay?               02:59

12       THE COURT:  Next question.                              02:59

13  Q    Have you ever taken acting lessons?                     02:59

14  A    I was a child actress in Vegas, but no, not actual      02:59

15  lessons.                                                     02:59

16  Q    When you say you were a child actress in Vegas how old  02:59

17  were you at the time, approximately?                         02:59

18  A    Seven.                                                  03:00

19  Q    I'm sorry?                                              03:00

20  A    Like, between ages five and seven.                      03:00

21  Q    And how did you become a child actress in Vegas?        03:00

22  A    I got casted in Las Vegas PD as a role.                 03:00

23  Q    And did your mother enter you into some sort of         03:00

24  contest?                                                     03:00

25  A    Yes, with Lear Casting Corporation.                     03:00

CORTNEY - CROSS/MR. SAVITT                466

1    Q    I'm sorry?                                          03:00

2    A    It was the agency I was signed with when I was kid,   03:00

3    Lear Casting.

4    Q    And you say that you were acting in a -- what was it?  03:00

5    I didn't quite hear you.                                 03:00

6    A    It's called Las Vegas PD, it was a pilot.           03:00

7    Q    A pilot for a television program?                   03:00

8    A    Yes.                                                03:00

9    Q    Did it ever make it?                                03:00

10   A    That one didn't, no.                                03:00

11   Q    Well, which one did make it?                        03:00

12   A    More than one.                                      03:00

13   Q    How many pilots were you involved in as a child     03:00

14   actress?                                                 03:00

15   A    No more pilots, but just real movies.               03:00

16   Q    So how many movies did you act in?                  03:01

17   A    I was in a SyFy original movie Battle Dogs a couple of  03:01

18   years ago, last year, it's still on Netflix, now it's on  03:01

19   DVD.  I just got casted as a lead role in a new movie    03:01

20   starring in a film where I play an evil queen, and that's  03:01

21   the 27th of this month, mind you.  Yes, a lot going on.  And  03:01

22   I got to work on Best Man Holiday with Terrence and Taye.  03:01

23   I'm really just taking matters into my own hands, because I  03:01

24   know I can always trust me.                              03:01

25   Q    So when you told us earlier that you were a child   03:01

CORTNEY - CROSS/MR. SAVITT                    467

1  actress, that was just the beginning of an acting career,                    03:01

2  right?                    03:01

3  A    Right.                    03:01

4  Q    In fact, you're acting in the movies of recent vintage,                    03:01

5  am I right?                    03:01

6  A    Right.  Just a death scene.  I got my throat ripped out                    03:01

7  by a werewolf and died, that's it in that movie.                    03:01

8  Q    All right.  So that didn't really require a lot of                    03:02

9  talent I would imagine?                    03:02

10  A    No, actually, it does, when you have to pretend that                    03:02

11  you're being attacked by something that's not there at all                    03:02

12  and throw yourself down and it's actually does require                    03:02

13  talent.  Thank you.                    03:02

14  Q    And you have talent in acting, don't you?                    03:02

15  A    I suppose, but my forte is music.  Acting isn't my                    03:02

16  passion, music is.                    03:02

17  Q    So you're also, apart from being an actress, you're                    03:02

18  also a musician, am I right?                    03:02

19  A    Yes.                    03:02

20  Q    And what kind of music are you involved in?                    03:02

21  A    I play guitar, piano, I sing and write, I play drums                    03:02

22  now for three years.  Also, I know how to record and do all                    03:02

23  of my own thing.  I mean, I pretty much like to be the best                    03:02

24  at what I can be at what I love to do.                    03:02

25  Q    Did you record any of the music?                    03:02

CORTNEY - CROSS/MR. SAVITT                    468

1   A     Yes.                                                        03:02

2   Q     And how many times did you do that?                        03:02

3   A     More than I remember.                                      03:03

4   Q     Okay.  And were any of these broadcast?                    03:03

5   A     Yes.                                                       03:03

6   Q     Were you the featured musician or signer or player or      03:03

7   all of the above?                                                03:03

8   A     Yes.  In Chicago I toured in a huge band, I was the --     03:03

9   it was Your Villain, My Hero.  I opened up for The               03:03

10  Offspring, that was totalized?                                   03:03

11  Q     So you've been in the entertainment industry for quite     03:03

12  awhile, and I'm talking legitimate entertainment and music?      03:03

13  A     I like to call it the artistic industry, because I'm       03:03

14  more of an artist than an entertainer.                           03:03

15  Q     So you are both an artist and you are also a musician       03:03

16  and -- oh, I forgot, you're also an actress, right?              03:03

17  A     Yes.                                                       03:03

18  Q     And you're good at acting, aren't you?                     03:03

19  A     Uh.                                                        03:03

20  Q     You don't think you're that good?                         03:03

21  A     I don't know.  I mean, we are our own worse critics,       03:03

22  right.                                                           03:03

23  Q     How would you rate yourself as an actress?                 03:03

24        THE WITNESS:  What's the relevance to this, your           03:04

25  Honor?                                                           03:04

CORTNEY - CROSS/MR. SAVITT                    469

1    THE COURT:  It's not for you to determine.  Can    03:04
2    you answer that question?    03:04
3    Q    How would you rate yourself as an actress?    03:04
4    A    Okay.  Give me a number then, so I could pick one.    03:04
5    Q    On a scale of one to ten, we might as well play along    03:04
6    with this.    03:04
7         THE COURT:  And then we'll move along.    03:04
8    Q    I'm sorry, one to ten?    03:04
9    A    Ten.    03:04
10        MR. SAVITT:  No further questions.    03:04
11        THE COURT:  Anything further, Ms. Demas?    03:04
12        MS. DEMAS:  No, your Honor.    03:04
13        THE COURT:  Thank you, madam, you may step down.    03:04
14        (Witness leaves the stand.)    03:04
15        THE COURT:  Next witness or lunch?    03:04
16        MR. SMITH:  We'd ask to take a lunch now, your    03:04
17    Honor.    03:04
18        THE COURT:  All right.    03:04
19        Let me explain to you, ladies and gentlemen, we    03:04
20    have moved along in a very brisk pace, ahead of schedule, if    03:04
21    you will, so things might be a little bit choppy today.    03:04
22    We're going to end the day at 4:00, okay?  So you'll be on    03:04
23    your way then by 4:00.  And Monday we will begin at 10:30.    03:04
24        We have a big question mark about Monday for all    03:05
25    the obvious reasons, so just to give ourselves a comfort    03:05

CORTNEY - CROSS/MR. SAVITT                    470

1    zone, we're going to start at 10:30.  I'll remind you this          03:05

2    afternoon.  So go and enjoy a pleasant lunch and we'll             03:05

3    resume at 1:30.                                                    03:05

4              COURTROOM DEPUTY:  All rise.                             03:05

5              (Jury is out of the courtroom at 12:27 p.m.)            03:05

6              THE COURT:  I count two witnesses left?                  03:05

7              MS. DEMAS:  Yes, your Honor.                             03:05

8              THE COURT:  And we'll be ready at 1:30.                  03:05

9              MR. SMITH:  We'll be ready with someone, your           03:05

10   Honor.                                                             03:05

11             THE COURT:  I'm sorry?                                   03:05

12             MR. SMITH:  We will be ready.                            03:06

13             THE COURT:  Okay.  Thank you, gentlemen, madam.          03:06

14   See you then.                                                      03:06

15             (Proceedings were recessed for lunch and                03:06

16   recalled.)                                                         03:06

17             (Continued on the next page.)                           03:06

18

19

20

21

22

23

24

25

471

1                   (Outside the presence of the jury.)

2              THE COURT:  Please be seated, everyone.

3              Mr. Smith, will you introduce your witness, please.

4              MR. SMITH:  The government calls Mohammed Boudaoud.

5              THE CLERK:  Do you swear or affirm that the

6    testimony you shall give in this case, now on trial before

7    this Court and Jury, will be the truth, the whole truth and

8    nothing but the truth, so help you God?

9              THE WITNESS:  I do.

10             THE CLERK:  Thank you.  Please have a seat.

11             THE WITNESS:  Thank you.

12             THE CLERK:  State and spell your name for the

13   record.

14             THE WITNESS:  My name is Mohammed Boudaoud,

15   M-o-h-a-m-m-e-d. Last name is B, as in boy, o-u-d, as in

16   David, a-o-u-d, as in David.

17                        MOHAMMED BOUDAOUD,

18   called as a witness, by and on behalf of the government,

19   having been first duly sworn, was examined and testified as

20   follows:

21             THE COURT:  All right.

22   DIRECT EXAMINATION

23   BY MR. SMITH:

24   Q    Good afternoon.

25   A    Good afternoon.

1   Q    Who do you work for?

2   A    I work for a Bouselen (phonetic) Hamilton Company, which

3   is a government contractor.  I am a subcontract, which makes

4   me an independent consultant.

5   Q    As a subcontractor, independent consultant, do you work

6   with a particular government agency?

7   A    Yes, sir.  I have been providing technical services and

8   support for the same group, which is a Crypto Logic and

9   Electronic Analysis Unit since 1996.

10  Q    Is that the same group Jason Abamowitz was associated

11  with?

12  A    He was.

13  Q    What's your role with respect to that group?

14  A    I'm a senior engineer.  I deal with evidence recovery and

15  processing from obfuscated devices.

16  Q    Can you tell us your educational background?

17  A    Between 1978 and 1986, I completed the requirements for

18  receiving Bachelor's, and Master's and a Ph.D. in Electric

19  Engineering.

20  Q    What about after that?

21  A    After that, I joined Bell Laboratories, AT&T, as a

22  researcher, I spent from '86 to '89, and then after that, I

23  went to work for DOD Contractors, from '99 to '96, doing

24  pretty much the same thing, information and intelligence

25  recovery from devices and signals.

Boudaoud - Direct - Smith                          473

1  Q    What's the admission of the unit you're associated with

2  in the FBI?

3  A    We're a Cryptology Unit, so we deal with encryption and

4  decryption of obfuscated information.

5        THE COURT:  We've heard that word now repeatedly.

6  Define it in layman's terms, if you would.

7        THE WITNESS:  Yes.  Encryption is an electronic --

8  we talk about -- there's manual encryption and electronic

9  encryption.  Manual encryption is the old fashion of mixing

10 messages; one is a secret, and one is information that you

11 will not keep secret.  An electronic encryption is a method by

12 which you use a computer to obfuscate your information as to

13 deny access to a third party.

14 Q    Is that a process by which you convert something that is

15 readable into an unreadable form?

16 A    That's correct.

17 Q    To get it back in a readable form, what do you need?

18 A    You need to decrypt, which means you need the original

19 algorithm that was used and the encryption parameters that

20 were used to encrypt the message.  The encryption parameters

21 are often called "the secrets," the notion of keying, the

22 notions of things that would end lock the information.

23 Q    You said earlier that is obfuscated information; is that

24 the same thing as hiding it?

25 A    Yes, sir.

NICOLE CANALES, CSR, RPR

Boudaoud - Direct - Smith                474

1    Q    Now, in May, 2013, were you asked to examine an encrypted

2    drive in connection with an investigation of Bebars Baslan?

3    A    Yes, sir.

4    Q    What type of drive was that?

5    A    It was an Apricorn Padlock 2.

6    Q    What steps did you take after you received that encrypted

7    device?

8    A    When I received the encrypted device, I do pretty much

9    what we operationally do as a standard.  I acquired -- I

10   purchased two drives of the same make and model, different

11   sizes, and I went -- and I started analyzing it, to verify

12   that it was encrypted, that it was locked, that it was not

13   readable through standard means.

14   Q    Did you verify that that device you received was locked

15   and not readable for your standard means?

16   A    That is correct.

17   Q    What did you do after that?

18   A    After that, I went through nelsis (phonetic) methods to

19   determine the algorithm and the parameters necessary to

20   decrypt the information on the drive.

21   Q    Were you ultimately able to generate a process that would

22   decrypt information on that drive?

23   A    That is correct.  Using the sample drives that I had

24   purchased, I put my own information on those drives.  I

25   analyzed the contact, derived the information necessary to

Boudaoud - Direct - Smith                    475

1  decrypt my own information from the samples as a validation

2  process, repeated it on both devices.  I was not only able to

3  recover the user information that I put on there but the

4  information the computers put on the hard drive to -- as a

5  mapping, to find your files, folders, things that are commonly

6  used to access hard drives on your computer.

7  Q    You use the word algorithm.  What's an algorithm?

8  A    Is a mathematical technique, a procedure, with step one,

9  step two and steps that allows you to go systematically,

10 not -- you're not making decisions based on what you think is

11 there, but you're making systematic decisions to go the steps,

12 and at the end you receive something that -- whether you

13 expect or not makes sense.

14 Q    Now, if you have an encrypted device, and you attempt to

15 decrypt it, is it possible to decrypt it or to access

16 something in readable form that was not originally there?

17 A    No, it's impossible, because the decryption of

18 information is a form of encryption.  If you take information

19 that has been encrypted with an algorithm and set of

20 perimeters, and you decrypt it with the wrong perimeters or

21 the wrong algorithm, you end up with another encrypted file.

22 It's just different file, but random and readable, has no

23 relation to what was that originally.

24 Q    Essentially, if you get back something in readable form,

25 you can say with confidence that that was what was there

1    before it was originally encrypted?

2    A    Correct.

3    Q    With respect to the device in this case, after you ran

4    your process on it, did you do anything to validate that

5    process?

6    A    Yes.  Since I don't know, and I'm not a forensic

7    examiner, I do not go looking at the content of the file.

8    What I have is -- I know what the file system -- or this

9    mapping of files that is put on the hard drive by a computer

10   before you can -- for a user, can make use of the hard drive.

11   That information is standard.  Content of it is not but the

12   procedural, you have files, you have folders, you have check

13   blocks; you have all kinds of things that allow the computer

14   to access your hard drive once you plug it in.  And it gives

15   you the name of your files, gives you the name of your

16   folders, gives you all the information that you expect when

17   you put your device into the computer.  The system goes

18   through a lot of checks to make sure that the system is

19   healthy, is coherent, it hasn't been modified, it's not

20   corrupt, none of that.  That is what I use to validate that I

21   decrypted the drive as a whole completely --

22   Q    And did you find --

23   A    -- and successfully.  Sorry.

24   Q    Did you find that the majority of the files on that were

25   now decrypted after you ran your process?

Boudaoud - Direct - Smith                    477

1   A    Yes.  Because I find names that are readable; they have

2   attributes, like date of creation, date of modification, sizes

3   that are coherent, healthy; basically the whole file system,

4   like folders and files that are in the right place, they are

5   the right sizes, they have the right names.  If you don't

6   decrypt correctly, the system will tell you that your hard

7   drive is corrupt, meaning your filing system is messed up.

8   Q    And after you ran that process and came back with that

9   file system, did you take any steps to determine whether there

10  were any parts of the drive that remained encrypted?

11  A    Correct, because the tasking said "recover all."  What we

12  usually do is look for other obfuscated information, other

13  encryption.  We look at whether the software on the hard drive

14  that can encrypt, and we look at standard encrypted files and

15  folders.  Once we get into the file system, it puts us in an

16  arena of a manufacturer, what he puts on the drive, what they

17  actually -- the methods that they advertise.  And I did.  I

18  did pretty much that.  After I looked at the files, I did find

19  an encrypted file.

20  Q    And does that mean that before the drive was encrypted

21  with the method that you bypassed, that someone had encrypted

22  a portion of that drive with another method?

23  A    That is correct.

24  Q    Do you specialize in another type of encryption.

25  A    Yes, hardware encryption.

NICOLE CANALES, CSR, RPR

Boudaoud - Direct - Smith                          478

1    Q    And the encrypted file you found after you encrypted the

2    majority of the device, was that a hardware encryption?

3    A    No, it was a software encryption.

4    Q    What did you do with the drive after you had decrypted

5    the hardware encrypted portion?

6    A    I took the results.  I took the final -- you know,

7    so-called drive results, which is an image of the decrypted

8    drive, gave it back to the forensic examiner and told him of

9    the existence of the encrypted file or folder, and I asked him

10   to ask for guidance from the case agent and the people in

11   charge of the case, whether they want us to do something there

12   or whether they want to ask for support from other

13   organizations.

14          MR. SMITH:  Thank you, Doctor.  I have no further

15   questions.

16          THE COURT:  Mr. Savitt, do you have any questions?

17          MR. SAVITT:  May I have a minute, your Honor?

18          THE COURT:  Sure.

19          MR. SAVITT:  I have no questions.

20          THE COURT:  All right.  Thank you, Doctor.  You may

21   step down.

22          Next witness.

23          MR. SMITH:  The government calls Special Agent Linh

24   Phung.

25          THE CLERK:  Good afternoon.

1          THE WITNESS:  Good afternoon.

2          THE CLERK:  I'm going to ask you to please take the

3    stand and raise your right hand.  Do you swear or affirm that

4    the testimony you shall give, in this case now on trial before

5    this Court and Jury, will be the truth, the whole truth and

6    nothing but the truth, so help you God?

7    A    I do.

8          THE CLERK:  Thank you.  Please have a seat.  State

9    and spell your name for the record.

10          THE WITNESS:  Linh Phung.  First name L-i-n-h, last

11    name, P-h-u-n-g.

12                        LINH PHUNG,

13    called as a witness, by and on behalf of the government,

14    having been first duly sworn, was examined and testified as

15    follows:

16    DIRECT EXAMINATION

17    BY MR. SMITH:

18    Q    Good afternoon, Special Agent Phung.

19    A    Good afternoon.

20    Q    Who do you work for?

21    A    FBI.

22    Q    What's your title?

23    A    Special Agent.

24    Q    How long have you been a Special Agent with the FBI?

25    A    For about eight years now.

1  Q    What did you do before you were a Special Agent for the
2  FBI?
3  A    I was a government contractor, as a network engineer.
4  Q    Do you work in a particular unit of the FBI?
5  A    Yes.
6  Q    What unit is that?
7  A    The Violent Crimes Against Children.
8  Q    How long have you been in the Violent Crimes Against
9  Children Squad?
10 A    For over four-and-half years now.
11 Q    What types of cases do you investigate as a Special Agent
12 in the Violent Crimes Against Children Squad?
13 A    Mostly investigate anything involving crimes against
14 children, sexual exploitation, specifically child pornography.
15 Q    As part of your duties and responsibilities as a Special
16 Agent in the Violent Crimes Against Children Squad, do you
17 have to review electronic evidence?
18 A    Yes.
19 Q    What kinds of evidence have you had to review?
20 A    Computers, thumb drives, CDs, and any other storage media
21 devices.
22 Q    And are you called upon to review child pornography?
23 A    Yes.
24 Q    Were you at some point asked to review electronic
25 evidence seized in connection with the investigation of Bebars

NICOLE CANALES, CSR, RPR

Phung - Direct - Smith                                    481

1  Baslan?

2  A    Yes.

3  Q    What some kind of evidence did you review?

4  A    I reviewed two laptops, a McIntosh computer and external

5  hard drive.

6  Q    Let me first refer to a laptop seized from Mr. Baslan's

7  backpack.  Did you review evidence seized from that laptop?

8  A    Yes.

9  Q    And during the course of that review, did you see any

10 programs consistent with remotely logging into a computer

11 system?

12 A    Yes.

13 Q    What programs?

14 A    I found program Log Me In.

15 Q    Did you also review electronic evidence that came from a

16 laptop seized from Mr. Baslan's residence?

17 A    Yes.

18 Q    In what format did you review that?

19 A    I was able to review the contents of the evidence using

20 an application called FTK.

21 Q    I'd like to show you what's been marked Government

22 Exhibit A -- 37A through 37BB.  Have you had a chance to look

23 at those before?

24 A    Yes.

25 Q    And are those portions of the FTK Report relating to the

1  laptop seized from the defendant's residence?

2  A    Yes.

3           MR. SMITH:  The government offers 37A to 37BB.

4           THE COURT:  Any objection?

5           MR. SAVITT:  Subject to your Honor's previous

6  ruling, no, there's no objection.

7           THE COURT:  They are received.

8           (Government's Exhibit 37A through 37BB  were

9  received in evidence.)

10 Q    Now, during the course of reviewing that evidence, did

11 you identify a resume with the defendant's name on it?

12 A    Yes, I did.

13 Q    And where was that?

14 A    That was on the laptop that was seized from the

15 residence.

16           MR. SMITH:  If we can turn on the document camera.

17           THE CLERK:  Certainly.

18 Q    This is 37A.  Can you identify what 37A consists of?

19 A    It's an e-mail sent from BBaslan@me.com to Annette

20 Pender, which contains attachments.

21 Q    What is the attachment?

22 A    Bebars Baslan's resume.

23 Q    I'm going to show you 37B.  Is this the resume that was

24 attached to that?

25 A    Yes.

Phung - Direct - Smith                                483

1   Q    I'm not going to go through every item on this resume,

2   but does it detail various technical jobs that the defendant

3   has had?

4   A    Yes, it does.

5   Q    And looking just at the very lowest portion, does it

6   indicate various technologies that he indicates he is

7   proficient with?

8   A    Yes.

9   Q    I'd like to show you 37C.  Was this another of the

10  documents that you found on the defendant's laptop?

11  A    Yes.

12  Q    Now, is 37C the same document as 37Z but with the name

13  redacted?

14  A    Yes, it is.

15  Q    Could you read the text of 37C?

16  A    My name is Cortney.  I am 19 years old.  I currently

17  reside at blank.  On/or about November, 2005, I came to work

18  with Bebars Baslan as a modern photography.  Mr. Baslan has

19  been and to this day conducts himself in a very professional

20  matter.  We always had a chaperone present during all

21  photography shoots in which I was involved.  All the shoots

22  were appropriate for my age at the time.  We never had

23  romantic relationship, and at no time did Mr. Baslan solicit

24  my affections.  He's never solicited suggested that we engage

25  in any acts of physical intimacy nor have we ever had intimate

Phung - Direct - Smith                                    484

1   relations of any kind.  I, Cortney, being first duly worn,

2   under oath, according to law, disposes and says she has read

3   the foregoing affidavit.  The matters stated herein are truth

4   with the best of information, knowledge and belief.

5   Q    And is there a space for a notary public to swear in and

6   subscribe this?

7   A    Yes, there is.

8   Q    Were you able to extract the filepath where it was stored

9   on the defendant's computer?

10  A    Yes.

11  Q    Let me show you 37D.  Is that the filepath?

12  A    Yes, it is.

13  Q    And is that name indicated on the top affidavit Cortney

14  dot dot?  Is that the name of the file?

15  A    Yes.

16  Q    Now, when you reviewed this file, were you also able to

17  extract properties that related to the document as it was

18  stored in the system?

19  A    Yes.

20  Q    Let me show you 37E.  Is this the properties of that

21  document?

22  A    Yes, it is.

23  Q    And I want to point you particularly to the bottom of

24  that, where it indicates the content created.  Can you read

25  what that date is?

Phung - Direct - Smith                                    485

1   A    The content created date is 8/17/2009.

2   Q    And there's also a date saved.  What's that?

3   A    Date saved is 8/17/2009.

4   Q    And there's also a last printed date?

5   A    6/26/2009.

6   Q    Do you have an understanding why the last printed date

7   would be before the content created date?

8   A    It could be the copy from another computer, the file.

9   Q    I'd like to show you 37F.  Is this another document from

10  the defendant's computer?

11  A    Yes.

12  Q    And looking at -- I left 37AA there.  Is that an

13  unredacted copy of the same one?

14  A    Yes, it is.

15  Q    And without reading the entire document, is this

16  substantially the same in content than is an affidavit,

17  indicating the same things as the document that we just looked

18  at?

19  A    Yes, it is, with exception to the name and the date.

20  Q    And are there also a few differences in the text; it's

21  not precisely the same?

22  A    Yes.

23  Q    Were you able to extract the filepath relating to this

24  document?

25  A    Yes.

Phung - Direct - Smith                                          486

1    Q    I'm putting up 37G.  Is that the filepath?

2    A    Yes, it is.

3    Q    And it indicates in that filepath user BBaslan; is that

4    right?

5    A    Yes.

6    Q    And the name of the document, affidavit spelled with two

7    Vs?

8    A    Yes.

9    Q    Were you able to extract the properties relating to that?

10   A    Yes.

11   Q    Let me show you 37H.  And what is this we're looking at?

12   A    The properties of the affidavit.

13   Q    And can you read what the content created date is?

14   A    6/25/2009.

15   Q    And the date last saved?

16   A    6/26/2009.

17   Q    Can you also read the author?

18   A    The author is Annette Pender.

19   Q    And just to refer back to the e-mail we looked at,

20   Government Exhibit 37A, do you recall who that was sent to?  I

21   can put it back up for you.

22   A    Yes, please.  To Annette Pender.

23   Q    From?

24   A    BBaslan@me.com.

25   Q    Put up 37I.  Is this another document seized from the

Phung - Direct - Smith                                    487

1    defendant's laptop?

2    A    Yes.

3    Q    And is this another affidavit?

4    A    Yes.

5    Q    What's the name on this one?

6    A    Christie Ann.

7    Q    And is this the same or just a redacted copy that you

8    have in front of you as 37BB?

9    A    Yes, it is.

10   Q    What is the first letter of the last name on the document

11   in front of you, 37BB?

12   A    For -- can you repeat that again?

13   Q    What's the first letter of the last name on the document

14   in front of you?

15   A    "C".

16   Q    And were you able to extract the filepath information for

17   this document?

18   A    Yes.

19   Q    Is that what we're looking at now, 37J?

20   A    Yes, it is.

21   Q    What is the document's name?

22   A    Affidavit-Christie dot dot.

23   Q    Were you able to extract properties from this document?

24   A    Yes.

25   Q    Going to show you 37K.  What is this?

Phung - Direct - Smith                                          488

1    A    It's the properties of the affidavit.

2    Q    Can you read who the author is listed as?

3    A    Annette Pender.

4    Q    And who it was last saved by?

5    A    Bebars Baslan.

6    Q    And the content created date?

7    A    8/17/2009.

8    Q    And the date last saved?

9    A    8/17/2009.

10   Q    And the last printed date?

11   A    6/26/2009.

12   Q    Did you also review files from an Internet cash?

13   A    Yes, I did.

14   Q    Let me show you 37L.  I want to direct your attention to

15   that line that says "path."  Its indicated, approximately

16   there, Apple Safari.  Do you know what Safari is?

17   A    Safari is an Internet web browser.

18   Q    And it's indicated cash.  Is that the temporary storage

19   for that web browser?

20   A    Yes, it is.

21   Q    Were you able to recover what the actual document was

22   being looked at on that web page was?

23   A    Yes.

24   Q    Show you 37M.  Can you see that well enough?

25   A    Yes.

1   Q     Could you read what that says right in the top, in the

2   center?

3   A     It says "Swordman Lolita For You."

4   Q     Based on your experience investigating child pornography

5   crimes, are you familiar with the term "Lolita"?

6   A     Yes.

7   Q     What does that term mean?

8   A     It's normally associated with child erotica and

9   prepubescent girl who is acting sexually.

10  Q     I'm zooming in a bit.  I'd like to direct your attention

11  on the very top right, it is currently.  What date does it

12  indicate?

13  A     March 17th, 2013.

14  Q     And what time?

15  A     At 9:13 a.m.

16  Q     I'm sorry.  What time is that?

17  A     9:22 a.m., UTC.  Sorry.

18  Q     And can you just read what the heading is there?

19  A     "Video Collection."

20  Q     And under topics, what's indicated?

21  A     "All fixed links, how to buy premium, please read this

22  book before downloading."

23  Q     Are there a number of entries labeled set?

24  A     Set 46 to 50, set 41 to 45, set 36 to 40, set 31 to 35,

25  and it's all the authored by Swordman.

Phung - Direct - Smith                          490

1   Q    And it ultimately has approximately 50 sets listed?

2   A    Yes.

3   Q    I'd like to show you 37N.  Is this the filepath of

4   another document from the Internet cash?

5   A    Yes.

6   Q    Let me show you 37-O.  Is this the document that that

7   filepath relates to?

8   A    Yes, it does.

9   Q    Is that the same page of sets under Video Collection?

10  A    Yes, it is.

11  Q    And what's the time listed as at the top of that one?

12  A    It's 2:09 a.m.

13  Q    On what day?

14  A    March 18th, 2013.

15  Q    Let me show you 37Q.  Is this the filepath for another

16  document from the Internet cash?

17  A    Yes.

18  Q    And 37P, is this that document?

19  A    Yes, it is.

20  Q    And can you -- is that the same document we've been

21  looking at, Video Collection?

22  A    Yes, it is.

23  Q    Can you read what the date and time of this one is?

24  A    March 18th, 2013, 2:42 p.m.

25  Q    I'm going to show you 37S.  This is another document from

Phung - Direct - Smith                                491

1   the Internet cash?

2   A    Yes.

3   Q    And 37R.  Is this the web page that that corresponds to?

4   A    Yes.

5   Q    Is it again the same Video Collection page with a

6   different day?

7   A    Yes, it is.

8   Q    What's the date on this one?

9   A    March 19th, 2013.

10  Q    At what time?

11  A    7:19 p.m.

12  Q    And those times are in -- you said UTC; is that right?

13  A    Times are in UTC.

14  Q    What does UTC mean?

15  A    It's also known as Greenwich Mean Time.  It is about four

16  or five hours ahead of us, of Eastern Standard Time.

17  Q    Show you 37U, is that another document from the Internet

18  cash?

19  A    Yes, it is.

20  Q    That's the filepath.

21  A    Yes.

22  Q    37T, is this the website that that corresponds to?

23  A    Yes.

24  Q    And looking at the left side of this, what's indicated

25  under the "Under Where I Live"?

Phung - Direct - Smith                                    492

1   A      Lolita.

2   Q      And can you read the entries below that?

3   A      Video Collection, Lolita Videos, Pictures Collection,

4   Lolita Pictures, Art Video Collection; Lolita Art Videos,

5   Special Collection, Lolita Special Videos, All-Star Video

6   Collection, Lolita All-Star Videos.

7   Q      And can you indicate -- can you read the time that this

8   indicates at the top?

9   A      March 5th, 2013.

10  Q      Is that March 19th?

11  A      March 19th, 2013, at 4:10 a.m.

12  Q      Let me show you 37W.  Is this yet another filepath for

13  Internet cash?

14  A      Yes.

15  Q      And 37V, is this the corresponding document?

16  A      Yes.

17  Q      And can you read what it says up at the top?

18  A      March 19th, 2013410 --

19  Q      What's the title of this?

20  A      Set one to five.

21  Q      And below that, what is -- can you read the section that

22  I've just indicated?

23  A      Can you make it a little bit clearer?

24  Q      Yes, I can.

25  A      Under set one, it says Screen Shot SS - set 01.RAR,

NICOLE CANALES, CSR, RPR

Phung - Direct - Smith                    493

1   R-A-R-822 megabytes, download links.  And below there are

2   three links titled Swordman_collection_set_001 part one.RAR

3   1.7 gigabytes.

4   Q    1.7 gigabytes, is that the type of notation you would

5   have for a file size?

6   A    Yes.

7   Q    Show you 37Y.  Is this another filepath from Internet

8   cash?

9   A    Yes.

10  Q    And 37X, is this the Internet -- the website that

11  corresponds to that?

12  A    Yes, it is.

13  Q    And can you read the date up at the top of that?

14  A    March 19th, 2013.

15  Q    At what time?

16  A    7:19 p.m.

17  Q    What was the title of this?

18  A    Set 26 at 30.

19  Q    Does that look like the last one we looked at?

20  A    Yes.

21  Q    Is there an indication of download links?

22  A    Yes, there is.

23  Q    And various files entitled Swordman Collection?

24  A    Yes.

25  Q    Did you also review evidence originating from an Apricorn

1    hard drive?

2    A    Yes.

3    Q    Did you receive evidence that had been received in

4    decrypted format?

5    A    I believe so, yes.

6    Q    How did you come to see that evidence?

7    A    I was able to review the content of the evidence using

8    the software called FTK.

9    Q    What types of files were you reviewing?

10    A    Video and image files.

11    Q    What types of video and images were those?

12    A    Mostly containing child pornography.

13    Q    Also child erotica?

14    A    Yes.

15    Q    Do you know what the approximate total number of files

16    contained in the Apricorn hard drive was?

17    A    There were approximately 111,800 files.

18    Q    And of those files, approximately how many contained

19    child pornography, child erotica?

20    A    76,000.

21    Q    And of those files, were they image files?

22    A    Yes.

23    Q    Were they also video files?

24    A    Yes, they were.

25    Q    How does that size collection compare to other cases

Phung - Direct - Smith                                    495

1   you've worked?

2   A    In all my years, this is the largest collection I've ever

3   seen.

4   Q    Were you asked to take a sample of child pornography,

5   images and videos?

6   A    Yes, I was.

7   Q    How many files did you take?

8   A    I took approximately nine files, nine to ten.

9   Q    And were those files saved in the folders on the device

10  itself?

11  A    Yes, it was.

12  Q    During the course of your review of the Apricorn hard

13  drive, did the name Swordman appear?

14  A    Yes, it did.

15  Q    What context?

16  A    One of the folders was entitled the same way,

17  Swordman_collection.  And there are other special collection,

18  SS as well.

19  Q    So when you say it was titled the same way, you mean it

20  was titled the same way as the Swordman links that appear to

21  be download links on the website Internet cash pages we just

22  looked at?

23  A    Yeah, with the exception of the RAR.

24  Q    I'm going to bring up what's been marked Government

25  Exhibit 39.  Do you recognize that?

Phung - Direct - Smith                                        496

1   A     Yes.

2   Q     What is it?

3   A     It's a CD containing child pornography.

4   Q     Is that the sample you created?

5   A     Yes.

6         MR. SMITH:  Government offers Government Exhibit 39.

7         MR. SAVITT:  Subject to your ruling.

8         THE COURT:  Received in evidence, 39.

9         (Government's Exhibit 39  was received in evidence.)

10  Q     Did you during the course of your review, did you review

11  a file entitled Mom Teach Sex Daughter 2yo?

12  A     Yes, I did.

13  Q     What type of file is that?

14  A     It's a video file.

15  Q     Approximately how long is it?

16  A     It's approximately 26 minutes.

17  Q     Does it have audio?

18  A     Yes, it does.

19  Q     Could you describe what that video file consists of?

20  A     The video file consists of an adult female and an a girl

21  who appears to be two years old, and at the beginning of the

22  video, they're sitting in front of a computer and they're

23  viewing what appears to be child pornography.  Throughout the

24  video, the mom's feeding yogurt to the girl, and the girl

25  would licking it off the mom, and they would both be nude in

Phung - Direct - Smith                               497

1    the video.

2    Q    Did you cut clips out of this video for purposes of the

3    trial?

4    A    Yes, I did.

5    Q    How many clips did you cut?

6    A    Three.

7    Q    Can you describe the first clip?

8    A    The first clip is the scene I described before, the adult

9    female and the girl both viewing what appears to be child

10   pornography on the computer.

11   Q    Where in the video?

12   A    In the first 14 seconds.

13             MR. SMITH:  I would like to play that first clip

14   from Government Exhibit 39.

15             THE COURT:  No audio, right?

16             MR. SMITH:  We're set up in the -- that's correct,

17   your Honor.  We don't have the sound plugged in.  I'm not

18   seeing it on the screen.  Position one.  Play that first clip.

19                  (Video played for the jury.)

20   Q    Can you describe the second clip that you cut?

21   A    The second clip is approximately one minute long, and

22   they're -- I believe they're both nude at the time, and the

23   mom's feeding the girl yogurt, and the girl's licking the

24   yogurt off of the mom.

25   Q    Where in the video is that?

1   A    I cannot recall.

2             MR. SMITH:  Can you play the second clip.

3                    (Video played for the jury.)

4   Q    Am I correct that that occurs approximately midway

5   through the video?

6   A    Yes, you're correct.

7   Q    And can you describe the third clip that you cut?

8   A    Third clip is the adult female licking the girl's vagina.

9             MR. SMITH:  Can you play that.

10                   (Video played for the jury.)

11            THE COURT:  May I see counsel at sidebar briefly.

12            (Sidebar - Outside the presence of the jury.)

13

14

15

16

17

18

19

20

21

22

23

24

25

```
                        Sidebar                        499

1           THE COURT:  I've reconsidered.  We've had enough of

2     this stuff.  I don't want the ejaculation scene.  What was the

3     other one?  What was the other scene?

4           MR. SAVITT:  Penetration.  We don't have to impose

5     this stuff on the jury.  The point's made.  Let's get through

6     this.

7           MR. SMITH:  Can I make a record as to the witness

8     testifying?

9           THE COURT:  Yes.

10                        (Sidebar concluded.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1          (In open court - In the presence of the jury.)

2    Q    Did you also review a file called burr sell (phonetic)

3    sex?

4    A    Yes, I did.

5    Q    And what type of file was that?

6    A    It's also a video file.

7    Q    How long was it?

8    A    It's approximately, if I can recall, 34-minutes long.

9    Q    Can you describe what it depicts?

10   A    The video file depicts two different scenes, involving

11   two different girls.  The first scene has a girl who appears

12   to be approximately six years old, and she's completely nude

13   except she's wearing black stockings, and she's holding an

14   erect penis in her hand.  And the second scene is a different

15   girl, probably about the same age, wearing white stockings,

16   and there's an adult male penetrating her.

17   Q    I'm going to show you what's in evidence as Government's

18   Exhibits 46B and 46C.  Take a look at those.  There was

19   previous testimony that these were from the undercover

20   reporting made by confident informant.  Do you recognize the

21   video on the screen in those photos?

22   A    Yes, I do.

23   Q    What video is it?

24   A    It was the video I just described.

25   Q    Did you review another file entitled Pthc 6yo Girl

1    Drugged and Ass Raped?

2    A    Yes, I did.

3    Q    What type of file is that?

4    A    It's a video file.

5    Q    How long is it?

6    A    It's -- I don't recall at this point in time.

7    Q    Based on your experience, do you have an understanding of

8    what the word Pthc means?

9    A    Yes.

10   Q    What does it mean?

11   A    It means pre-teen hard core.

12   Q    What does that video depict?

13   A    At the beginning of the video, we see a nude girl who is

14   completely nude, and she has towel over her eyes and she

15   appears to be unconscious.  And later in the video she gets

16   penetrated in the anus.

17   Q    Did you review a file entitled 1005 New! 9yo Tory 01 LXM

18   AD Quality Child Lover Pthc kidzilla 08?

19   A    Yes, I did.

20   Q    What type of file is that?

21   A    It's an image file.

22   Q    Can you describe what it depicts?

23   A    The image file depicts a completely nude girl who has her

24   legs spread apart, exposing her genitalia.

25   Q    Did you review another file that features the same

1   victim?

2   A     Yes, I did.

3   Q     Was that a file named Imagine 0886_4E52399A?

4   A     Yes, it was.

5   Q     Can you describe what that one depicted?

6   A     In that particular image, there appears to be a male

7   whose pair of jeans was pulled down to his knees, and his

8   erect penis is over the girl's face.

9               MR. SMITH:  Your Honor, I'd like to read a

10  stipulation.

11              THE COURT:  Go right ahead.

12              MR. SMITH:  It is hereby stipulated and agreed, by

13  and between the United States of America, by Assisting United

14  States Attorneys Tyler Smith and Tiana Demas, and the

15  defendant Bebars Baslan by his attorney Ephraim Savitt that if

16  James Wines were called to testify at trial, he would testify

17  as follows:

18              James Wines has been employed as a Special Agent

19  with the Federal Bureau of Investigation for over 16 years and

20  is currently assigned to the New Haven Division of the FBI.

21  Special Agent Wines has on several occasions met Victoria R.,

22  a female child born on July 21st, 1995.  Victoria R. was

23  sexually abused and photographed by William Oina in Greenwich,

24  Connecticut when Victoria R. was between approximately 9 and

25  11 years old.

1          The images of sexual abuse Victoria R. were placed

2    on the Internet, and this series of images is commonly known

3    as the Hawaiian Purple Series.  The image file

4    image-0886_4E52399A, admitted into evidence as part of

5    Government Exhibit 39, is part of the Hawaiian Purple Series

6    that depicts Victoria R., who is approximately nine years old

7    at the time the image was taken, the image file 100522 New yo

8    Tory 01 LSM KD Quality Child Lover Pthc kidzilla 08 kpg,

9    admitted into evidence as part of Government Exhibit 39, is

10   part of the Hawaiian Purple Series and depicts Victoria R.,

11   who is approximately nine years old at the time of this video.

12   This stipulation may be received into evidence.

13          THE COURT:  So stipulated, Mr. Savitt?

14          MR. SAVITT:  So stipulated.

15          THE COURT:  Is it marked, the stipulation?

16          MR. SMITH:  It is not, your Honor.

17          THE COURT:  All right.  At some point, let's put a

18   mark on it.

19          MR. SMITH:  Government 53, your Honor.

20          THE COURT:  Government Exhibit 53, the stipulation,

21   is received, by stipulation, in evidence.

22          (Government's Exhibit 53  was received in evidence.)

23   Q    Did you review a file called Pthc ptsc 9yo jenny in

24   nylons and collar tied up.JPJ?

25   A    Yes, I did.

Phung - Direct - Smith                                504

1    Q    Do you have an understanding of what the term Pthc means?

2    A    Yes.

3    Q    What does that image depict?

4    A    The image depicts a girl who is approximately nine years

5    old.  She is nude, with the exception of black stockings, and

6    she has her hands tied above her head at the writs, and her

7    legs are tied at their respective sides, exposing her

8    genitalia.

9    Q    Was the victim depicted in other images found on the

10   defendant's hard drive?

11   A    Yes, it is.

12   Q    Was it in image files, and video files or both?

13   A    Both.

14   Q    And does it depict that victim engaging in sexual

15   activity with a dog?

16   A    Yes.

17   Q    Did you also review a file entitled LC-6.JPJ?

18   A    Yes.

19   Q    What does that image depict?

20   A    Image depicts a girl who appears to be approximately five

21   years old.  Her legs are spread apart, and there appears to be

22   semen on her vagina.  And underneath it, I believe it says --

23   I can't remember.  Something about gang-banging toddlers.

24   Cure for AIDS, gang-banging toddlers.

25   Q    Did you review a file entitled Pthc JHO-Babies

1   Compilation of Rare Toddler Baby Bits?

2   A    Yes, I did.

3   Q    What type of file is that?

4   A    It's a video file.

5   Q    How long is it?

6   A    Approximately 45 minutes long.

7   Q    And what does it depict?

8   A    It depicts 12 different scenes, mostly involving babies

9   and toddlers, men masturbating, digital penetration of the

10  kids, vaginal penetration as well.

11  Q    Did you review a file titled Kely 4 yo?

12  A    Yes.

13  Q    What type of file is that?

14  A    A video file.

15  Q    How long is the video?

16  A    Approximately 30 seconds.

17  Q    What does it depict?

18  A    It depicts a girl who appears to be approximately five

19  years old laying on a bed.  There is an adult male kneeling

20  over her, and at the scene -- one of the scenes, she tries to

21  get up, and he would push her head down and then ejaculate in

22  her mouth.

23           MR. SMITH:  I'd like to read another stipulation,

24  Judge.

25           THE COURT:  All right.

Phung - Direct - Smith                                          506

1          MR. SMITH:  It is hereby stipulated and agreed by

2     and between the United States America, by Assistant United

3     States Attorneys Tyler Smith and Tiana Demas, and the

4     defendant, Bebars Baslan, by his attorney Ephraim Savitt that

5     if Sean Mullen were called to testify at trial, he would

6     testify as follows:

7               Sean Mullen has been employed as a Special Agent

8     with the Federal Bureau of Investigation for over ten years

9     and is currently assigned to the San Antonio Division of the

10    FBI.  Special Agent Mullen has on several occasions met the

11    child depicted in the video, Kely 4 yo.avi, who is a female

12    child born in September 1996.  That child was sexually abused

13    and video-recorded by David Diehl in Texas when she was

14    approximately three years old.  The videos for sexual abuse

15    were placed on the Internet, and this series of videos is

16    commonly known as the See Baby Series.  The video file of

17    Kely 4 yo.avi was admitted into evidence as part of Government

18    Exhibit 39, is part of the See Baby Series and depicts the

19    victim -- the above victim when she was approximately three

20    years old.  This stipulation may be received into evidence in

21    Discovery Exhibit 54.

22               MR. SAVITT:  So stipulated.

23               THE COURT:  In evidence, 54.

24               (Government's Exhibit 54  was received in evidence.)

25               MR. SMITH:  I have no further questions.

1           THE COURT:  Mr. Savitt, any questions?

2           MR. SAVITT:  Very, very briefly.

3   CROSS-EXAMINATION

4   BY MR. SAVITT:

5   Q     Good afternoon, Agent Phung.

6   A     Good afternoon.

7   Q     You just described for us some of the images, some of the

8   videos that were recovered from the Apricorn hard drive?

9   A     Yes, sir.

10  Q     All of the images and the videos that you describe, are

11  those images that come from the Internet?

12  A     Could be.  I don't know.

13  Q     You don't know, one way or the other?

14  A     It could be.  I mean, the child pornography files could

15  be obtained anywhere, from another person's hard drive or from

16  the Internet.

17  Q     Do you know where these were particularly downloaded

18  from?

19  A     Not that I know of, no.

20  Q     Do you know any of the persons that are depicted in any

21  of the videos or digital images that you describe for us?

22  A     No, with the exception of the know victims.

23  Q     With exception to the known victims, meaning the children

24  who were victims and who are pictured in those pornographic

25  files, am I correct?

1   A    By known victims, I mean the victims that were actually

2   identified by law enforcement officers.

3   Q    And in terms of the perpetrators, some were identified by

4   law enforcement officers?

5   A    Yes, sir.

6   Q    Was Bebars Baslan in those pictures?

7   A    In the ones I described before?

8   Q    Yes.

9   A    I don't know.

10  Q    You have no idea?

11  A    Because the face (sic) weren't shown in most of the

12  images and videos.

13  Q    In your mind, is it possible that it could have been

14  Bebars Baslan?

15  A    Are you asking for my opinion?

16  Q    Yeah, I'm asking for your opinion?

17  A    It's possible.  I don't know.

18  Q    And it's also possible that it could be anyone else,

19  right?

20  A    Yes.

21  Q    So whatever I'm asking you, and the questions that you

22  are responding to me, that's all pure speculation; am I

23  correct?

24  A    It's possible.

25  Q    And it's even possible that it's speculation itself is

1  possible; am I right?

2          MR. SMITH:  Objection.

3          THE COURT:  Sustained.

4  Q    In other words, you don't know, do you?

5  A    No.

6          MR. SAVITT:  Okay.  No further questions.

7          THE COURT:  Anything else?

8          MR. SMITH:  I have one question.

9  REDIRECT EXAMINATION

10  BY MR. SMITH:

11  Q    Based on your review of the Apricorn hard drive, did it

12  appear that the files there were named in which is consistent

13  with the download links we looked at?

14  A    The folders, yes.

15          MR. SMITH:  No further questions.

16  RECROSS-EXAMINATION

17  BY MR. SAVITT:

18  Q    And, if I may, the download links, where are they from?

19  A    The Internet.

20  Q    The Internet?

21  A    Yeah.

22          MR. SAVITT:  Thank you.  No further questions.

23          THE COURT:  All right.  Thank you very much.  You

24  may step down.

25          Mr. Smith.  Ms. Demas.

Proceedings                                            510

1          MR. SMITH:  The government rests.

2          THE COURT:  Ladies and gentlemen, the government has

3     concluded the presentation of evidence in support of the

4     charges.  The good news is that you get an even earlier

5     dismissal than I expected you to get.  We're going to send you

6     home.  It's absolutely critical over this weekend, this now

7     long three-day weekend that you abide by my instructions,

8     obviously, not to discuss the case.  In the unlikely event

9     you'll find any news stories that could conceivably relate to

10    this case, please do turn your attention away from them.

11    All right.

12         We're going to resume the trial first thing Monday

13    morning, Monday morning at 10:30 a.m.  I want you to get

14    plenty of rest.  Have a pleasant weekend.  Be safe.  I think

15    the rumor is that the railroad is back in business, but don't

16    take my word for that.  In any event, we'll see you 10:30

17    Monday morning.

18              (Outside the presence of the jury.)

19         THE COURT:  I do have requests from the government,

20    request a charge.  In large measure we have incorporated many

21    of them, at least in substance, in our very first draft, a

22    copy of which you'll get either later today, or in your e-mail

23    in a very short period of time.  I want to caution everybody

24    this is a first draft.  My practice is to not overload the

25    jurors with instructions about issues that are not really

Proceedings                                                 511

1   issues in the case, so if there's a number of instructions

2   that I've opted not to include in my first draft, obviously if

3   certain things become important or become an issue, either

4   throughout the balance of the evidence or in the course of the

5   summations, I may feel that an instruction is appropriate, so

6   fair warning.  Let's talk about Monday.

7           And how long do we expect, Mr. Savitt, the defense

8   case to take?

9           MR. SAVITT:  Well, I guess I can quote Mr. Smith; it

10  depends on Mr. Smith or Ms. Demas' cross-examination.  It

11  depends on the cross-examination by the prosecution.  I expect

12  that the direct examination of my client, who has again

13  confirmed that he wishes to take the stand, will take in the

14  neighborhood of about an hour, maybe.  Cross-examination,

15  however, may -- who knows where we're going to go with that.

16  I'm not sure that I'm going to call any additional witnesses.

17  If I will, it may be just one additional witness, in the form

18  of -- since Mr. Baslan's credibility is going to become an

19  issue in this case, apparently, it will be in the form of

20  character testimony, which I don't anticipate will take very

21  long.

22          THE COURT:  So it certainly seems that we'll

23  complete the evidence on Monday.

24          MR. SAVITT:  It certainly appears that way.

25          THE COURT:  All right.  I think you should be ready

NICOLE CANALES, CSR, RPR

Proceedings                                                    512

1   to sum up Monday afternoon --

2            MS. DEMAS:  Yes, Judge.

3            MR. SMITH:  Yes, Judge.

4            THE COURT:  -- if we can.  All right.  Do you want

5   to record your motions, Mr. Savitt?

6            MR. SAVITT:  Sure, your Honor.  Under Federal Rule

7   of Criminal Procedure 29(A), my motion is for a directed

8   verdict of acquittal with respect to Count 1.  Let me just go

9   count by count, not that it will make -- I don't think the

10  arguments as to each of the counts are going to be

11  dramatically different, your Honor, or particularly lengthy.

12           Count 1, I asked for an -- actually a dismissal of

13  that count, because that count carries with it a mandatory

14  minimum term of 30 years.  And I understand -- I've read some

15  of the legislative history.  I think I even understand some of

16  it and some of the case law as to the travel act with intent

17  to commit aggravated sexual abuse.  There are -- there is some

18  authority to the effect that that really was intended, and I

19  think it comes out of the 9th Circuit, so whatever it's worth,

20  Judge, I know the 9th Circuit is pretty far away.

21           THE COURT:  You're talking to somebody who sits on

22  the 9th Circuit from time to time.

23           MR. SAVITT:  It's a wonderful Circuit, and I believe

24  that it should be followed, as a result.  If I recall

25  correctly, the 9th Circuit pattern jury instructions would

NICOLE CANALES, CSR, RPR

Proceedings                                                    513

1    indicate, and I don't have it right in front of me, that this

2    particular act, the travel act, which is U.S. -- 18 U.S. C

3    Section 2241(c), is really aimed at completed sexual assault,

4    as opposed to contemplated sexual assault.  I understand that

5    that may be a novel interpretation, but I believe it is the

6    more reasoned approach.

7              But beyond that, my concern about this -- and I

8    don't know to the extent that there have been any

9    constitutional challenges in this regard, that I believe that

10   should my client be convicted of this count and be subject to

11   a 30-year mandatory minimum sentence, based on the facts of

12   this case, the way the statute applies to him would be a

13   violation, I believe, of the 8th Amendment, and I've had the

14   unfortunate experience of representing somebody -- a police

15   officer who was involved in a rape of a school teacher some

16   two years ago.

17             And having gone through the statistics about

18   sentences for both adult and child rape, it appears that the

19   30-year sentence involved in conduct, even if proven that

20   there was an intent to -- not to rape any child but to have a

21   sexual act in the form of contact with genitalia, would be

22   extraordinarily harsh in comparison to much lesser sentences,

23   involving completed rape, some of which involved violence

24   against the victim, leaving permanent, not only emotional, but

25   physical scars.

Proceedings                                           514

1           The other portion of that, to the extent that I'm

2    fighting an uphill battle in this arena, I believe it's a

3    violation of my client's due process rights, wherein the

4    legislature has invaded the province of a sentencing court to

5    impose a sentence that is commensurate with the guilt of the

6    defendant, as opposed to such a draconian mandatory minimum

7    sentence; to a lesser extent, because there are lesser

8    mandatory minimums for Counts Two and Three, they're 50-year

9    mandatory minimum counts, and Count 4, which is the ten-year

10   mandatory minimum account, I make the same arguments.  And

11   Count Five is moot, I believe, at this point.

12           THE COURT:  I listen.  I hear you.  And the

13   application is denied.  Okay.

14           MR. SMITH:  Judge.

15           THE COURT:  Sir.

16           MR. SMITH:  Mr. Savitt indicated that he expected at

17   most one defense witness in addition to the defendant.  We'd

18   like to know who it is.

19           THE COURT:  Ask him.

20           MR. SMITH:  Who is it?

21           MR. SAVITT:  Mariana Kowal, K-o-w-a-l.

22           MR. SMITH:  Thank you.

23           THE COURT:  Anything else?

24           MS. DEMAS:  No, your Honor.

25           MR. SMITH:  No, your Honor.

515

1          MR. SAVITT:  I don't believe to.

2          THE COURT:  Thank you for your efforts.  I'll see

3     you Monday morning.

4          MR. SAVITT:  What time?

5          THE COURT:  Why don't you come here, let's say,

6     10:00 o'clock.  I'm not sure I'm going to actually be able to

7     get here at 10:00 o'clock, but I'll certainly be here before

8     10:30.

9          MR. SAVITT:  Yes, your Honor.

10          (Proceedings continued on the following page.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

516

1           <u>I N D E X</u>

2

3    <u>WITNESS</u>                                      <u>PAGE</u>

4

5

6          STEPHEN FLATLY                          362

7          DIRECT EXAMINATION (CONTINUED)

8          BY MS. DEMAS                            362

9          CROSS-EXAMINATION BY MR. SAVITT         397

10         REDIRECT EXAMINATION BY MS. DEMAS       402

11         JASON ABRAMOWITZ                        404

12         DIRECT EXAMINATION BY MR. SMITH         404

13         CORTNEY                                 419

14         DIRECT EXAMINATION BY MS. DEMAS         419

15         CROSS-EXAMINATION BY MR. SAVITT         450

16         MOHAMMED BOUDAOUD                       471

17         DIRECT EXAMINATION BY MR. SMITH         471

18         LINH PHUNG                              479

19         DIRECT EXAMINATION BY MR. SMITH         479

20         CROSS-EXAMINATION BY MR. SAVITT         507

21         REDIRECT EXAMINATION BY MR. SMITH       509

22         RECROSS-EXAMINATION BY MR. SAVITT       509

23

24

25

517

1                        **E X H I B I T S**

2

3

4        Government's Exhibit 36A                          373

5

6        Government's Exhibit 27A through D               379

7

8        Government's Exhibit 27E through H               381

9

10       Government's Exhibit 41                          383

11

12       Government's Exhibit 33                          388

13

14       Government's Exhibit 32                          412

15

16       Government Exhibits 52-A to E                    446

17

18       Government's Exhibit 37A through 37BB            482

19

20       Government's Exhibit 39                          496

21

22       Government's Exhibit 53                          503

23

24       Government's Exhibit 54                          506

25

518

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25