# EPHRAIM SAVITT

*Attorney at Law*

260 MADISON AVENUE                                                                                    (212) 679-4470
22ND FLOOR                                                                                    FAX:   (212) 679-6770
NEW YORK, NEW YORK 10016                                                        EMAIL:EPHRAIM@SAVITTESQ.COM
WWW.SAVITTESQ.COM

October 28, 2014

**BY ECF AND HAND DELIVERY**

**HONORABLE RAYMOND J. DEARIE**
**U. S. District Court**
**Eastern District of New York**
**225 Cadman Plaza East**
**Brooklyn, New York 11201**

           Re:    <u>United States v. Bebars Baslan</u>
                   <u>Docket No. 13 CR 220 (RJD)</u>

Dear Judge Dearie:

      Without opposition by the government, I respectfully request a 3-week extension of the sentencing schedule currently in effect. The reason for this request is not due to any other reason other than my engagement, starting tomorrow, in a month-long criminal trial before Judge Block. Not even the government's requested extension, with my consent, to file its opposition to Baslan's post-trial motions factors into this request.

      My requested modified schedule will allow the following date extensions:

1) Baslan's sentencing submission, now due on December 19, 2014, to be filed on January 9, 2015;

2) Government's response, now due on January 9, 2015,*to be filed on January 23, 2015* (I am frankly uncertain of the current government deadline);

3) Sentencing proceedings, now scheduled for January 23, 2015, to take place on or about February 13, 2015, subject to the Court's schedule.

      I thank Your Honor for your courtesy and consideration.

                                          Respectfully submitted,

                                          _____/S/_____

                                          Ephraim Savitt

Cc: Clerk of the Court (RJD)
     All counsel (ECF)
     Bebars Baslan (US Mail)