BEFORE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

CRIMINAL CAUSE FOR SENTENCE CONFERENCE

**FEBRUARY 3, 2015**
*Time in Court:* ___10 minutes  _X_ 15 minutes ___20 minutes ___30 minutes ___ 40 minutes

DOCKET NUMBER:   CR 13-220-01  (RJD)

U.S.A. -v-   **BEBARS BASLAN (IN CUSTODY)**
              **COUNSEL:  EPHRAIM SAVITT (CJA)**

**AUSA: TYLER SMITH & TIANA DEMAS**

COURT REPORTER:   ALLAN SHERMAN

X   CASE CALLED FOR SENTENCE CONFERENCE, RE:
    DEFENDANT'S APPLICATION TO ADJOURN SENTENCE.
    DISCUSSION HELD.
    COURT GRANTS APPLICATION.
    SENTENCE RESCHEDULED TO 2/27/15 AT 4:00PM.