# EPHRAIM SAVITT

*Attorney at Law*

260 MADISON AVENUE                                         PHINE:  (212) 679-4470

22ND FLOOR                                                 FAX:    (212) 679-6770

NEW YORK, NEW YORK 10016

                                                           EMAIL:EPHRAIM@SAVITTESQ.COM

February 27, 2015

**BY ECF**
HONORABLE RAYMOND J. DEARIE
U. S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                  **Re:**  **United States v. Bebars Baslan**
                           **Docket No. 13 CR 220 (RJD)**

Dear Judge Dearie:

     I have attached Mr. Baslan's conclusion to his pro se supplemental sentencing memorandum. I am unclear as to whether it was included in his hard copy submission 2 days ago. I have read it, and I believe it is the best, easily readable and most heartfelt submission he has made in this case. I apologize for this late filing.

     I thank Your Honor for your courtesy and consideration.

                                                          Respectfully Submitted,

                                                    _____/S/_____
                                                           Ephraim Savitt

Cc: Clerk of the Court (RJD) (By ECF)
       All Counsel (By ECF)

From: BASLAN, BEBARS

Part 9 Conclusion Feb 23, 2015 9:06 PM

Conclusion:

I am sure it is easier that I would be put in an "All Encompassing Monster Box", once there I am no longer human, and then surely I can feel no human emotion. But that is not true, I feel sadness and the horror of what happened. I will never see my parents, I will never see outside, I will forever be separated from the person I love most, I will never strum the string of a guitar, I will never be able to create, or be near people who do, and even if I was to be released tomorrow proven innocent, or with a reduced sentence, there is no taking this back, this label shall always be affixed to me. Trust me when I say that all of those are harsher that the already extreme punishment of loss of freedom. Worst of all, I am not (if only in label, and as an additional consequence) forever in sub human status. I will never be able to contribute or make anyone proud.

The nature of charges in this case is abhorrent. But that does not mean that it should be a gateway to pile up additional unproven and scientifically unrelated evidence.

Therefore I urge the court to hold a Fatico hearing.

===========

That being said, every right (that I know of) asserted, and record preserved, I make an offer in earnest to

the prosecution team and the court.

The proverbial icing of the cake is actually not made by my own Attorney or myself, it's made by the prosecutor in his sentencing response. He states that the 45 sentence is necessary because of my character, and my past crimes. Also because I have the uncanny ability to control women, to wit Miss Henry.

If so, the criminal intent is mine. Kristen did not have a choice where to go, she was told we're going to NJ, and off she tagged along, simply because to her spending every minute with me is a delight. We must not judge her for this misguidance. Her good nature and amazing heart allows her to view the world through pink glasses. Kristen sees the good in everyone, she brings out the good in everyone.

The idea (in all of the offered versions) was not hers. The plan, trip or location.

What I am about to state, I do not do out of desperation nor weakness. I whole heartedly believe that I have a just cause, and I have a strong case for Appeal. I did this work as a disclaimer to my sincerity, and in expectance that my every word and intention maybe twisted (Justifiably so... maybe). This time though, I hope not.

I may have been plagued by the need to outsmart, it may have been a cultural thing, but for the last year I tried very hard to purge myself of those attributes. I try to live in a way, that if I had to be subjected a lie detector test at any moment I would pass. Naturally, I still have a very long way to go.

I am not doing this because I had a backup plan, I got the prosecution to admit this week that there will

never be a chance for me to ever corporate [Letter Attached].

Let us save thousands of dollars and countless hours, I will waive my appeal rights, in return for Kristen to receive a general non sex related charge with minimal time.

I implore the prosecution to consider my offer, I beg the court to show faith (even if undeserved) in me and support my effort.

Let Kristen go, give her a second chance at life, she has learned a lot, she has grown so much, she will never make these mistakes. She has a heart that loves with no bounds, she can make a difference in this world in the way that only those who experienced both sides of life, and suffered can.

I am doing this because I am loved by her, and for the first time in my life I believe that I am truly loved. Now I must act to deserve her love.

I promise you that I will only support her as she moves on, and that I will only rejoice for her happiness.

I did not reach this decision in fervor. I thought about it long and hard. Jewish wisdom offers us that Prayers made on behalf of others in earnest, are the strongest, and are sure to reach G-D. I never felt such strength or happiness as I did working on this sentencing memorandum. In my mind I wanted to offer something of value in return for Kristen's freedom.

You Honor, give me this one chance to redeem myself, and put me away for life in return. I promise you that I will welcome even the 45 years sentence. The world will be rid of me, and neither the prosecutors

4

nor anyone else will ever have to worry about me.

The Judge has awesome powers over people's fate and freedom, but these powers do not usually extend to people's humanity, but only to influence it. In this instance however, your powers do, your Honor. Grant me back my humanity, let me exchange my life for the happiness of the one I love. I promise you that I she will not disappoint you.

I will never regret this if you grant it, I will only love you for it. And human to human (and not to presume myself on your level), I thank you for taking the time to read this.

Respectfully yours, Bebars Baslan

--