Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Eastern District of New York

Caption:
United States
v.
Bebars Baslan

Docket No.: 13 CR 220 (RJD)
Hon. Raymond J. Dearie
(District Court Judge)

Notice is hereby given that Bebars Baslan appeals to the United States Court of Appeals for the Second Circuit from the judgment ✔, other _____ (specify)
entered in this action on 2-27-15
(date)

This appeal concerns: Conviction only |___| Sentence only |___| Conviction & Sentence |✔| Other |___|
Defendant found guilty by plea |✔| trial |___| N/A |___|
Offense occurred after November 1, 1987? Yes |✔| No |___| N/A |___|
Date of sentence: 2-27-15    N/A |___|
Bail/Jail Disposition: Committed |✔| Not committed |___| N/A |___|

Appellant is represented by counsel? Yes |✔| No |___| If yes, provide the following information:

Defendant's Counsel: Ephraim Savitt
Counsel's Address: 260 Madison Ave. Ste 2200
New York, Ny 10016
Counsel's Phone: 212-679-4470

Assistant U.S. Attorney: Tyler Smith/Tiana Demas
AUSA's Address: 271 Cadman Plaza East
Brooklyn, NY 11201
AUSA's Phone: 718-254-7000

Signature