BEFORE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

## CRIMINAL CAUSE FOR SENTENCE

DATE: FEBRUARY 27, 2015
*Time in Court: 45 minutes*

**DOCKET NUMBER:** CR 13-220-01 (RJD)

U.S.A. -v- **BEBARS BASLAN (IN CUSTODY)**
            **COUNSEL: EPHRAIM SAVITT (CJA)**
AUSA: TYLER SMITH & TIANA DEMAS
PROBATION OFFICER: LESLIE LOCKWOOD

COURTREPORTER: LISA SCHMID

X       CASE CALLED FOR SENTENCE.

X       DEFENDANT CONVICTED ON 7/24/14 TO COUNTS: 1, 2, 3, 4.
        DEFENDANT PLED GUILTY ON 7/15/14 TO COUNT 5.

X       GOVERNMENT COUNSEL BRINGS TO THE COURT'S ATTENTION A
        MISTAKE THAT EXISTS IN THE TRANSCRIPT ON PAGE 444 AT LINES
        5 AND 6.
        COURT: CORRECTION IS NOTED FOR THE RECORD.
        LINES 5 AND 6 SHOULD READ *"I DON'T KNOW IF SHE'S HELPING
        HERSELF OR HURTING HERSELF."*

X       DEFENDANT IS ADVISED OF HIS RIGHT TO APPEAL.
X       SENTENCING STATEMENTS FROM DEFENSE COUNSEL, GOVERNMENT
        COUNSEL & DEFENDANT HEARD.

X       DEFENDANT IS SENTENCED AS FOLLOWS:
        DEFENDANT IS HEREBY COMMITTED TO THE CUSTODY OF THE
        UNITED STATES BUREAU OF PRISONS TO BE IMPRISONED
        FOR A TOTAL TERM OF *THIRTY-SIX(36) YEARS AS FOLLOWS:*
        *COUNT 1:    THIRTY-SIX(36) YEARS;*
        *COUNT 2:    THIRTY(30) YEARS;*
        *COUNT 3:    THIRTY(30) YEARS;*
        *COUNT 4:    THIRTY-SIX(36) YEARS;*
        *COUNT 5:    TWENTY(20) YEARS;*
        *SENTENCES IMPOSED TO RUN CONCURRENTLY WITH EACH OTHER.*

X       UPON RELEASE FROM IMPRISONMENT, DEFENDANT SHALL BE ON

**SUPERVISED RELEASE FOR A PERIOD OF:** *LIFE.*
**SPECIAL CONDITION OF SUPERVISED RELEASE:**
1) *The defendant shall participate in a mental health treatment program, which may include participation in a treatment program for sexual disorders, as approved by the Probation Department. The defendant shall contribute to the cost of such services rendered and/or any psychotropic medications prescribed to the degree he is reasonably able, and shall cooperate in securing any applicable third-party payment. The defendant shall disclose all financial information and documents to the Probation Department to assess his ability to pay. As part of the treatment for sexual disorders, the defendant shall participate in a polygraph examination(s) to obtain information necessary for risk management and correctional treatment;*
2) *The defendant shall not have contact with any of the intended victims; this means that he shall not attempt to meet in person, communicate by letter, telephone, email, the Internet, or through a third party, without the knowledge and permission of the Probation Department;*
3) *The defendant will not associate with any child(ren) under the age of 18, unless a responsible adult is present and he has prior approval from the Probation Department;*
4) *If defendant cohabitates with an individual who has minor children, the defendant will inform that other party of his prior criminal history concerning his sex offense. Moreover, he will notify the party of his prohibition of associating with any child(ren) under the age of 18, unless a responsible adult is present;*
5) *The defendant shall submit his person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner;*
6) *The defendant shall comply with the sex offender registration requirements mandated by law;*
7) *The defendant is not to use a computer, Internet capable device, or similar electronic device to access pornography of any kind. The term "pornography" shall include images or videos of adults or minors engaged in "sexually explicit conduct" as that term is defined in 18 U.S.C. § 2256(2). The defendant shall also not use a computer, Internet capable device or similar electronic device to view images of naked children. The defendant shall not use his computer to view pornography or images of naked children stored on related computer media, such as CD's or DVD's and shall not communicate via his computer with any individual or group who promotes the sexual abuse of children;*
8) *The defendant shall also cooperate with the U.S. Probation Department's Computer and Internet Monitoring program. Cooperation shall include, but not be limited to, identifying computer systems, Internet capable devices, and/or similar electronic*

*devices the defendant has assess to, and allowing the installation of monitoring software/hardware on said devices, at the defendant's expense. The defendant shall inform all parties that access a monitored computer, or similar electronic device, that the device is subject to search and monitoring. The defendant may be limited to possessing only one personal Internet capable device, to facilitate Probation Department's ability to effectively monitor his Internet related activities. The defendant shall also permit random examinations of said computer systems, Internet capable devices, similar electronic devices, and related computer media, such as CD's, under his control.*

| | |
|---|---|
| X | $500 SPECIAL ASSESSMENT; $100.00 ON EACH COUNT. |
| X | RESTITUTION AS FOLLOWS:<br>$25,000 to "Jenny"<br>$16,000 to "Angela".<br>COURT WILL ENTER RESTITUTION ORDER. |
| X | DEFENSE COUNSEL REQUESTS A COPY OF TRANSCRIPT OF THIS PROCEEDING PURSUANT TO CJA; GRANTED. |