UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,

   - against -                                                    13-CR-220 (RJD)

BEBARS BASLAN,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Andrew D. Wang from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

    Assistant U.S. Attorney Andrew D. Wang
    United States Attorney's Office (Criminal Division)
    271 Cadman Plaza East
    Brooklyn, New York 11201
    Tel:  (718) 254-6311
    Fax: (718) 254-6481
    Email: Andrew.Wang2@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Andrew D. Wang at the email address set forth above.

Dated: Brooklyn, New York
       August 27, 2019

                                       Respectfully submitted,

                                       RICHARD P. DONOGHUE
                                       United States Attorney

                              By:      /s/ Andrew D. Wang
                                       Andrew D. Wang
                                       Assistant U.S. Attorney