*Copy mailed to deft at Tucson USP by chambers.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

      Plaintiff,

                CR 13-220-1(RJD)

  -against-            **Related Case:**
                  **CV 19-4713 (RJD)**
                  <u>**ORDER TO SHOW CAUSE**</u>

BEBARS BASLAN,

      Defendant.
-----------------------------------------------------------X

DEARIE, District Judge.

  Upon defendant's motion pursuant to 28 U.S.C. § 2255, electronically filed on 8/12/2019, a copy of which is annexed, it is hereby **ORDERED** that:

1. The United States Attorney for the Eastern District of New York as attorney for the plaintiff, show cause before this Court by the filing of a return to the motion, why said motion pursuant to 28 U.S.C. § 2255 should not be granted. If the defendant advances a claim of ineffective assistance of counsel, government counsel shall obtain an affidavit from the attorney in question addressing the merits of the claim;

2. Within **sixty (60)** days of receipt of this order and in any event no later than **October 29, 2019** the United States Attorney for the Eastern District of New York shall serve a copy of their return upon the defendant herein and electronically file the original thereof, with proof of such service, with the Clerk of the Court, and shall deliver a hard copy to chambers;

3. Defendant, within **thirty (30)** days of receipt of a copy of the return of the United States Attorney, and in any event no later than **December 3, 2019**

shall file a reply, if any, with the Clerk of the Court;

4. Service of a copy of this Order To Show Cause shall be made by the Clerk of the Court by forwarding a copy thereof, together with a copy of the motion, to the United States Attorney for the Eastern District of New York, and by mailing a copy of this order to defendant or defendant's counsel, if any.

**SO ORDERED.**

Dated: Brooklyn, New York
August 27, 2019

/s/   Raymond J. Dearie
RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

**\*\*COPY SENT TO U.S. ATTORNEY'S OFFICE FOR ASSIGNMENT**