FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 27 2020 ★
BROOKLYN OFFICE

January 21, 2020

Honorable Judge Dearie
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 27 2020 ★
BROOKLYN OFFICE

RD 1/28/20

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JAN 31 2020 ★
BROOKLYN OFFICE

Re: United Stated v. Bebars Baslan
Criminal Docket No. 13-CR-220 (RJD)
Civil Docket No. 19-4713 (RJD)

## Motion for an Extension of Time

Honorable Judge Dearie:

Here comes the defendant, Bebars Baslan, pro-se to respectfully request a sixty (60) day extension to the February 10th, 2020 deadline, in order to allow sufficient time to file an adequate reply to the government's response to his 2255 motion, for the following reasons:

a) Defendant received the government on January 8th, 2020.
b) Recent frequent lock-downs and recalls.
c) Defendant's lack of legal expertise and government's extensive response.

Respectfully submitted
Bebars Baslan
January 21th, 2020
*[signature]*

**APPLICATION GRANTED.**
Defendant's reply due on or before **April 20, 2020.**
**SO ORDERED.**
1/30/2020
*Raymond J. Dearie*
**United States District Judge**

cc: Assistant U.S. Attorney (by U.S. Mail)

**cc: Bebars Baslan       By U.S. Mail**
    **AUSA Andrew Wang   By Interoffice Mail**